CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY

DENNIS J. HERRERA
City Attorney

THOMAS S. LAKRITZ
Deputy City Attorney



Direct Dial: (415) 554-3963
Email: tom.lakritz@sfcityatty.org

April 13, 2021

Hon. Saundra Brown Armstrong
U.S. District Court, Northern District of California
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

Re: *Agonafer Shiferaw dba Fillmore Entertainment Complex/Republic of Fillmore LLC. v. City and County of San Francisco, et al.*, Case No: 18-CV-6830

Dear Judge Armstrong:

Pursuant to the Court's April 9, 2021 Order (ECF No. 128), I write to notify you that Plaintiff's counsel has accepted Defendants' offer to depose Mayor Breed on Tuesday, April 21, 2021, starting at 12:30 p.m.

I have not received a response from Plaintiff's counsel to my request to provide joint notification to the Court.

Please let me know if you need additional information.

Very truly yours,

DENNIS J. HERRERA
City Attorney

*s/ Thomas S. Lakritz*

THOMAS S. LAKRITZ
Deputy City Attorney

cc: Ben Rosenfeld
    Tesfaye W. Tsadik

FOX PLAZA · 1390 MARKET STREET, 6TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3837

N:\LIT\LI2019\190726\01329782.docx