1  BEN ROSENFELD (Cal. SBN 203845)
   ATTORNEY AT LAW
2  115 ½ Bartlett Street
   San Francisco, CA 94110
3  Tel:    (415) 285-8091
   Fax:    (415) 285-8092
4  ben.rosenfeld@comcast.net

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  AGONAFER SHIFERAW,                    Case No. 4:18-cv-06830-SBA (JSC)

12          Plaintiff,                    DECLARATION OF PLAINTIFF'S
                                          COUNSEL BEN ROSENFELD
13          v.                            IN OPPOSITION TO DEFENDANTS'
                                          MOTION FOR SUMMARY
14  CITY AND COUNTY OF SAN                JUDGMENT/PARTIAL SUMMARY
    FRANCISCO, et al.,                    JUDGMENT
15
            Defendants.
16

17      I, Ben Rosenfeld, declare:

18      I am an attorney licensed to practice law throughout the State of California and before

19  this Court. I am co-counsel for Plaintiff in the above-entitled action. If called as a witness in this

20  matter, I could and would testify as follows:

21      1.   Exhibit 1 hereto is a true and correct copy of the City and County of San Francisco's

22  ("the City's") and the Office of Community Investment and Infrastructure's ("OCII's") March 4,

23  2014 term sheet for the restructuring of Michael Johnson's loan obligations on the Fillmore

24  Heritage Center ("the Center").

25      2.   Exhibit 2 hereto contains true and correct copies of the OCII's September 17, 2013

26  and July 7, 2015 memoranda concerning the financial performance of the Center, including Mr.

27  Johnson's default, attaching a set of letters to Mr. Johnson dated February 20, 2015 regarding his

28

                                          1
    DECLARATION OF PLAINTIFF'S COUNSEL BEN ROSENFELD IN OPPOSITION TO DEFENDANTS' MSJ

LAW OFFICE OF BEN ROSENFELD
San Francisco, CA

LAW OFFICE OF BEN ROSENFELD
San Francisco, CA

1   default, including one from the San Francisco Mayor's Office notifying Mr. Johnson of the

2   City's impending foreclosure plans.

3          3.   Exhibit 5 hereto is a true and correct copy of the OCII Oversight Board's November

4   23, 2015 Resolution reaffirming OCII's plan to transfer the Center to the City and adopting

5   certain changes to the Property Management Plan.

6          4.   Exhibit 6 hereto is a true and correct copy of the California Department of Finance's

7   December 7, 2015 letter and resolution ordering OCII to transfer the Center to the City, subject

8   to certain terms, and approving the OCII's revised Long-Range Property Management Plan

9   submitted on November 23, 2015.

10         5.   Exhibit 7 hereto is a true and correct copy of a January 28, 2016 press release by

11  then-Supervisor and President of the Board London Breed announcing Supervisor Breed's and

12  the Mayor's Office of Economic and Workforce Development's ("OEWD's) Request for

13  Information ("RFI") from the interested members of the community concerning the future use of

14  the Center.

15         6.   Exhibit 10 hereto is a true and correct copy of the New Community Leadership

16  Foundation's ("NCLF's) February 16, 2017 letter to Joaquin Torres, then a Deputy Director of

17  the OEWD, expressing criticisms of the City's Fillmore Heritage Center Request for Proposals

18  ("RFP"), signed, inter alia, by the NCLF's Majeid Crawford.

19         7.   Exhibit 18 hereto contains a true and correct copy of a letter and Juneteenth 2017

20  program which Tim Shelton (principal of RFP respondent FHC2017) helped sponsor, produced

21  to me by Mr. Shelton in response to my deposition subpoena to him.

22         8.   Exhibit 20 hereto is a true and correct copy of a October 19, 2017 NCLF press release

23  announcing the creation of an Oversight Board over the Center and the RFP Process, received

24  and forwarded by email from Vallie Brown (then a project manager for the OEWD) to Joaquin

25  Torres and Amy Cohen (then Director of Neighborhood Program Development for the OEWD)

26  on the same date.

27

28

DECLARATION OF PLAINTIFF'S COUNSEL BEN ROSENFELD IN OPPOSITION TO DEFENDANTS' MSJ

9.   Exhibit 23 contains true and correct emails dated May 30, 2017 concerning Dr. Ernest Bates' site tour of the Center on that date, Amy Cohen's offer to connect with Dr. Bates further regarding his interest, and Ms. Cohen's forwarding of the exchange to Joaquin Torres.

