**TERM SHEET**
**FOR THE RESTRUCTURING OF CERTAIN DEBTS AND OBLIGATIONS**
**RELATED TO THE COMMERCIAL PARCEL AT THE FILLMORE HERITAGE CENTER**
**AT 1310 FILLMORE STREET (ASSESSOR'S BLOCK 0732, LOT 033)**

This non-binding term sheet for the restructuring of certain debts and obligations related to the Fillmore Heritage Center at 1310 Fillmore Street (the "Term Sheet"), dated as of March 3, 2014, is hereby agreed to by the following parties: (1) the Office of Community Investment and Infrastructure, the successor agency to the Redevelopment Agency of the City and County of San Francisco, a public body, corporate and politic of the State of California ("OCII" or the "Successor Agency"), (2) the City and County of San Francisco, acting by and through the Mayor's Office of Housing and Community Development (the "City"), (3) Fillmore Development Commercial LLC, a California limited liability company ("FDC"), (4) SN Fillmore LLC, a California limited liability company ("SN Fillmore"), (5) Fillmore Jazz Club, LLC, a California limited liability company ("FJC"), and (6) Fillmore Entertainment Group LLC, a California limited liability company ("NewCo"), (together, the "Parties"). This Term Sheet summarizes certain basic terms related to the restructuring of OCII's ground lease with FDC (the "Ground Lease"), OCII's tenant improvement loan with FJC (the "TI Loan"), and the City's loan with FDC (the "Section 108 Loan"). This Term Sheet is non-binding on the Parties, but rather serves as the basis for negotiating and drafting final documents requiring approval from the Successor Agency Commission, OCII's Oversight Board, and the State Department of Finance ("DOF"). Accordingly, in light of the foregoing, the Parties wish to describe their understanding about final agreements that they are willing to negotiate in good faith regarding the potential restructuring of the Ground Lease, the TI Loan, and the Section 108 Loan.

**TERMS**

**Section 1: Joint OCII/City Deal Points**

1. Initial FJC equity ($1.683 million) does not receive priority repayment, and is not included in workout deal.
2. No six-month grace period for forgiveness of City/OCII debts in exchange for deed-in-lieu (that is a one-time, now-or-never offer).
3. Revenue and expenditure budgets as prepared by FDC and agreed to by City/OCII (attached).
4. FDC will deposit into escrow a Release of Ground Lease Rights which will be exercised automatically if the any scheduled payments are missed and not cured within 60 days. Scheduled payments include payments due to the City, OCII, property taxes, and CAM charges due to the HOA.
5. NewCo will assume the CBT and Key Bank tenant improvement loans.
6. Come to joint agreement on legal issues associated with Release of Ground Lease Rights, subleases, and additional liens.

**Section 2: City Deal Points**

1. City will forgo the existing late charges due under the current Section 108 Loan, approximately $127,000. City will also reduce the interest rate for existing missed payments under the current Section 108 Loan from 10% to 6.25%, approximately $63,000. This results in an estimated past-due amount of approximately $1.304 million.
2. Interest rate will remain 6.25%.

3. Payments to the City on the past-due amount will follow the quarterly payment schedule prepared by FDC (attached). As part of this schedule, FDC agrees to the full repayment of the Section 108 Loan delinquency by December 2017.
4. All property taxes due for FDC and its subtenants will be paid no later than June 1, 2014.
5. FDC will make a good faith effort to refinance the HUD Section 108 Loan by the end of 2017.

### Section 3: OCII Deal Points

1. **TI Loan**
   - Terms have changed. Oversight Board and DOF approval required.
   - Loan is converted from a % of NOI loan to a fixed payment loan
   - Interest rate stays the same at 3.25% (simple interest)
   - Security is given – new UCC-1 filing on tenant improvements
   - The % of the loan attributable to Kaz is lost in the bankruptcy (66.7%, or $4.8 million)
   - The % of the loan attributable to FJC will be repaid (33.3%, or $2.4 million)
     - NewCo portion of loan ($1.74 million, which represents FJC's % interest in NewCo)
       - NewCo will make fixed, above-the-line, payments of $5,000 a month ($60,000) a year for five years, then 100% of NOI until loan plus interest is paid in full
       - NewCo will pay interest of 3.25% (simple interest)
       - Full payment estimated to be in eight years (by 2021)
     - FDC portion of loan ($660,000)
       - FDC will pay 100% of NOI after City second mortgage is paid in full
       - FDC will pay interest of 3.25% (simple interest)
       - Full payment estimated to be in 14 years (by 2027)
   - Any missed loan payment triggers the reverter
   - FDC will also pay back any CAM charges paid by OCII (As of February 2014, that amount is $175,108) with 100% of FDC NOI (see waterfall below)

