Agonafer Shiferaw
Managing Director
Fillmore Entertainment Complex, LLC.

May 22, 2015

Mr. Theo Miller
City and County of San Francisco
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Re: 1300-1330 Fillmore Street-Fillmore Heritage Center Property

Dear Mr. Miller:

As you are aware, Mr. Michael E. Johnson and I have been in negotiation in regards to the Fillmore Heritage facility. We have reached an agreement that requires that I negotiate with the City of San Francisco on the terms and conditions under which I can acquire the property. By this letter, I am requesting to start the dialogue with your office and other parties involved to accomplish the task.

Please review the following documents and planned activities for further discussion and clarification.

1. Attached you will find an executed and signed copy of the Letter Of Intent (LOI) between Mr. Michael E. Johnson (FDC) and Agonafer Shiferaw Managing Director for Fillmore Entertainment Complex, LLC.

2. A copy of the Fillmore Entertainment Complex, LLC business retention, development and real estate acquisition plan for the Fillmore Jazz Heritage Center Complex which I assume you already have.

3. Commercial Purchase Agreement for the facility, purchase price, time frame to close escrow, deposit, and terms and conditions to complete the transaction.

4. A strategic plan to bring internationally recognized financially viable club operators, restaurateurs, large bakery/café operators or sports bar operators to take over the old Yoshi's/Addition Club and Restaurant once our proposal is accepted by the City of San Francisco.

Telephone Number: 415-290-5299
Email Address: Agonafer@att.net

Agonafer Shiferaw
Managing Director
Fillmore Entertainment Complex, LLC.

5. Operation of the facility will begin with new operators/tenants within six months of acceptance of the proposal.

Please respond to the offer, as soon as possible since time is of the essence in this transaction.

Sincerely,

Agonafer Shiferaw
Managing Director

Cc:

> The Honorable Board of Supervisor's President
> London Breed
>
> The Honorable Supervisor
> Malia Cohen
>
> City of San Francisco
> Naomi Kelly, Administrator
>
> Office of Community Investment and Infrastructure
> Tiffany Bohee, Executive Director
>
> Mayor's Office of Housing
> Olson Lee, Director
>
> NAACP
> Rev. Dr. Amos Brown, President
>
> African American Chamber of Commerce
> Fred Jordan, President

Telephone Number: 415-290-5299
Email Address: Agonafer@att.net

**Fillmore Development Commercial, LLC**
4096 Piedmont Avenue, Suite 313
Oakland, CA 94611

May 15, 2015

Mr. Theo Miller
Mayor's Office – City of San Francisco
San Francisco, CA

Re: 1300 – 1330 Fillmore Street – Fillmore Heritage Center Property

Dear Mr. Miller:

As a follow-up to the meetings with you, please find attached an executed Letter of Intent between FDC and the Agonafer Shiferaw's group – Fillmore Entertainment Complex, LLC.  This LOI provides that over the next 90 days we will finalize the agreements with his group.

The primary aspects of the LOI related to curing the default currently by FDC are that the his group will take over a majority interest in FDC, serve as the new Manager for FDC, and infuse capital to payoff repay the existing $5.0 million HUD Section 108 loan.   There will also be sufficient capital also to negotiate payment of delinquent CAM, property taxes, and certain other delinquencies based on negotiations with the City that also include negotiating acceptable terms for the ground lease and the future of parking lot. All of these issues are to be addressed in detail with resolution within the first 30 days of the LOI period.

His group will also negotiate with FDC and arrange the purchase of certain assets from FLEG operating entity such as the liquor license and certain FF&E that are currently secured by CBT and SBA/Key Bank.  Additionally is also committed to capitalizing the new entertainment venue adequately for leasehold improvements.

Over the next 90 days his group and FDC will refine the concepts for a new tenant/operator in the space to be presented to the City and the community.

Both Mr. Shiferaw's group and the newly organized FDC are committed to being an asset to the community. The lease with 1300 will be reviewed to help insure their continued economic viability.  FDC will also work with representatives of the community to see which programs such as: scholarships and internships, access to the performing and other spaces at special rates, training programs and others community benefits that can be achieved.

We look forward to your acceptance of this approach for moving forward to make this property an asset within the Fillmore community.  Please let us know any questions you have.

Sincerely,

Michael E. Johnson
Manager

Steve Mayer
Member

Letter of Intent to Purchase 1300-1330 Fillmore Street Facility, San Francisco, 94115     Page **1** of **3**

**Fillmore Entertainment Complex, LLC**

Agonafer Shiferaw | Managing Director
1330 Fillmore Street
San Francisco, California  94115

Email Address: Agonafer@att.net
Telephone Number: 415-290-5299

Letter of Intent Prepared by Agonafer Shiferaw
Submitted: May 2015

Letter of Intent to Purchase 1300-1330 Fillmore Street Facility, San Francisco, 94115    Page **2** of **3**

1. Fillmore Entertainment Complex, LLC with Agonafer Shiferaw ("AS") as Managing Director will purchase a controlling interest within the Fillmore Development Commercial, LLC owned by Em Johnson, Inc., SN Fillmore, LLC and MDI, LLC, and become the Managing Member of FDC, the terms of which will be negotiated and finalized within the 90 day due diligence period.

2. Total Capitalization will be $6,400,000.00.

3. Fillmore Entertainment Complex, LLC or AS will pay off the $5,000,000 HUD Section 108 loan, to the City and County of San Francisco, at the close of escrow.

4. Fillmore Entertainment Complex, LLC or AS will provide $1,000,000 to address the following unpaid obligations of Fillmore Live Entertainment Group, LLC, including the purchase the existing furniture, fixtures and equipment.

    • Payment of the $22,000 PGE Bill to reimburse the City
    • California Bank & Trust: TBD
    • SBA Loan: TBD
    • Unpaid property taxes: $150,000.00
    • Unpaid CAM charges: TBD
    • Purchase of the liquor license
    • The Grand Piano
    • Existing kitchen, bar, club and restaurant equipment.

5. Fillmore Entertainment Complex, LLC or AS would arrange financing to pay off the City loan of $5,000,000.00 within 120 days, including a 90-day due diligence period.

6. Fillmore Entertainment Complex, LLC or AS would deposit to escrow, $1,000,000.00, to satisfy current obligations.

7. Fillmore Entertainment Complex, LLC or AS will negotiate with the City on the other issues, including the Ground Lease.

8. Fillmore Entertainment Complex, LLC or AS will also negotiate with SN Fillmore to satisfy the terms of their outstanding loan to FDC. Additionally, SN Fillmore has the right to approve of the sale of interest by Em Johnson Interest, Inc. within FDC.

9.  Fillmore Entertainment Complex, LLC or AS will present to the City internationally recognized financially viable club operators, restaurateurs, large bakery/cafe operators or sports bar operators, or other tenants to be determined who will take over the old Yoshi's/Addition Club and Restaurant once the letter of intent is signed off.

10. Fillmore Entertainment Complex, LLC or AS would negotiate a new lease with 1300 Fillmore Street.

11. Fillmore Entertainment Complex, LLC or AS will create a community benefit fund to ensure community participation.

12. This Letter of Intent is effective as of the date of signature, and is non-binding on either party, and is not exclusive during the 90 day due diligence period.

Please indicate your acceptance by signing below.

Fillmore Development Commercial
Michael E. Johnson, President

Agonafer Shiferaw
Fillmore Entertainment, LLC

5/15/15
Date

5 - 22 - 2015
Date