DEPARTMENT OF
FINANCE

EDMUND  G.  BROWN  JR.  •  GOVERNOR

915 L STREET ■ SACRAMENTO CA ■ 95814-3706 ■ WWW.DOF.CA.GOV

December 7, 2015

Ms. Sally Oerth, Deputy Director
City and County of San Francisco
One South Van Ness Avenue, 5th Floor
San Francisco, CA 94103

Dear Ms. Oerth:

Subject: Long-Range Property Management Plan

Pursuant to Health and Safety Code (HSC) section 34191.5 (b), the City and County of San
Francisco Successor Agency (Agency) submitted a Long-Range Property Management Plan
(LRPMP) to the California Department of Finance (Finance) on March 25, 2014.  The Agency
subsequently submitted a revised LRPMP to Finance on November 23, 2015.  Finance has
completed its review of the LRPMP, which may have included obtaining clarification for various
items.

The Agency received a Finding of Completion on May 29, 2013.  Further, based on our review
and application of the law, we are approving the Agency's use or disposition of all the properties
listed on the LRPMP.  However, Finance notes the following which does not require a revision
to your LRPMP:

> In accordance with HSC section 34180 (f), the LRPMP acknowledges the City and County of
> San Francisco's (City and County) requirement to execute a compensation agreement with
> the affected taxing entities for those properties in which the City and County will retain for
> future development.  The City and County recommends no payments of money under the
> compensation agreements as certain properties possess covenants and conditions that
> represent significant value.  Finance neither approves nor denies the Agency's
> recommended compensation agreements, as compensation agreements are negotiations
> between the City and County and the other affected taxing entities, not the Agency.  As such,
> Finance has no authority to approve compensation agreements, but rather approves the
> LRPMP's stated intent that a compensation agreement will be executed.

In accordance with HSC section 34191.4 (a), upon receiving a Finding of Completion from
Finance and approval of a LRPMP, all real property and interests in real property shall be
transferred to the Community Redevelopment Property Trust Fund of the Agency, unless that
property is subject to the requirements of an existing enforceable obligation.  Pursuant to
HSC section 34191.3 (a) the approved LRPMP shall govern, and supersede all other provisions
relating to, the disposition and use of all the real property assets of the former redevelopment
agency.

December 7, 2015
Page 2


Please direct inquiries to Wendy Griffe, Supervisor, or Erika Santiago, Lead Analyst, at
(916) 445-1546.

Sincerely,

JUSTYN HOWARD
Program Budget Manager

cc:    Ms. Tiffany Bohee, Executive Director, City and County of San Francisco
       Mr. James Whitaker, Property Tax Manager, San Francisco County

APPROVED LONG-RANGE PROPERTY MANAGEMENT PLAN
**FILLMORE HERITAGE CENTER
GARAGE AND COMMERCIAL AIR RIGHTS PARCEL**

## EXECUTIVE SUMMARY

The Successor Agency to the Redevelopment Agency of the City and County of San Francisco (the "Successor Agency") submits its Long-Range Property Management Plan ("PMP") for the disposition of a 112-space public parking garage (the "Garage Parcel") and 50,000 square feet of commercial space (the "Commercial Air Rights Parcel") (together, the "Property") in the Fillmore Heritage Center in the former Western Addition A-2 Redevelopment Project Area, which expired on January 1, 2009.

The Fillmore Heritage Center is an $80.5 million public-private partnership that includes 80 condominiums, the Commercial Air Rights Parcel, and the Garage Parcel. Of that $80.5 million, about 35% ($28.1 million) was financed using public funds from the City and County of San Francisco (the "City") and the former San Francisco Redevelopment Agency (the "SFRA"). The public investment of dollars built the Garage Parcel and the Commercial Air Rights Parcel, both of which were intended to help revitalize the lower Fillmore Street commercial corridor.

