

# FILLMORE HERITAGE CENTER REQUEST FOR PROPOSALS

### REVIEW PANEL PARTICIPANTS

A representative team of community members and City staff will meet and formally review proposals for the Fillmore Heritage Center. The committee includes 5 community representatives and 4 City representatives. Members have been selected to represent diverse stakeholders of the Western Addition community, including but not limited to Fillmore corridor merchants and long-time Western Addition residents. Individuals participating in the RFP Review Panel will not be allowed to submit proposals for the Fillmore Heritage Center or partner with proposal teams.

**Community Panelists:**

Reverend Amos Brown, Chair
LaTonia Grice
Darryl Dieter
Rick Swig
Audrey Joseph

**Representatives from the following City departments:**

Mayor's Office of Housing and Community Development
Real Estate Department
Office of Community Infrastructure and Investment
Office of the Controller



1 Dr. Carlton B. Goodlett Place, Room 448    San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969    f: 415.554.6018

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**         CCSF-SHIFERAW_000441