

New Community Leadership Foundation
1560 Turk Street # 123
San Francisco, CA 94115-4645
www.NewCLF.com

February 16th, 2017

Joaquin Torres
Deputy Director
Office of Economic and Workforce Development (OWED)
One South Van Ness Ave.
San Francisco, CA 94103

RE: Seven Critical Amendments for Current RFP for the Fillmore Heritage Center

Dear Joaquin Torres:

We have serious concerns regarding the Request for Proposal (RFP) for the Fillmore Heritage Center issued on 02-10-17. We would like to meet with you at your earliest convenience to discuss the content of this letter. We want to first thank you and acknowledge that the RFP language recognizes that the Fillmore is an historically Afro-American neighborhood impacted by "urban renewal." However, the City and RFP language admitting that a wrong was done by the government to the Afro-American community in Fillmore but doing nothing strategic to address it, carries no weight. A list of seven critical amendments that we identified must be made to this RFP. The list is numbered 1-7 below. It would be offensive to the community for OEWD to continue with this RFP the way it is laid out.

As you know, this is the City's second RFP for the same parcel of land. The first RFP was issued and then built by 2007. The winner of the RFP was the developer Michael Johnson. At the time, the land was undeveloped. It was a huge gated-off empty lot that lay barren for decades. It was part of 60 square blocks that were bulldozed in the Fillmore by "Urban Renewal" during the 1960s and 1970s. Back then 18,000 thousand Fillmore residents were displaced and thousands of Afro-American businesses were forced to close most never opened again. Afro-American start-ups and emerging businesses were told by the government they are not welcomed in San Francisco. City Hall told the Afro-American community in the 1970s-1980s that once the land was rebuilt the community would be able to reopen their businesses. This never happened because the government let the land stay vacant for decades. The government finally decided to roll out RFPs for the land but stacked the deck against the local Afro-American community. Then the "Urban Renewal" program turned around and practically

gave the land away to outside corporations or private investors. This was the last piece of empty land to be developed from that era. The community waiting the longest to do business in Fillmore will not be denied.

It is widely excepted that the first RFP by the City was a complete failure. The businesses and the community benefit failed. Yoshi's was not able to pay rent to the developer/owner Michael Johnson. As a result Mr. Johnson did not have money to pay back loans to banks and City Hall. In 2012 after only 6 years of operations Yoshi's filed for bankruptcy. The City loaned Yoshi's millions in tax dollars that will be lost. These funds were intended to benefit the Fillmore and poured into this Yoshi's development. Now all these funds are lost.

The Community Benefit Plan of the first RFP was a complete failure from the start. See the bullet points below. They represent all the failed promises from the City to the community about what this development would bring to the neighborhood. This dealt a serious blow to the Fillmore community's hopes that the development would play a part to help restore a portion of the economic benefits the Black culture and jazz uprooted by Urban Renewal.

**First RFP Results Failed the Community from the Start to Finish (2007-2015)**

- The "Job Training and Hiring Program" and the "Job Training Internship Program" which was intended to create numerous employment opportunities at all levels for disadvantaged individuals did not succeed as hoped;
- Even hiring local residents with experience in culinary arts, bartending, restaurant positions, back stage positions and entertainment management were minimal;
- The local community has been left out of its own legacy as it relates to having a say in what Jazz, Blues, R&B and even Hip Hop entertainment was performed in the Yoshi's club and restaurant;
- Even Yoshi's attempts to work with grassroots artists seem to target people new to the neighborhood while excluding lifelong residents, not to mention Yoshi's 10th year anniversary CD celebrating its Oakland site did not include a single African American artist;
- "Food for Soul" restaurant, also known as 1300, which was intended to function at least part of the time as a multi-purpose meeting space and be available for community meetings, workshops and potential program activities did not meet their goals;
- In fact, most local residents were priced out of 1300 restaurant because of its exorbitant prices;
- Supporting the start-up of small businesses on the ground level or lobby area for business "Certificate of Preference" holders and local residents did not happen in an impactful way;
- The Lush Life Gallery that occupied the ground level facing Fillmore Street was rarely open and did not conduct consistent or authentic marketing to attract locals and tourists which essentially squandering one of the few opportunities for local artists to promote their music and merchandise;
- Another disappointment was the lack of local participation in the construction of the development.

