**Mayor's Office of Housing and Community Development**
City and County of San Francisco



Edwin M. Lee
Mayor

Olson Lee
Director

# EXHIBIT I

### EARNEST MONEY DEPOSIT FORM

On February 10th, 2017, the City and County of San Francisco ("City") issued a request for proposal to interested parties ("Respondents") for the potential sale of real property located at 1300-1330 Fillmore Street ("Property") in San Francisco. The City, on the date indicated below, acknowledges the receipt of the Earnest Money Deposit in the amount of $1,000.00 in the form of cashier's or certified check, to be cashed and held by the City in its trust account, on behalf of both itself and the interested respondent party pursuant to the terms below. As a respondent, you will receive an email confirmation of your check and also have the opportunity to review additional due diligence materials.

Upon City's receipt of the Earnest Money Deposit, a potential Respondent shall have access to detailed information specific to the Property. After the selection of a proposal, the deposits of all unsuccessful Respondents will be refunded. Within three (3) business days of selection, the successful Respondent will be required to increase its deposit by Nine Thousand Dollars ($9,000.00), to a total of Ten Thousand Dollars ($10,000.00). At that point, the entirety of the deposit will become non-refundable and will be used to cover a portion of the City's costs related to project administration. The deposit will increase to five (5) % of the purchase price upon execution of the Purchase and Sale Agreement, and shall be non-refundable except in an event of default by City.

Earnest Money Deposits must be received no later than 4:00PM on April 3, 2017 at:

City and County of San Francisco    415-701-5562
Attn:   Rally Catapang
Mayor's Office of Housing and Community Development
1 South Van Ness, 5th Floor
San Francisco, CA 94103

Respondent's Name: AGONAFER SHIFERAW

Company Phone: 415-290-5299

Email: agonofos@att.net

Respondent's Signature: _____   Date 2-27-17

To be completed by the City and County of San Francisco and copy returned to applicant as proof of deposit.

Check Received?

Yes ☒        Date 2-27-17

No ☐         Initials ___

1 South Van Ness Avenue – Fifth Floor, San Francisco, CA 94103
Phone: (415) 701-5500   Fax: (415) 701-5501   TDD: (415) 701-5503 • www.sfmohcd.org

HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY          CCSF-SHIFERAW_000745