10. Exhibit 24 hereto contains true and correct emails dated between July 6 and 7, 2017 concerning Vallie Brown's efforts (with others) to provide blue prints for the Center to Dr. Bates.

11. Exhibit 25 hereto contains true and correct emails dated July 24, 2017 concerning Vallie Brown's efforts (with others) to arrange a walk-thru of the Center for Dr. Bates, and Vallie Brown's forwarding of the exchange to Joaquin Torres.

12. Exhibit 26 hereto contains true and correct emails dated between November 10, 2017 and March 19, 2018, reflecting London Breed's, Vallie Brown's, and Joaquin Torres' efforts (among others) to arrange for Dr. Bates to view the Center on Wednesday, November 15, 2017, and Supervisor Breed's invitation to Dr. Bates to  have dinner with her and then-Mayor Ed Lee on November 27, 2017.  Exhibit 26 hereto is exhibit 2 to Mayor Breeds April 21, 2021, wherein Mayor Breed acknowledged that her communications with Dr. Bates in this exchange included emails to and from her personal gmail account.  The redactions are to protect Mayor Breed's gmail address, and Dr. Bates' email address and phone and fax numbers.  I am informed and believe that the City has never produced to plaintiff in this case the emails in Exhibit 26, even though they are responsive to requests by plaintiff.  At her deposition on April 21, 2021, Mayor Breed testified that she deleted them from her gmail account to free up space.  However, this does not explain why the City did not retain and produce them, where they were variously sent to/from Mayor Breed her fellow defendants' and other City officials' sfgov.org email addresses. Nor have Mayor Breed and defendants accounted for why, given Mayor Breed's explanation, the Mayor retained, and the City was able to produce (albeit belatedly, on April 16, 2021) the December 12, 2017, January 24, 2018, and March 19, 2018 personal emails between Dr. Bates and Mayor Breed contained in this Exhibit.

13. Exhibit 27 hereto contains true and correct copies of emails dated between November 13-14, 2017 reflecting city government staff's efforts to schedule the November 27, 2017 dinner

3

DECLARATION OF PLAINTIFF'S COUNSEL BEN ROSENFELD IN OPPOSITION TO DEFENDANTS' MSJ

LAW OFFICE OF BEN ROSENFELD
San Francisco, CA

meeting arranged by then-Supervisor Breed between her, Dr. Bates, and then-Mayor Ed Lee, among others.  Exhibit 27 also contains a calendar item produced by the City concerning the scheduled dinner meeting.

14. Exhibit 28 hereto contains true and correct copies of emails dated December 4 and 6, 2017, reflecting Vallie Brown's ongoing efforts to facilitate Dr. Bates' interest in the Center, including by forwarding him information she obtained on his behalf regarding the Center.

15. Exhibit 29 hereto contains true and correct copies of emails dated January 18, 2018 in which Joaquin Torres confers with Vallie Brown, among other officials, about how to respond to a reporter's questions about the cancellation of the RFP and the future of the Center.  Lacking production by the City of responses by anyone on Mr. Torres' five person recipient list, other than Benjamin McCloskey, this document strongly supports my inference that the City has either improperly spoiled or is continuing to withhold material documents from plaintiff responsive to my discovery requests.

16. Based upon my review and my paralegal assistant's review of the documents produced by defendants in this case, I am informed and believe that defendants have not produced a single application by any Review Panel member, nor any documents bearing on any consideration or processing of any such application, supporting my conclusion that no such applications were submitted or processed as part of the RFP at issue in this case. Any such application materials would have been responsive to document requests I propounded to defendants.

17. Exhibit 30a, submitted under separate cover, is a true and correct copy of a video posted on NCLF's Majeid Crawford's Facebook page, of Mayor Breed speaking about the Fillmore Heritage Center to a rally in front of City Hall which I am informed and believe the NCLF organized.  In the video, which I have viewed, Mayor Breed sates, beginning at 0:09 on the playback time counter: "United the City. Come together.  Beginning at 0:35 on the counter, Mayor Breed States: "Nothing is more important to me than making sure that this place is for the folks of the neighborhood who actually live there."  And beginning at 00:57 on the counter, Mayor Breed states:  "People are gonna try to come into our community like they're doing now

DECLARATION OF PLAINTIFF'S COUNSEL BEN ROSENFELD IN OPPOSITION TO DEFENDANTS' MSJ

LAW OFFICE OF BEN ROSENFELD
San Francisco, CA

LAW OFFICE OF BEN ROSENFELD
San Francisco, CA

1  and divide us." Exhibit 30b hereto is a true and correct screenshot from Mr. Crawford's

2  Facebook page, reflecting his January 30, 2018 posting of the video there, with a note thanking

3  Mayor Breed. This video can also presently be streamed or downloaded at

4  https://www.facebook.com/majeid.crawford/videos/10213082628273937.