2. **Ground Lease**
   - Terms have changed. Oversight Board and DOF approval required.
   - OCII gets paid 100% of FDC cash flow after City second mortgage is paid off (estimated to be in Year 4 (2017))
   - OCII will use the cash flow:
     - FIRST, to pay off CAM charges paid by OCII (as of Feb 2014 = $175,108), and
     - SECOND to pay off FDC's portion of TI loan ($660,000, plus interest), and
     - THIRD to pay off $3,006,328 balance on ground lease.
   - Once $3,006,328 is paid in 18 years, FDC will own the commercial parcel (by 2031)

Exhibit A:   FDC and NewCo Cash Flows Reflecting Term Sheet

Acknowledged and Accepted:

**THE SUCCESSOR AGENCY:**

*[signature]*　　　　　　　　　　　　　　　Date: 3-3-14

Tiffany Bohee, Executive Director
Office of Community Investment,
Successor Agency to the Redevelopment Agency
of the City and County of San Francisco, a public body,
corporate and politic of the State of California

**THE CITY:**

*[signature]*　　　　　　　　　　　　　　　Date: 3/3/14

Olson Lee, Director
Mayor's Office of Housing and Community Development,
City and County of San Francisco, California

Acknowledged and Accepted:

FDC:

*[signature]*   Date: 3/4/14

Fillmore Development Commercial LLC, a California limited liability company
By MICHAEL E. JOHNSON
Its MANAGING MEMBER


SN FILLMORE:

*Steven Mayer Director*   Date: 3-4-14

SN Fillmore LLC, a California limited liability company
By STEVEN MAYER
Its DIRECTOR


FJC:

*[signature]*   Date: 3/4/14

Fillmore Jazz Club, LLC, a California limited liability company
By MICHAEL E. JOHNSON
Its MANAGING MEMBER


NEWCO:

*[signature]*   Date: 3/4/14

Fillmore Entertainment Group LLC, a California limited liability company
By Bradford Flewellon
Its CO-MANAGING MEMBER

FILLMORE DEVELOPMENT COMMERCIAL, LLC - CASHFLOW PROJECTION                                                                                                                             3/3/2014