The City financed the construction of the Commercial Air Rights Parcel by borrowing $5.5 million from the U.S. Department of Housing and Urban Development, or HUD (the "HUD Loan") and then loaning that money to the commercial developer ("FDC") to build the Commercial Air Rights Parcel (the "FDC Loan"). The SFRA financed the construction of the Garage Parcel ($5.6 million) and also contributed the land ($6.6 million), and allowed FDC to pay the purchase price for the land over time under a ground lease on the Commercial Air Rights Parcel (the "Ground Lease'). FDC then subleased the Commercial Air Rights Parcel to two subtenants, a jazz club/restaurant (Yoshi's San Francisco) and a second restaurant (1300 on Fillmore). The SFRA provided these two subtenants with tenant improvement loans totaling $10.4 million.

The Successor Agency continues to own the Commercial Air Rights Parcel and the Garage Parcel. The main tenant in the Commercial Air Rights Parcel (Yoshi's San Francisco) declared bankruptcy in 2012 and closed its doors in 2014. As part of the bankruptcy proceedings, FDC and its investors took over the jazz club and operated it as The Addition from July 2014 to January 2015. In January 2015, FDC ceased operations of The Addition. Since then, the Commercial Air Rights Parcel has remained vacant. FDC was formally put in default under the Ground Lease, as well as the FDC Loan. In June 2015, the Successor Agency terminated the Ground Lease with FDC and the City exercised its rights as a lender under the Ground Lease to become the master tenant of the commercial space.

***Disposition Plan.*** The disposition plan for the Garage Parcel is a transfer to the City for a governmental purpose – that is, a public parking garage – pursuant to Section 34181(a)(1) of the California Health and Safety Code. Since the closure of The Addition, the monthly operating deficit of the garage has increased to approximately $10,000. OCII has been backfilling this

deficit with property tax funds authorized by the Oversight Board and the State Department of Finance ("DOF").

The disposition plan for the Commercial Air Rights Parcel is a transfer to the City for future development pursuant to Section 34191.5(c)(2)(A)(i)-(ii) of the California Health and Safety Code.   Development of the Property was included in the Redevelopment Agency's Implementation Plans prior to its dissolution and remains a high priority of the City in light of the closure of Yoshi's San Francisco and The Addition, which has negatively impacted the area. As further explained below, a transfer to the City will: (1) ensure that the original community development purpose for acquiring the Property continues to be met and (2) ensure that SFRA's economic development goals for the Property are met.

## BACKGROUND

The Fillmore Heritage Center can be divided into three components:  (1) the residential units, which were entirely privately financed, (2) the Commercial Air Rights Parcel, which was financed with both private and public funds, and (3) the Garage Parcel, which was entirely publicly financed.  Each of these components is discussed in more detail below.

- **Residential Units.**  The Fillmore Heritage Center includes 80 condominiums, including 12 affordable condominiums.  The construction of these units was completely privately financed with about $35 million from a pension fund. No public dollars went into the residential component of the Fillmore Heritage Center.  All the units have been sold to individual homeowners, and the proceeds were used to pay back the private construction lender and the SFRA for a portion ($3.5 million) of the $6.6 million land value.  The condo owners operate a homeowners' association, which manages the residential space, a separate residential garage, and the common areas within the Fillmore Heritage Center (the "HOA").  All the condo owners pay common area maintenance fees to the HOA.

- **Commercial Air Rights Parcel.**  The Fillmore Heritage Center also includes about 50,000 square feet of commercial space on the ground floor of the building (the "Commercial Air Rights Parcel").  The City financed the construction of the commercial space.  To do this, the City, acting through the Mayor's Office of Housing ("MOH"), borrowed $5.5 million from HUD in the form of a securitized Section 108 loan, which is backed by the City's federal CDBG fund allocation (the "HUD Loan").  The City then gave these federal dollars to FDC, an affiliate of the developer, Fillmore Development Associates ("FDA"), in the form of a construction loan, so that FDC could build the commercial space (the "FDC Loan").  The SFRA also contributed about $10.4 million in loan funds for the tenant improvements.