- The high price of the condominiums which made it practically impossible for working or middle class renters or "Certificate of Preference" holders from Fillmore to participate in the homebuyers' assistance program;
- The Screening Room was not managed in the way the community hoped for or even the way it was intended;
- The Screening Room programing and education workshops were scarce.
- Many local residents and artists did not know The Screening Room even existed.  For local professionals and artists that were aware of the space, often it was extremely difficult to locate the contact person to reserve the space.  Locals and tourists alike desire an authentic experience; and
- In 2015 the garage was looking $10,000 per month, per The New Fillmore newspaper. It is our understanding that tax dollars are footing this bill.

We do not want to make the same mistakes that happened during the first RFP with this second RFP.

**Seven Critical Amendments needed for current RFP issued on Feb. 10, 2017 by OEWD**

1) Replace the terms "minority and women", and specify Afro-Americans and those disenfranchised by Urban Renewal:
- Not all minorities were impacted by The Redevelopment Agency in the Fillmore. The primary community affected were "African-Americans".  This reality has to be spoken for.  "African Americans" impacted by urban renewal need to be added into this R.F.P. with strong language.
- African Americans and Japanese men and women were disenfranchised by Redevelopment in the Fillmore. We desire the language within the RFP to specify and emphasize these groups. Saying "women and minorities" alone is far too vague and allows the chance of the most impacted minority group to be overlooked. One could use this language as a loophole and stay in compliance with the RFP by simply servicing Asian or White women.

2) Take out below market rate and add in low-income rate:
- The Black community in Fillmore was a new, thriving and up and coming destination spot in the 50's and 60's. There were strong indicators the economic potential of Black culture was similar to that of Chinatown and North Beach. All this was thwarted by the Redevelopment Agency.
- Forty years of systematic government destruction of the Afro-American community's economic base in Fillmore left this community economically depressed.
- The current market rate is very high and the term below market rate is another potential loophole. If the market rate is $3000 and you lower it to $2500 this is in compliance with the RFP's phrasing but still excludes low income residents. The rates should be set in a way to meet the community where they are at economically in order to bring the community back up economically.  The term "Income based" should be used or a terminology specifying the price for these rentals will be appropriately reduced as to be accessible for low income residents.

CCSF-SHIFERAW_009883

3) Job creation does not specify who and it should specify Afro-American residents impacted by Urban Renewal:
- All Black residents born and raised in Fillmore were impacted by urban renewal. Whether they were born yesterday or in the 1950's. The devastating condition of poverty and blight that the Urban Renewal left the community in created social, physical and spiritual scars. It left our community in a state of economic ruin. In the 1940s-1960's most San Francisco businesses discriminated against Black workers, but in Fillmore many small Black business owners were able to hire Black people. At the time the City did not enforce hiring quotas for affirmative action. Instead of supporting Black businesses hiring Black people, the government bulldozed most of those Black business in the Fillmore and caused the community to economically starve.

4) The developer should work with 5-10 nonprofits to act as liaison to the community:

5) The developer will purchase the Ellis Street walkway for the community and change the name of the street into "Community Way".

6i) Extend the time between when the RFP is issued and when it's due date. There should be at least a 90-day window. Currently there is a window a little less than 2 months.

7) Sell the Gallery, Screening Room and Garage individually to create more ownership opportunities and more reachable prices for Afro-Americans and other communities impacted by "urban renewal."

Thank you for your time in reading this letter. We would like to meet with you at your earliest convenience. Please feel free to contact Majeid Crawford by email, majeidcrawford@gmail.com, or phone at 415-424-0155 for any questions, comments or to schedule a meeting.

Sincerely,

Hugh E MC
Executive Director


Majeid Crawford
Board President


Jameel Rasheed Patterson
Board Vice President