5        18. Exhibit 31 hereto is a true and correct copy of a January 31, 2018 email from Majeid

6  Crawford to Samantha Roxas, whom I am informed and believe, based on her the following

7  LinkedIn profile, https://www.linkedin.com/in/samantharoxas,was Mayor Breed's then Director

8  of Policy and Communications, requesting the Mayor's Office's input on draft press release by

9  NCLF regarding the Center, and following up on a request for a meeting with OEWD to discuss

10  the reactivation of the Center.

11        19. Exhibit 33 hereto contains true and correct emails dated between April 9, 2018 and

12  April 17, 2018, reflecting defendants' Vallie Brown's, Reverend Brown's, and Joaquin Torres'

13  continuing communications with Dr. Bates and among one another concerning their efforts to

14  facilitate their ongoing, mutual interest in Dr. Bates' takeover of the Center, including Vallie

15  Brown's initiation of a meeting with Dr. Bates on April 17, 2018 to discuss with him, Rev.

16  Brown, and Mr. Torres, Dr. Bates' "proposal to purchase" the Center. Exhibit 33 also contains a

17  calendar item confirming this meeting, along with Rev. Brown's enthusiastic confirmation of

18  availability.

19        20. Exhibit 34 hereto contains true and correct copies of emails between April 24-25,

20  2018, reflecting City officials' ongoing efforts to foster Dr. Bates' interest in the Center,

21  including working to arrange a conference call in early May between Dr. Bates and then City

22  Administrator Naomi Kelly.

23        21. Exhibit 43 hereto contains true and correct copies of the San Francisco Police

24  Department's ("SFPD's") March 25, 2019 press release, and two San Francisco Examiner news

25  articles (dated March 26 and 27, 2019, respectively) concerning the March 23, 2019 deadly

26  shooting outside of the Center during an event which I am informed and believe was organized

27  there by the NCLF.

28

DECLARATION OF PLAINTIFF'S COUNSEL BEN ROSENFELD IN OPPOSITION TO DEFENDANTS' MSJ

22. Exhibit 44, submitted under separate cover, is a true and correct video recording taken by my paralegal assistant, Whitney Leigh, of a town hall meeting hosted by Vallie Brown at the Center some time soon after the March 23, 2019 shooting, at which then Supervisor Brown states, beginning at 2:47 and 4:26 on my video playback counter: "No one really wanted to buy this building and have the community benefits. Believe me, we tried. … There wasn't one person who stepped up for it." In the video, which I have watched, Supervisor Brown also states that she Defendants Rev. Brown and Joaquin Torres attended this event.

23. Exhibit 47 hereto is a true and correct excerpt of Defendant CCSF's July 15, 2019 Responses to Plaintiff's First Set of Requests for Admissions, including RFA #11.)

24. Exhibit 48 hereto is a true and correct copy of May 12, 2020 letter to me in this case by defense counsel, Deputy City Attorney Thomas S. Lakritz, in which Mr. Lakritz states: "Moreover, the use of the Fillmore Heritage Center has been temporary and does not preclude a different use of the Fillmore Heritage Center in the future."

25. Exhibit 49 hereto contains true and correct excerpts from my February 18, 2021 deposition of Dr. Ernest Bates in this case.

26. Exhibit 50 hereto contains true and correct excerpts from my March 17, 2021 deposition of Timothy Shelton in this case.

27. Exhibit 51 hereto is a true and correct copy of my entire April 21, 2021 deposition of Mayor London Breed in this case.

28. Exhibit 52 hereto contains true and correct excerpts from defense counsel's February 12, 2021 deposition of Plaintiff Agonafer Shiferaw in this case.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct based on my personal knowledge and experience, except as to those statements made on information and belief, and as to those statements, I believe them to be true.

Sworn and subscribed to at San Francisco, CA on April 28, 2021.

/s/ Ben Rosenfeld
Ben Rosenfeld
Attorney for Plaintiff Shiferaw

DECLARATION OF PLAINTIFF'S COUNSEL BEN ROSENFELD IN OPPOSITION TO DEFENDANTS' MSJ

LAW OFFICE OF BEN ROSENFELD
San Francisco, CA