| Year: | | 1<br>May - Dec<br>2014 | 2<br>Jan - Dec<br>2015 | 3<br>Jan - Dec<br>2016 | 4<br>Jan - Dec<br>2017 | 5<br>Jan - Dec<br>2018 | 6<br>Jan - Dec<br>2019 | 7<br>Jan - Dec<br>2020 | 8<br>Jan - Dec<br>2021 | 9<br>Jan - Dec<br>2022 | 10<br>Jan - Dec<br>2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New Co Base Rent | 44,000 | $ 352,000 | $ 528,000 | $ 528,000 | $ 528,000 | $ 528,000 | $ 543,840 | $ 543,840 | $ 543,840 | $ 543,840 | $ 543,840 |
| 1300 Rent Base Rent | 10,000 | $ 80,000 | $ 120,000 | $ 120,000 | $ 120,000 | $ 120,000 | $ 123,600 | $ 123,600 | $ 123,600 | $ 123,600 | $ 123,600 |
| Gallery Rent (New Tenant) | 1,000 | $ 8,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,540 | $ 19,096 | $ 19,669 | $ 20,259 | $ 20,867 |
| Total Rent | | $ 440,000 | $ 666,000 | $ 666,000 | $ 666,000 | $ 666,000 | $ 685,980 | $ 686,536 | $ 687,109 | $ 687,699 | $ 688,307 |
| | | 1.03 | | | | | | | | | |
| New Co CAM Charges | 76% | 78,750 | 108,150 | 111,395 | 114,736 | 118,178 | 121,724 | 125,375 | 129,137 | 133,011 | 137,001 |
| 1300 CAM Charges | 16% | 16,579 | 22,768 | 23,451 | 24,155 | 24,879 | 25,626 | 26,395 | 27,186 | 28,002 | 28,842 |
| Gallery CAM Charges | 8% | 8,289 | 11,385 | 11,726 | 12,078 | 12,440 | 12,813 | 13,198 | 13,594 | 14,002 | 14,422 |
| Total CAM | 100% | 103,618 | 142,303 | 146,572 | 150,969 | 155,498 | 160,163 | 164,968 | 169,917 | 175,014 | 180,265 |
| New Co Property Tax Share | 76% | 66,120 | 68,104 | 70,147 | 72,251 | 74,419 | 76,651 | 78,951 | 81,319 | 83,759 | 86,272 |
| 1300 Property Tax Share | 16% | 13,920 | 14,338 | 14,768 | 15,211 | 15,667 | 16,137 | 16,621 | 17,120 | 17,633 | 18,162 |
| Gallery Property Tax Share | 8% | 6,960 | 7,169 | 7,384 | 7,605 | 7,834 | 8,069 | 8,311 | 8,560 | 8,817 | 9,081 |
| Total Property Tax Collected | 100% | 87,000 | 89,610 | 92,298 | 95,067 | 97,919 | 100,857 | 103,883 | 106,999 | 110,209 | 113,515 |
| TOTAL REVENUE: | | 630,618 | 897,913 | 904,870 | 912,036 | 919,417 | 947,000 | 955,387 | 964,025 | 972,923 | 982,087 |
| Total Operating Expenses (Taxes, CAM) | | (190,618) | (231,913) | (238,870) | (246,036) | (253,417) | (261,020) | (268,850) | (276,916) | (285,223) | (293,780) |
| FDC Management Expenses | 2.7% | $ (12,000) | $ (18,000) | $ (18,000) | $ (18,000) | $ (18,000) | $ (18,720) | $ (18,720) | $ (18,720) | $ (18,720) | $ (18,720) |
| Net Operating Income: | | $ 428,000 | $ 648,000 | $ 648,000 | $ 648,000 | $ 648,000 | $ 667,260 | $ 667,816 | $ 668,389 | $ 668,979 | $ 669,587 |
| Mortgage Amount: (First Mortgage) | | $ (360,151) | $ (540,227) | $ (540,227) | $ (540,227) | $ (540,227) | $ (540,227) | $ (540,227) | $ (540,227) | $ (540,227) | $ (540,227) |
| Cummulative First Mortgage Payments: | | $ (360,151) | $ (540,227) | $ (1,080,454) | $ (1,620,681) | $ (2,160,908) | $ (2,701,135) | $ (3,241,362) | $ (3,781,589) | $ (4,321,816) | $ (4,862,043) |
| Mortgage Amount: (Second Mortgage) | | $ (44,000) | $ (66,000) | $ (66,000) | $ (66,000) | | | | | | |
| Cummulative Second Mortgage Payments: | | $ (44,000) | $ (110,000) | $ (176,000) | $ (242,000) | | | | | | |
| Total Debt: | | $ (404,151) | $ (606,227) | $ (606,227) | $ (606,227) | $ (540,227) | $ (540,227) | $ (540,227) | $ (540,227) | $ (540,227) | $ (540,227) |
| AVAILABLE CASHFLOW: | | $ 23,849 | $ 41,773 | $ 41,773 | $ 41,773 | $ 107,773 | $ 127,033 | $ 127,589 | $ 128,162 | $ 128,752 | $ 129,360 |
| Mos. | | 8 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| Share to City/Mayor's Office (100%) Until Paid in Full | 100% | $ 23,849 | $ 41,773 | $ 41,773 | $ 41,773 | $ - | $ - | $ - | $ - | $ - | $ - |
| Share to FDC (0%) Until City is Paid in Full | 0% | $ - | $ - | $ - | $ - | $ 107,773 | $ 127,033 | $ 127,589 | $ 128,162 | $ 128,752 | $ 129,360 |
| CUMMULATIVE PAYMENTS TO CITY: | | | | | $ 149,168 | | | | | | |
| FDC Ballon Payment: | | | | | $ 177,058 | | | | | | |
| Valuation at Year 1 & 5: | 9% | $ 4,755,556 | | | | $ 7,200,000 | | | | | |
| Cap Rate: | | | | | | | | | | | |
| Cashflow To OCII to Acquire Leasehold Interest Fee: | 100% | 4,013,036 (1) | | | | $ 107,773 | $ 127,033 | $ 127,589 | $ 128,162 | $ 128,752 | $ 129,360 |
| Cummulative Payments to OCII: | | | | | | $ 107,773 | $ 234,806 | $ 362,395 | $ 490,557 | $ 619,309 | $ 748,669 |
| Cashflow to FDC: | 0% | | | | | $ - | $ - | $ - | $ - | $ - | $ - |