  The Successor Agency owns the Commercial Air Rights Parcel and master leased the entire 50,000 square feet under the Ground Lease to FDC.  The ground lease structure was used as a financing mechanism to allow the developer to pay the $6.6 million purchase price for the land over time instead of in one lump sum upfront.  FDC, as master tenant, subleased the commercial space to two tenants: (1) Yoshi's San Francisco, a jazz

club/restaurant, and (2) Food for Soul, which operates another restaurant called "1300 on Fillmore". These subtenants were supposed to pay rent and common area maintenance fees to FDC, who was then supposed to (a) pass the rent through to the City as a debt service payment on the FDC Loan, and (b) pass the common area maintenance payments through to the HOA. This process did not happen on a regular basis. FDC fell in in arrears on the FDC Loan with the City and its common area maintenance payments to the HOA, as well as its property tax payments.

FDC was required to pay the common area maintenance charges under its ground lease with the Successor Agency; however, the Successor Agency is ultimately liable for these charges, as owner of the Commercial Air Rights Parcel, under a separate project document. The Successor Agency has received authorization to pay the common area maintenance charges from the Oversight Board and DOF (Recognized Obligations Payment Schedule ("ROPS") Line 126).

The main tenant in the Commercial Air Rights Parcel, Yoshi's San Francisco, declared bankruptcy in 2012 and closed its doors in 2014. As part of the bankruptcy proceedings, FDC and its investors took over the space and operated The Addition from July 2014 to January 2015. In January 2015, FDC ceased operations of The Addition and the Commercial Air Rights Parcel remains vacant. FDC was formally put in default under the Ground Lease, as well as the FDC Loan. In June 2015, the Successor Agency terminated the Ground Lease with FDC and the City exercised its rights as a lender under the Ground Lease to become the master tenant of the commercial space.

- **Garage Parcel.** The Fillmore Heritage Center also includes the Garage Parcel, which is a 112-space public parking garage. The SFRA financed the construction of this garage using $5.6 million in tax exempt bond proceeds. The SFRA also used about $860,000 in federal grant funds for site preparation/environmental remediation. The Successor Agency still owns the Garage Parcel and operates it through a garage management agreement with a private garage operator. The garage also pays common area maintenance fees to the HOA.

  The garage's performance is dependent on the performance of the commercial tenants in the Fillmore Heritage Center. Before bankruptcy proceedings started, the garage was operating with a small deficit. Since the closure of The Addition, the monthly operating deficit of the garage has increased to approximately $10,000. The Successor Agency has been backfilling this deficit with property tax funds authorized by the Oversight Board and DOF (ROPS Line 119).

In sum, the public investment went into the land, site preparation, and building the Garage Parcel and the Commercial Air Rights Parcel. The SFRA contributed the land, which was valued at about $6.6 million, and accepted a payback plan on the purchase price of the land over time ($3.5 million has been paid to date). The SFRA contributed an additional $5.6 million in grant funds for construction of the Garage Parcel. About $16 million in SFRA/City loan funds went into building the Commercial Air Rights Parcel.

## LONG-RANGE PROPERTY MANAGEMENT PLAN

The following presents the information requested pursuant to Section 34191.5 of the California Health and Safety Code for the Garage Parcel and the Commercial Air Rights Parcel.  These properties are also shown on Attachment A (Photo of Fillmore Heritage Center) and Attachment B (DOF Tracking Sheet for Other Properties) as Nos. 1 and 2.

### Date of Acquisition

The SFRA purchased the 52,938-square-foot lot on which the Fillmore Heritage Center now sits (which was an assemblage of 12 different lots) between April 1967 and April 1969 with urban renewal grant funds from the federal government (explained in more detail below).

### Value of Property at Time of Acquisition

The sum the SFRA paid to purchase the 12 different lots was $939,450.

### Current Value of the Property

The estimated current value for the Garage Parcel is $2.2 million and the estimated current value for the Commercial Air Rights Parcel is $9.0 million based on a July 6, 2015 appraisal by R. Blum and Associates.