Cummulative Payments to FDC:

| | Year: | | 11<br>Jan - Dec<br>2024 | 12<br>Jan - Dec<br>2025 | 13<br>Jan - Dec<br>2026 | 14<br>Jan - Dec<br>2027 | | 15<br>Jan - Dec<br>2028 | 16<br>Jan - Dec<br>2029 | 17<br>Jan - Dec<br>2030 | 18<br>Jan - Dec<br>2031 | 19<br>Jan - Dec<br>2032 | 20<br>Jan - Dec<br>2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Co Base Rent | | $ | 560,155 | $ 560,155 | $ 560,155 | $ 560,155 | | $ 560,155 | $ 576,960 | $ 576,960 | $ 576,960 | $ 576,960 | $ 576,960 |
| 1300 Rent Base Rent | | $ | 127,308 | $ 127,308 | $ 127,308 | $ 127,308 | | $ 127,308 | $ 131,127 | $ 131,127 | $ 131,127 | $ 131,127 | $ 131,127 |
| Gallery Rent (New Tenant) | | $ | 21,493 | $ 21,493 | $ 21,493 | $ 21,493 | | $ 21,493 | $ 22,138 | $ 22,138 | $ 22,138 | $ 22,138 | $ 22,138 |
| **Total Rent** | | $ | 708,956 | $ 708,956 | $ 708,956 | $ 708,956 | | $ 708,956 | $ 730,225 | $ 730,225 | $ 730,225 | $ 730,225 | $ 730,225 |
| New Co CAM Charges | 76% | | 141,111 | 145,345 | 149,705 | 154,196 | | 158,822 | 163,587 | 168,494 | 173,549 | 178,755 | 184,118 |
| 1300 CAM Charges | 16% | | 29,707 | 30,598 | 31,516 | 32,462 | | 33,436 | 34,439 | 35,472 | 36,536 | 37,632 | 38,761 |
| Gallery CAM Charges | 8% | | 14,854 | 15,300 | 15,759 | 16,232 | | 16,719 | 17,220 | 17,737 | 18,269 | 18,817 | 19,382 |
| **Total CAM** | 100% | | 185,673 | 191,243 | 196,980 | 202,890 | | 208,976 | 215,246 | 221,703 | 228,354 | 235,205 | 242,261 |
| New Co Property Tax Share | 76% | | 88,860 | 91,526 | 94,271 | 97,099 | | 100,012 | 103,013 | 106,103 | 109,286 | 112,565 | 115,942 |
| 1300 Property Tax Share | 16% | | 18,707 | 19,269 | 19,847 | 20,442 | | 21,055 | 21,687 | 22,338 | 23,008 | 23,698 | 24,409 |
| Gallery Property Tax Share | 8% | | 9,354 | 9,634 | 9,923 | 10,221 | | 10,528 | 10,843 | 11,169 | 11,504 | 11,849 | 12,204 |
| **Total Property Tax Collected** | 100% | | 116,921 | 120,428 | 124,041 | 127,762 | | 131,595 | 135,543 | 139,609 | 143,798 | 148,112 | 152,555 |
| **TOTAL REVENUE:** | | | 1,011,550 | 1,020,627 | 1,029,978 | 1,039,608 | | 1,049,528 | 1,081,014 | 1,091,537 | 1,102,377 | 1,113,541 | 1,125,041 |
| Total Operating Expenses (Taxes, CAM) | | | (302,594) | (311,571) | (321,021) | (330,652) | | (340,572) | (350,789) | (361,312) | (372,152) | (383,316) | (394,816) |
| FDC Management Expenses | | $ | (19,469) | $ (19,469) | $ (19,469) | $ (19,469) | $ | (19,469) | $ (20,248) | $ (20,248) | $ (20,248) | $ (20,248) | $ (20,248) |
| Net Operating Income: | | $ | 689,487 | $ 689,487 | $ 689,487 | $ 689,487 | $ | 689,487 | $ 709,977 | $ 709,977 | $ 709,977 | $ 709,977 | $ 709,977 |
| Mortgage Amount: (First Mortgage) | | $ | (540,227) | $ (540,227) | $ (540,227) | $ - | $ | - | $ - | $ - | $ - | $ - | $ - |
| Cummulative First Mortgage Payments: | | $ | (5,402,270) | $ (5,942,497) | $ (6,482,724) | | | | | | | | |
| Mortgage Amount: (Second Mortgage) | | $ | - | $ - | $ - | $ - | $ | - | $ - | $ - | $ - | $ - | $ - |
| Total Debt: | | $ | (540,227) | $ (540,227) | $ (540,227) | $ - | $ | - | $ - | $ - | $ - | $ - | $ - |
| **AVAILABLE CASHFLOW:** | | $ | 149,260 | $ 149,260 | $ 149,260 | $ 689,487 | $ | 689,487 | $ 709,977 | $ 709,977 | $ 709,977 | $ 709,977 | $ 709,977 |
| Mos. | | | 12 | 12 | 12 | 12 | | 12 | 12 | 12 | 12 | 12 | 12 |
| Valuation at Year 14 & 20: | Cap Rate: 9% | | | | | $ 7,660,970 | | | | | | | $ 7,888,636 |
| Cashflow To OCII to Acquire Leasehold Interest Fee: | 100% | $ | 149,260 | $ 149,260 | $ 149,260 | $ 689,487 | $ | 689,487 | $ 709,977 | $ 709,977 | $ 17,657 | $ - | $ - |
| Cummulative Payments to OCII: | | $ | 897,929 | $ 1,047,190 | $ 1,196,450 | $ 1,885,937 | $ | 2,575,425 | $ 3,285,402 | $ 3,995,379 | $ 4,013,036 | $ - | $ - |
| Cashflow to FDC: | 0% | $ | - | $ - | $ - | $ - | $ | - | $ - | $ - | $ 692,321 | $ 709,977 | $ 709,977 |
| Cummulative Payments to FDC: | | $ | - | $ - | $ - | $ - | $ | - | $ - | $ - | $ 692,321 | $ 1,402,298 | $ 2,112,275 |