### Purpose for which the Property was Acquired

During the 1960s and 1970s, redevelopment agencies across the country were buying up huge tracts of land for the purposes of implementing redevelopment programs, using urban renewal grant funds from the federal government.  This program was generally referred to as the "Urban Renewal Program" authorized by the U.S. Congress, which set federal standards for urban renewal under Title I of the Housing Act of 1949.  This program, which displaced thousands of people from their homes and businesses, also occurred in San Francisco, most dramatically in the former Western Addition A-2 Redevelopment Project Area.

The SFRA originally acquired the land on which the Fillmore Heritage Center now sits with urban renewal funds provided through a federal Loan and Grant Contract dated December 27, 1956 (Contract No. Calif. 2-2 (LG)), which was approved by the U.S. Department of Housing and Urban Renewal (the "HUD Contract").  Under the HUD Contract, the SFRA was required to use the federal funds to carry out redevelopment activities in accordance with the local redevelopment plan and the federal urban renewal standards.

In 1982, the City and the SFRA executed, with HUD concurrence, a Closeout Agreement for the Western Addition Area Two Redevelopment Project (Calif. R-54) in which the land that was developed for the Property is identified as Parcel 732-A.  (See the Closeout Agreement, Exhibit A at page 3.)  The Closeout Agreement states:  "All remaining undisposed properties acquired by the Agency in the redevelopment area are shown in Exhibit A hereto.  All the proceeds from the sale or lease of such property after financial settlement of the Program shall be treated as

program income to the Community Development Block Grant Program under the provisions of 24 C.F.R. 570.506." (See the Closeout Agreement at p. 2.)

In 2015, HUD determined that a portion of any proceeds from a sale of the Garage Parcel (which includes the land) would be restricted as CDBG program income because the land was purchased with federal urban renewal grant funds and is subject to the Closeout Agreement described above.[1]  Any proceeds from the sale of the Commercial Air Rights Parcel must first go to the City to pay off the City's $5.5 million HUD Loan.

**Address/Location**

The Garage Parcel and the Commercial Air Rights Parcel are both located at the Fillmore Heritage Center at 1310 Fillmore Street.

**Lot Size**

The Garage Parcel (0732-32) is approximately 50,000 square feet, and includes 112 parking stalls and miscellaneous parking equipment.  The Commercial Parcel (0732-33) is also 50,000 square feet, and includes (1) a 28,000-square-foot jazz club/restaurant ("Yoshi's San Francisco") (2) a 6,300-square-foot restaurant/music lounge ("1300 on Fillmore"), and (3) a gallery, screening room, and common areas.

**Current Zoning**

Both the Garage Parcel and the Commercial Parcel are zoned under the San Francisco Planning Code as NCT - Fillmore Street Neighborhood Commercial Transit District.  This district extends along Fillmore Street between Bush and McAllister Streets. Fillmore Street's dense mixed-use character consists of buildings with residential units above ground-story commercial use. Buildings range in height from one-story commercial buildings to high-rise towers. Fillmore Street and Geary Boulevard are important public transit corridors. The commercial district provides convenience goods and services to the surrounding neighborhoods as well as shopping, cultural, and entertainment uses that attract visitors from near and far. This designation is intended to encourage and promote development that enhances the walkable, mixed-use character of the corridor and surrounding neighborhoods. Rear yard requirements at residential levels preserve open space corridors of interior blocks. Housing development in new buildings is encouraged above the ground story. Existing residential units are protected by limitations on demolition and upper-story conversions.

Consistent with Fillmore Street's existing mixed-use character, new commercial development is permitted at the ground and second stories. Most neighborhood- and visitor-serving businesses are strongly encouraged.  Eating, drinking, and entertainment uses are confined to the ground story. The second story may be used by some retail stores, personal services, and medical,

---

[1] The portion that would be treated as CDBG program income is 57.14%, because 57.14% of the total project costs for the Garage Parcel (as determined by HUD) were funded with federal funds. Email from R. Cedillos, HUD Senior CPD Officer, to K. Wyatt, DOF Local Government Unit Analyst, February 20, 2015.

business, and professional offices. Parking and hotels are monitored at all stories. Limits on drive-up facilities and other automobile uses protect the livability within and around the district and promote continuous retail frontage.