**(1) Amount equals:**
- $175,108 CAM
- $660,000 @ 3.25% over 8 Years
- $3,006,328 Towards Ground Lease Purchase

## NEW CO. FINANCIAL OPERATING PROJECTION

3/3/2014

| Year: | | | 1<br>2014<br>(9 Months) | 2<br>2015<br>(12 Months) | 3<br>2016<br>(12 Months) | 4<br>2017<br>(12 Months) | 5<br>2018<br>(12 Months) | 6<br>2019<br>(12 Months) | 7<br>2020<br>(12 Months) | 8<br>2021<br>(12 Months) | 9<br>2022<br>(12 Months) | 10<br>2023<br>(12 Months) | 11<br>2024<br>(12 Months) | 12<br>2025<br>(12 Months) | 13<br>2026<br>(12 Months) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Co - San Francisco, LLC | | | | | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 |
| Gross Revenue | | | $ 6,666,666.67 | $ 10,300,000.00 | $ 10,609,000.00 | $ 10,927,270.00 | $ 11,255,088.10 | $ 11,592,740.74 | $ 11,940,522.97 | $ 12,298,738.65 | $ 12,567,700.81 | $ 13,047,731.84 | $ 13,439,163.79 | $ 13,842,338.71 | $ 14,257,608.87 |
| (Base Annual Budget - $10 million) | % of Gross | | 85.4% | 85.4% | 85.3% | 85.3% | 85.3% | 85.3% | 85.3% | 85.3% | 85.3% | 85.3% | 85.3% | 85.3% | 85.3% |
| Minus Operating Expenses | | | $ 5,692,666.67 | $ 8,792,650.00 | $ 9,053,909.50 | $ 9,325,526.79 | $ 9,605,292.59 | $ 9,893,451.37 | $ 10,190,254.91 | $ 10,495,962.55 | $ 10,810,841.43 | $ 11,135,166.67 | $ 11,469,221.67 | $ 11,813,298.32 | $ 12,167,697.27 |
| (Base Annual Expences - $8.9 million) | | | | | | | | | | | | | | | |
| -5% Savings in Expenses | | | | | | | | | | | | | | | |
| -Base Rent: | Monthly Rent: | 44,000 | $ 352,000.00 | $ 528,000.00 | $ 528,000.00 | $ 528,000.00 | $ 528,000.00 | $ 543,840.00 | $ 543,840.00 | $ 543,840.00 | $ 543,840.00 | $ 543,840.00 | $ 560,155.20 | $ 560,155.20 | $ 560,155.20 |
| -CAM: (NO INITIAL REDUCTION) | | | $ 70,400.00 | $ 108,768.00 | $ 112,031.04 | $ 115,391.97 | $ 118,853.73 | $ 122,419.34 | $ 126,091.92 | $ 129,874.68 | $ 133,770.92 | $ 137,784.05 | $ 141,917.57 | $ 146,175.10 | $ 150,560.35 |
| -Property Taxes: (NO INITIAL REDUCTION) | | | $ 44,080.00 | $ 66,120.00 | $ 66,120.00 | $ 66,120.00 | $ 66,120.00 | $ 66,120.00 | $ 66,120.00 | $ 66,120.00 | $ 66,120.00 | $ 66,120.00 | $ 66,120.00 | $ 66,120.00 | $ 66,120.00 |
| SBA Loan: | | | | | | | | | | | | | | | |
| -CBT Portion: | | | | | | | | | | | | | | | |
| -Balance: $518,000 +EST | | 550,000 | $ 56,000.00 | $ 84,000.00 | $ 84,000.00 | $ 84,000.00 | $ 84,000.00 | $ 108,000.00 | $ - | $ - | $ - | | | $ - | $ - |
| -Extended Term to 8.5 Yrs | | | | | | | | | | | | | | | |
| -Key Bank Participation Portion: | | | | | | | | | | | | | | | |
| -Balance: $410,000 | | 410,000 | $ 13,666.67 | $ 58,800.00 | $ 58,800.00 | $ 58,800.00 | $ 58,800.00 | $ 176,400.00 | $ - | $ - | $ - | | | $ - | $ - |
| -Interest Only for 12 Months @ 5.0% | | | | | | | | | | | | | | | |