**Estimate of the Current Value (Including Appraisal Information)**

*Garage Parcel.* A recent appraisal by R. Blum and Associates, dated July 6, 2015, valued the Garage Parcel at $2.2 million. As noted previously, the garage's performance, and by extension its value, is dependent on the performance of the commercial tenants in the Fillmore Heritage Center. In its appraisal, R. Blum and Associates noted that the "future of this garage is tied to the future use of the subject commercial space. It appears that operation of a daily garage is not profitable in this location at the present time and there would be minimal demand from an investor for that use given the limited current return...If new demand and development occurs in the area, income in the future might justify operation as a for-profit parking garage."

*Commercial Air Rights Parcel.* The July 6, 2015 appraisal by R. Blum and Associates also included the Commercial Air Rights parcel, which was valued at $9,000,000.

**Estimate of Revenues Generated (Including Contractual Requirements for Use of Funds)**

*Garage Parcel.* With the closure of the jazz club, the Garage Parcel currently generates an average of $18,500 a month, after parking taxes. That revenue goes toward reimbursing the garage operator for the expenses incurred in running the garage, per the Garage Management Agreement between the Successor Agency and Pacific Park Management Inc. dated May 1, 2011 (the "Management Agreement"). Per the Management Agreement, the Successor Agency must reimburse the garage operator for any operating deficits every six months. The garage's performance is dependent on the performance of the commercial tenants in the Fillmore Heritage Center. Currently, the garage is running a deficit of about $10,000 a month on average. The Successor Agency has been backfilling this deficit with property tax funds authorized by the Oversight Board and DOF through approval of its ROPS (Line No. 119).

*Commercial Air Rights Parcel.* As mentioned, the Commercial Air Rights Parcel is currently ground leased to the City. With the closure of The Addition, the only income currently generated under the Ground Lease is from 1300 on Fillmore. The monthly rent due from 1300 on Fillmore is approximately $10,000; however, 1300 on Fillmore is currently in arrears on these payments.

**History of Environmental Contamination, Studies, Remediation Efforts**

Baseline Environmental Consulting prepared reports on the land on which the Fillmore Heritage Center sits in May 1996 and July 2000. These reports concluded that the property contains lead- and petroleum-contaminated soils to a depth of approximately four feet. Historical land uses include a storage company, upholstery shop, furniture store, printing shop, sign painter, paved and unpaved parking areas, and construction staging area, all of which may have contributed to the contamination. The report recommended that the contaminated soil be excavated and properly disposed of in a hazardous waste facility. The consultants estimated the cost of

excavation to be between $600,000 and $840,000.  As a result, the SFRA applied for and received a grant from the California Environmental Protection Agency of $860,000 to remediate the site when construction began on the Fillmore Heritage Center in 2005.

**Potential for Transit-Oriented Development; Advancement of Planning Objectives**

As mentioned, both the Garage Parcel and the Commercial Parcel are zoned under the San Francisco Planning Code as NCT - Fillmore Street Neighborhood Commercial Transit District. This district extends along Fillmore Street between Bush and McAllister Streets. Fillmore Street's dense mixed-use character consists of buildings with residential units above ground-story commercial use. Fillmore Street and Geary Boulevard are important public transit corridors.  See San Francisco General Plan, Transportation Element, Map 9 (Transit Preferential Streets), available at http://www.sf-planning.org/ftp/General_Plan/images/I4.transportation/tra_map9.pdf.