| -Agency TI Loan | | | $ 40,000.00 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | | | | | | | | |
| NET INCOME: (NOI Avail for Debt) | | | $ 397,853.33 | $ 601,562.00 | $ 646,139.46 | $ 689,431.24 | $ 734,021.78 | $ 682,510.03 | $ 1,014,216.14 | $ 1,062,941.42 | $ 1,113,128.46 | $ 1,164,821.12 | $ 1,201,749.35 | $ 1,256,590.09 | $ 1,313,076.04 |
| New Notes: | | | | | | | | | | | | | | | |
| City/Mayor's Office New Note | | 630,473 | $ 107,420.40 | $ 162,448.74 | $ 174,457.65 | $ 186,146.44 | | | | | | | | | |
| -Preferred Return @ 3% | 27.00% | | $ 107,420.40 | $ 269,869.14 | $ 444,326.79 | $ 630,473.23 | | | | | | | | | |
| New FJC Note | | | | | | | | | | | | | | | |
| -$500,000 | | 680,000 | $ 145,216.47 | $ 219,606.63 | $ 235,840.90 | $ 43,124.63 | | | | | | | | | |
| -Preferred Return @ 12% | 36.50% | | | | | | | | | | | | | | |
| SN Fillmore Equity Note | | | | | | | | | | | | | | | |
| -$500,000 | | 630,000 | $ 145,216.47 | $ 219,606.63 | $ 235,840.90 | $ 43,124.63 | | | | | | | | | |
| -Preferred Return @ 12% | 36.50% | | | | | | | | | | | | | | |
| Minus MOHCD Delinquency Note (Ballon) | | | | | | $ 410,926.25 | | | | | | | | | |
| AVAILABLE CASHFLOW: | | | $ - | $ - | $ - | $ 6,109.29 | $ 734,021.78 | $ 682,510.03 | $ 1,014,216.14 | $ 1,062,941.42 | $ 1,113,128.46 | $ 1,164,821.12 | $ 1,201,749.35 | $ 1,256,590.09 | $ 1,313,076.04 |
| Minus SN Fillmore Note | | | | | | | | | | | | | | | |
| $1,250,000 @ 3% | | | | | | $ 6,109 | $ 734,021.78 | $ 361,368.92 | | | | | | | |
| -Preferred Return @ 3% | | | | | | $ 342,109 | $ 1,076,131.08 | $ 1,437,500.00 | | | | | | | |
| SN Fillmore Note Cummulative Amount | | 1,437,500 | | | | | | | | | | | | | |
| AVAILABLE CASHFLOW: | | | $ - | $ - | $ - | $ - | $ - | $ 321,141 | $ 1,014,216 | $ 1,062,941 | $ 1,113,128 | $ 1,164,821 | $ 1,201,749 | $ 1,256,590 | $ 1,313,076 |
| Distribution to OCII for TI Loan | | | $ - | $ - | $ - | $ - | $ - | $ 321,141 | $ 1,014,216 | $ 459,707 | | | | | |
| Cummulative Distribution to OCII: | | 1,740,000 | $ 40,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 601,141 | $ 1,615,357 | $ 2,075,065 | $ 2,075,065 | $ 2,075,065 | $ 2,075,065 | $ 2,075,065 | $ 2,075,065 |
| Distribution to New Co for TI Loan: | | | $ 40,000 | $ 100,000 | $ 160,000 | $ 220,000 | $ 280,000 | $ - | $ - | $ 603,234 | $ 1,113,128 | $ 1,164,821 | $ 1,201,749 | $ 1,256,590 | $ 1,313,076 |
| Cummulative Distribution to New Co: | | | | | | | | | | $ 603,234 | $ 1,716,362 | $ 2,881,184 | $ 4,082,933 | $ 5,339,523 | $ 6,652,599 |
| Year: | | | 1<br>2014 | 2<br>2015 | 3<br>2016 | 4<br>2017 | 5<br>2018 | 6<br>2019 | 7<br>2020 | 8<br>2021 | 9<br>2022 | 10<br>2023 | 11<br>2024 | 12<br>2025 | 13<br>2026 |