In the RFQ for the Property, the SFRA emphasized that its development was "pivotal to the successful revitalization of the lower Fillmore (Street) commercial corridor," which is the center of the Fillmore Jazz Preservation District (the "Jazz District").   The Jazz District was established by the SFRA Commission to focus resources on reestablishing a vibrant commercial district along lower Fillmore Street that reflects the historical and cultural heritage of the area.  Key components of this economic development strategy were to: (1) develop catalyst sites to draw people from a wide geographic area, so that existing businesses would benefit from the increased customer base and new businesses would be created; and (2) create employment opportunities for residents of the community .  The land on which the Fillmore Heritage Center sits was such a catalyst site, given its location, size and development potential.  Developing it with destination entertainment/retail uses fulfilled these planning objectives.  However, with the closure of The Addition in January 2015, further redevelopment of the site is necessary.

**History of Previous Development and Leasing Proposals**

The land on which the Fillmore Heritage Center now sits sat vacant for more than 30 years. Various development proposals were floated over the years but nothing ever materialized into a development agreement.  Finally, in 1989, the SFRA entered into an Agreement for Disposition of Land for Private Development (the "LDA") with Fillmore Renaissance Associates, L.P. ("Renaissance Associates").   Due to unfavorable market conditions and other factors, Renaissance Associates was not able to proceed with the residential development originally planned for the land.  Years later, in 1995, the LDA was amended to permit a multi-screen cinema complex, a jazz and supper club, and a parking garage.  For the next six years, Renaissance Associates attempted to sign leases with tenants and put the financing together to build the project, but was ultimately unsuccessful.

In June 2001, the SFRA began the solicitation process for a new developer.  This solicitation resulted in the selection of Fillmore Development Associates, or FDA, which built the Fillmore Heritage Center (An affiliate of FDA, Fillmore Development Commercial, or FDC, built the Commercial Air Rights Parcel).  The Fillmore Heritage Center opened in 2007.

**Disposition of the Property**

Based on the foregoing, the Successor Agency proposes the following disposition plan for the Garage Parcel and the Commercial Air Rights Parcel.

*Garage Parcel.* The disposition plan for the Garage Parcel is a transfer to the City for a governmental purpose – that is, a public parking garage – pursuant to Section 34181(a)(1) of the California Health and Safety Code. The Garage Parcel meets the definition of a parking facility dedicated solely to public parking because it does not "generate revenues in excess of reasonable maintenance costs." Section 34181 (a) (2) of the California Health and Safety Code.

*Commercial Air Rights Parcel.* The disposition plan for the Commercial Air Rights Parcel is a transfer to the City for future redevelopment pursuant to Sections 34191.5(c)(2)(A)(i)-(ii) of the California Health and Safety Code. Consistent with these Sections, the development of the Property was included in SFRA's 1999-2004 and 2004-2009 Implementation Plans for the Western Addition A-2 Redevelopment Project Area. A transfer to the City will: (1) ensure that the original community development purpose for acquiring the Property continues to be met and (2) ensure that SFRA's economic development goals for the Property – that is, the development of the Property as a catalyst to the successful revitalization of the lower Fillmore Street commercial corridor and the creation of employment opportunities for the community – continue to be met.

Under Section 34191.5(c)(2)(A)(i)-(ii) of the California Health and Safety Code, the Oversight Board or the Department of Finance may require approval of a compensation agreement, as described in Section 34180(f), prior to the transfer of property that the City retains for future redevelopment activities. The compensation agreement requires the City and other taxing entities to reach agreement on payments proportionate to their share of base property taxes for the value of the property retained. In this case, the Successor Agency is recommending that the payments under the compensation agreement consist of covenants and conditions on the parcel restricting its use and any future disposition to purposes consistent with the CDBG program and with the original economic development objectives for the Property, namely its redevelopment as a catalyst to the revitalization of the lower Fillmore Street commercial corridor and the creation of employment opportunities for the community. In light of the existing restrictions on the parcel and the long-standing City and community-wide interest in revitalizing the parcel, these conditions and covenants constitute a significant value in lieu of the payment of money.

**Properties Dedicated to Governmental Use Purposes and Properties Retained for Purposes of Fulfilling an Enforceable Obligation**

See above section.


Attachment A:      Photo of Fillmore Heritage Center
Attachment B:      DOF Tracking Sheet --Other Properties

**Attachment A**
**Photo of Fillmore Heritage Center**