3/3/2014

| | 14<br>2027<br>(12 Months) | 15<br>2028<br>(12 Months) | 16<br>2029<br>(12 Months) | 17<br>2030<br>(12 Months) | 18<br>2031<br>(12 Months) | 19<br>2032<br>(12 Months) | 20<br>2033<br>(12 Months) |
|---|---|---|---|---|---|---|---|
| | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 |
| $ | 14,685,337.13 | 15,125,897.25 | 15,579,674.17 | 16,047,064.39 | 16,528,476.32 | 17,024,330.61 | 17,535,060.53 |
| | 85.3% | 85.3% | 85.3% | 85.3% | 85.3% | 85.3% | 85.3% |
| $ | 12,532,728.19 | 12,908,710.04 | 13,295,971.34 | 13,694,850.48 | 14,105,695.99 | 14,528,866.87 | 14,964,732.88 |
| $ | 560,155.20 | 560,155.20 | 576,959.86 | 576,959.86 | 576,959.86 | 576,959.86 | 576,959.86 |
| $ | 155,077.16 | 159,729.47 | 164,521.36 | 169,457.00 | 174,540.71 | 179,776.93 | 185,170.24 |
| $ | 66,120.00 | 66,120.00 | 66,120.00 | 66,120.00 | 66,120.00 | 66,120.00 | 66,120.00 |
| $ | - | - | - | - | - | - | - |
| $ | 1,371,256.58 | 1,431,182.54 | 1,476,101.61 | 1,539,677.06 | 1,605,159.76 | 1,672,606.95 | 1,742,077.56 |

| | 1,371,256.58 | 1,431,182.54 | 1,476,101.61 | 1,539,677.06 | 1,605,159.76 | 1,672,606.95 | 1,742,077.56 |
|---|---|---|---|---|---|---|---|
| $ | 1,371,257 | 1,431,183 | 1,476,102 | 1,539,677 | 1,605,160 | 1,672,607 | 1,742,078 |
| $ | - | - | - | - | - | - | - |
| $ | 2,075,065 | 2,075,065 | 2,075,065 | 2,075,065 | 2,075,065 | 2,075,065 | 2,075,065 |
| $ | 1,371,257 | 1,431,183 | 1,476,102 | 1,539,677 | 1,605,160 | 1,672,607 | 1,742,078 |
| $ | 8,023,856 | 9,455,038 | 10,931,140 | 12,470,817 | 14,075,977 | 15,748,584 | 17,490,661 |
| | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |