

Response to **Request for Proposal - Fillmore Heritage Center**

# THE REPUBLIC OF FILLMORE

Submitted to City and County of San Francisco by
Fillmore Entertainment Complex, LLC
Agonafer Shiferaw, CEO/Principal Managing Director
on April 24, 2017

# FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

| Section | Table of Contents |
|---------|-------------------|
| 1 | Introduction and Executive Summary |
| 2 | Proposed Use and Community Benefits<br><br>Floor Plans and Renderings<br><br>Exhibit H: Community Benefits Submission Form<br><br>Business Plan |
| 3 | Statement of Qualifications |
| 4 | Financial Statements |
| 5 | Project Feasibility |
| 6 | Bid and Offer to Negotiate Exclusively | Exhibit E |
| 7 | Project Schedule |
| 8 | Proposal Execution |
| 9 | Form SFEC-126 | Exhibit G |
| 10 | Earnest Money Deposit - Registration |

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

April 24, 2017

City and County of San Francisco
General Services Agency
C/O: Real Estate Division
25 Van Ness Avenue, Suite 400
San Francisco, California 94102

Response to: **Request For Proposals: Fillmore Heritage Center**

Dear Review Panel:

The Fillmore Entertainment Complex, LLC presents a bold repurposing of the Fillmore Heritage Center that reactivates the entire building day and night with stimulating sounds, aroma and visuals. The Fillmore Entertainment Complex, LLC proposes to purchase the Fillmore Heritage Center airspace parcel and parking garage parcels located at 1300 to 1330 Fillmore Street, San Francisco, California. These commercial airspace parcels are identified by the San Francisco County Assessor as Block 0732, Lot 32 and Block 0732, Lot 33. The investment will facilitate the acquisition, remodeling, refurbishing and rebranding of the 50,000-square-foot property. The building, to be renamed **The Republic of Fillmore**, will be a beacon symbolizing social change, lighting the street and creating opportunities for entrepreneurs, restaurateurs, musicians, and independent artists. Envisioned as a regional destination point, the redesigned facility will include the existing 1300 on Fillmore restaurant, a food hall encompassing three new restaurants, a new sports bar, a blues lounge, Marcus Bookstore coffee tea cafe, the existing 400-seat entertainment show room with VIP lounge, the community movie theatre, a redesigned gallery/concept store, and six new artisan kiosks/popup shops on the Fillmore and Ellis Streets walkway Parcel 0725, Lot 26.

The Fillmore Entertainment Complex, LLC is prepared to offer $6.5 million toward the purchase of the property. The project is expected to be fully operational in approximately 12 months. The Fillmore Entertainment Complex, LLC will complete the transfer of title and closure of escrow, with due diligence, within 90 days of the acceptance of the offer by the City and County of San Francisco.

The Fillmore Entertainment Complex, LLC is a socially conscious investment group which considers community benefit and cultural relevance as vital parts of the project. To that end, the Fillmore Entertainment Complex, LLC has budgeted $300,000 to support culturally relevant community activities on the lower Fillmore. Culture and community are the essence of San Francisco's Fillmore District. The gathering of a diverse people define this neighborhood as a place for celebration as much as for conversation. Here, we share experiences, honor the legacy of the past, and capture the spirit of the future.

Sincerely,

Agonafer Shiferaw
CEO/Principal Managing Director

# FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

## Executive Summary

The Fillmore Entertainment Complex, LLC envisions The Fillmore as a center for social change, where diverse people come together to discuss, to plan and to create. **The Republic of Fillmore** will provide the environment to promote this interaction with a variety of opportunities for community members and new visitors:

- a food hall encompassing three new restaurants serving comfort food of different regions
- the fine dining of the critically acclaimed 1300 on Fillmore restaurant serving south classics
- a sports bar where customers will be visible from the street
- a blues lounge to appreciate the purest form of American music
- a movie theatre screening independent films
- a bookstore café where coffee or tea accompanies discussion
- an entertainment show room with diverse programming
- an art gallery or concept store celebrating culture, community and creativity
- outdoor artisan kiosks / popup shops

The Fillmore Entertainment Complex, LLC estimates the total investment to acquire the property and complete the structural and tenant improvements will be $8 million. This amount will ensure adequate reserve to service debt and operational costs until tenants are in place. The Fillmore Entertainment Complex, LLC is prepared to offer $6.5 million toward the purchase of the property. The project is expected to be fully operational in approximately 12 months.

## Mission

The mission of the Fillmore Entertainment Complex, LLC is to preserve the property at 1330 Fillmore Street in San Francisco as an African American-owned entertainment, dining and cultural venue that is self-sustained and economically viable.

Agonafer Shiferaw, CEO / Principal Managing Director of the Fillmore Entertainment Complex, has more than 30 years of experience as a business owner and operator in San Francisco. In the mid-1990s, he worked closely with the Fillmore Jazz Preservation District Task Force as part of the City's efforts to acknowledge the African American history of the neighborhood, which led to the 2007 creation of the Fillmore Heritage Center anchored by Yoshi's jazz club / restaurant and 1300 on Fillmore restaurant. He was the owner and operator of the popular Rasselas Jazz Club and Restaurant from 1986 to 2003 on California Street in San Francisco and from 1999 to 2013 on Fillmore Street south of Geary until he saw how his commercial and residential real estate interests could benefit his larger vision for the community.

For this proposal, he and his team performed nearly three months of research and interviews with national music venues, retail consultants, neighborhood businesses, community and spiritual leaders, and arts organizations.

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

### Challenges

Since the closure of the property in 2015, community members and retail consultants have brought forth a number of concerns that the existing Fillmore Heritage Center presents to prospective buyers:

- Difficulty with identifying a non-chain entertainment/restaurant venue to lease the large 28,000 square foot space occupied by the space originally designed for Yoshi's.
- Limited existing spaces designed for daytime activities.
- The property – like many of the properties on Fillmore south of Geary – appears closed to the street, particularly when curtains are drawn during the daytime and screened photographs permanently covered the windows of the art gallery.
- The sides of the building that face north and south are non-descript, so pedestrians within a block away often cannot see if there is any activity in the building.
- Not enough affordable options, variety of activities, or places to gather.

### Solutions

The Republic of Fillmore provides a complementary experience for community members and visitors by vastly increasing transparency and maximizing the space within the existing building. Features include:

- Subdividing the existing street side restaurant, visually opening the building to the street, and increasing visibility of the property to the north and south.
- Glass facades and enhanced indoor lighting will allow passersby to look into the spaces.
- New exterior and indoor lighting and signage will vastly improve visibility from a distance.
- Some spaces will have day and night use: the entertainment venue and the three new restaurants.
- Neighborhood-serving spaces open in the daytime will be the gallery, bookstore café and theatre.
- Spaces expected to operate in the evening will be the blues lounge, and 1300 on Fillmore restaurant (other than gospel brunch Sundays).
- In the northern adjacent parcel owned by the City, we propose to create six outdoor kiosks that we will offer to neighborhood artisans and entrepreneurs to operate to mimic the vendor booths at the successful Farmers Market in the neighborhood.

### Community Benefits

Community participation is essential to the success of The Republic of Fillmore. The Fillmore Entertainment Complex, LLC, has budgeted $300,000 to support culturally relevant community activities. Among the ways that this center intends to support the community through sponsorships, programs and discounted rates:

- More than 300 FTE jobs are expected to be provided by all the establishments.
- Entrepreneurial opportunities at new kiosks/popups.
- Scholarship fund and on-the-job training for the culinary arts.
- Management and entrepreneurial training to operate the parking garage.
- Sponsorships and seasonal home for the San Francisco Black Film Festival, St. John Coltrane Church, Lorraine Hansberry Theatre, Afro Solo, and Cultural Odyssey.
- Retail space for Marcus Bookstore, along with a coffee tea café.
- Office and meeting space for the San Francisco Black Chamber of Commerce.
- Establishment of a business improvement district for the lower Fillmore.

# FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

## *Proposed Use and Community Benefits*

### *Project Plan for the Property*

The Fillmore Entertainment Complex, LLC proposes a cultural and community venue called **The Republic of Fillmore** designed to invite patrons of one establishment to another with new entryways into the lobby and businesses that complement one another.

| Type of Use | Square Feet | Former Use |
|---|---|---|
| Entertainment show room | 4,263 sf (public space on both floors) plus 1,163 sf VIP lounge and bar | Yoshi's music venue |
| Restaurant: 1300 on Fillmore | 6,300 sf | same |
| Restaurant 1 | 1,045 sf dining area plus 750 sf kitchen area | |
| Restaurant 2 | 1,194 sf dining area plus 900 sf kitchen area | Yoshi's restaurant |
| Restaurant 3 with fire pit | 1,114 sf dining area plus 1,160 sf kitchen area | |
| Blues lounge | 767 sf | Yoshi's bar and lounge |
| Sports bar | 377 sf | Koret lobby alcove |
| Gallery/concept store | 1,232 sf | Lush Life Gallery |
| Bookstore and coffee tea cafe | 570 sf | part of Lush Life Gallery and garage ticket office in Koret lobby |
| Community movie theatre | 984 sf | same |
| Offices on second floor | 808 sf | same |
| Artisan kiosks/popup shops, 6 | 144 sf each or total 864 sf | sidewalks |

[Note: Figures for support spaces on both levels and the parking garage are not reflected above.]

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

- The 400-seat **entertainment venue** will essentially remain the same without food service and with the mezzanine lounge serving as their VIP Lounge. The Fillmore Entertainment Complex, LLC has been in discussions with Blue Note, the B.B. King Club and Marcus Samuelsson/the Red Rooster Restaurant in Harlem, New York, regarding programming for the entertainment venue.
- The critically acclaimed **1300 on Fillmore** southern-inspired jazz restaurant will be preserved as is, with a bold color at the entry to draw attention to the south side of the building.
- The former Yoshi's restaurant is being divided into **three restaurants** with separate kitchens. Each will have a street-facing glass façade. The Fillmore Entertainment Complex, LLC is targeting high-quality comfort foods of different cultures. One of the restaurants will host a corner fire pit surrounded by glass, with the intention of drawing attention to the property.
- The **blues lounge** will host live music and provide drinks at the bar and comfortable seating at cocktail tables.
- A new **sports bar** visible from the street and enclosed in glass will add variety to the space.
- The **gallery, which could also be a retail space** such as a concept store, will be opened up with both existing doors in use and photo screens removed. There will also be a new entry from the lobby to the gallery.
- The **bookstore and coffee tea café** will be centrally located with fixed benches. Roll-down doors will cover the bookstore and café after hours.
- The **community movie theatre** will focus on independent films such as those screened at the Black Film Festival. Signage and a new window at the entry will better acknowledge the space to the public.
- **Offices** on the second floor will provide satellite office space for cultural community groups.
- The Fillmore Entertainment Complex, LLC proposes to host and manage six **new kiosks/popup shops** for street vendors and community entrepreneurs on the City's Parcel 0725, Lot 26.

*See the following pages for renderings/floor plans:*

a. Exterior overview of The Republic of Fillmore
b. Corner of Fillmore and Eddy Streets with 1300 on Fillmore restaurant
c. Axonometric view of ground/first floor plan
d. Axonometric view of second floor plan
e. Ground/first floor plan
f. Second floor plan
g. Corner beacon fire pit on Fillmore and Ellis Street
h. Fillmore Street view of restaurants
i. Food hall foyer entry to restaurants
j. Restaurant 1 interior looking through Restaurant 2 and 3
k. Restaurant 1 entry
l. Restaurant 1 looking toward Fillmore Street
m. Coffee tea lounge and bookstore
n. Sports bar in lobby
o. Outdoor kiosks on Fillmore and Ellis Streets



a. THE REPUBLIC OF FILLMORE
FILLMORE ENTERTAINMENT AND DINING COMPLEX



b. CORNER OF FILLMORE AND EDDY
STREETS WITH 1300 FILLMORE RESTAURANT



COMMUNITY MOVIE THEATER

BLUES LOUNGE

COFFEE / TEA CAFE

BOOKSTORE

GALLERY / RETAIL

ENTERTAINMENT SHOW ROOM

LOBBY

SPORTS BAR

FILLMORE STREET

KITCHEN 1, 2 & 3

RESTAURANT 1, 2 & 3

c. **AXONOMETRIC VIEW GROUND FLOOR**

ENTERTAINMENT
SHOW ROOM
UPPER LEVEL

OFFICE

V.I.P.
LOUNGE

FILLMORE STREET

d. AXONOMETRIC VIEW SECOND FLOOR

RENDERING BY BARCELON JANG ARCHITECTURE

ENTERTAINMENT
SHOW ROOM

COMMUNITY
MOVIE THEATER

KITCHEN 3

KITCHEN 2

KITCHEN 1

BLUES LOUNGE

COFFEE /
TEA CAFE

RESTAURANT 3

RESTAURANT 2

RESTAURANT 1

BOOKSTORE

FIRE PIT

SPORTS BAR

LOBBY

GALLERY/
RETAIL

FOYER

FILLMORE STREET

GEARY
STREET

EDDY
STREET

e. **GROUND FLOOR PLAN**



OFFICE

ENTERTAINMENT
SHOW ROOM
UPPER LEVEL

V.I.P. LOUNGE

RENDERING BY BARCELON JANG ARCHITECTURE

f. SECOND FLOOR PLAN

FILLMORE STREET



g. CORNER OF FILLMORE AND EDDY STREETS

RENDERING BY BARCELON JANG ARCHITECTURE



h. FILLMORE STREET VIEW OF RESTAURANTS



i. **FOOD HALL FOYER ENTRY TO RESTAURANTS**



j. Restaurant 1 interior looking through restaurants 2 and 3



RENDERING BY BARCELON JANG ARCHITECTURE

k. Restaurant 1 entry



I. RESTAURANT 1 LOOKING TOWARD FILLMORE STREET



m. COFFEE TEA LOUNGE AND BOOKSTORE



n. SPORTS BAR IN LOBBY



o. **OUTDOOR KIOSKS ON FILLMORE AND ELLIS STREETS**

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

### Uses in Context of Streetscape and Commercial Corridor

**The Republic of Fillmore** addresses the City's critical need for activating the commercial corridor in the lower Fillmore. Maximizing transparency to the street will help people be aware of the activities inside the building and will benefit neighboring businesses.

- New exterior lighting of the building will make it glow at night, making it a visible destination.
- Exterior lighting directed on the sidewalk will brighten the block and be visible from a distance.
- At the north corner, a fire pit visible behind a glass storefront will be an attraction seen from a distance.
- Signage will be enhanced and improved to increase visibility. New blade signs, seen from the north and south, will be markers indicating the new restaurants.

The Republic of Fillmore will be consistent with the existing streetscape and commercial corridor, sharing interest with and promoting the surrounding within the neighborhood, including the Mini-Park at Fillmore and Turk, the West Bay Conference Center, and establishments such as Jazz'z Salon and the Fillmore Café across the street and throughout the corridor.

The Fillmore Entertainment Complex, LLC, has a larger vision to bridge the gap between the lower Fillmore (Western Addition) and upper Fillmore (Pacific Heights), promoting retail on both sides of Geary as one continuous commercial corridor.

### Conformity with City's Planning and Design Goals

The Fillmore Entertainment Complex, LLC ensures that all features will be compliant with San Francisco planning and design requirements. By lighting the building, sidewalk, corners, and enhancing the indoor lighting of the restaurants, The Republic of Fillmore will be creating safer streets that will better connect merchants, pedestrians and residents.

### Addressing Community Benefits

Community benefits are essential to this proposal and to the success of the Republic of Fillmore. Upon the signing of the agreement with the City and County of San Francisco, the Fillmore Entertainment Complex, LLC, will employ a Community Liaison to convene a Community Committee to develop a strategic plan and formally outline the benefits and funding for community benefits.

Among the ways that the Fillmore Entertainment Complex, LLC, proposes to support the community through programs and discounted rates:

- Entrepreneurial opportunities at new kiosks/popups.
- Scholarship fund and on-the-job training for the culinary arts.
- Management and entrepreneurial training to operate the parking garage.
- Seasonal home for the San Francisco Black Film Festival, Lorraine Hansberry Theatre, Afro Solo, and Cultural Odyssey.
- Retail space for Marcus Bookstore, along with a coffee tea café.
- Office and meeting space for the San Francisco Black Chamber of Commerce.
- Establishment of a business improvement district for the lower Fillmore.

*See Exhibit H on the following pages for additional details of benefits to the community.*



# EXHIBIT H

## COMMUNITY BENEFITS SUBMISSION FORM

The City and County of San Francisco ("City") is looking for significant community impact from the repurposing of 1300-1330 Fillmore Street ("Property") on a scale that meets or exceeds the value difference between the bid price and the appraised value of the property.

Proposals should provide meaningful benefits to the Fillmore corridor, the Western Addition community, and the City as a whole. The proposals should clearly outline and define feasible and sustainable benefits as well as a plan for overseeing and monitoring each proposed benefit. Above all, proposals for the property should think creatively about how to best ensure that the repurposed property provides an overall benefit to the community.

A proposal may include, but not be limited to the following community benefits. Please elaborate as best and detailed as possible (using additional pages as may be necessary), in conjunction with your business plan, how your proposed benefits would help meet the needs listed below.  If your proposal does not address one of the types of community benefits listed below, indicate:  "N/A" or "None".

### (A)      *Does your Proposal establish partnerships with nonprofit organizations or local small businesses?  If so, please explain:*

The Fillmore Entertainment Complex, LLC, will establish partnerships with organizations after signing with the City. Among the partnerships we are proposing:

San Francisco Black Film Festival: seasonal home, allowing an extended showing period and year-round programmatic access.

Marcus Bookstore: retail space to include a coffee tea cafe.

Lorraine Hansberry Theatre: seasonal support and staged readings.

Afro Solo: seasonal support.

Cultural Odyssey: seasonal support for the Cultural Odyssey, Rhodessa Jones, and Idris Ackamoor.

Black Chamber of Commerce: Office and meeting space assistance.



**(B)      *Does your Proposal provide affordable Community Activation Opportunities?  Is so, please explain:***

Yes. Our community movie theatre for the San Francisco Black Film Festival and our cafe for Marcus Bookstore are places that we anticipate will have daily use by community members. Affordable ticket pricing, coffee, tea and desserts will make these places in particular regular spots for the community.

For the restaurants, we are also targeting eateries with fair pricing to generate more business for the establishment and a regular customer base.

**(C)      *Does your Proposal create jobs (short-term and/or permanent)?  Are any of these jobs intended for local residents?  Please explain:***

We are projecting 300 full-time jobs. This number does not include indirect employment creation. We will encourage all establishments to do employment outreach to local, community residents.

**(D)**     *Does your Proposal provide entrepreneurship opportunities?  In particular, are there such opportunities created for minorities or women?  Please explain:*

Yes. We are constructing six artisan kiosk/popup shops as part of the community investment package. We are creating a management training and entrepreneurial opportunity, where entrepreneurs will be recruited and trained to manage the Fillmore Heritage Center garage on a contract basis. Our proposal includes on-the-job culinary training and a related scholarship fund.

*Use additional pages as needed, if applicable, please label any sheet "A", "B", "C", "D"*



## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 I Email Agonafer@att.net I Phone 415 290 5299

### Business Plan

Project details, development team profiles, financial forecasts, and community impact are all addressed in other sections of this proposal.

## Marketing

The Republic of Fillmore is designed as an international, intergenerational center primarily targeting adults who desire comfortable surroundings.

To ensure the economic sustainability of the center, we must consider the following data from The Food Institute, 2012, and from the U.S. Department of Labor Bureau of Labor Statistics, 2013-14:

- San Francisco Bay Area households spend almost 17 percent of their budget on food and entertainment. This combination of expenses is second only to what they spend on housing.
- U.S. adults age 35-54 spend an average of $7,357 annually on food away from home. San Francisco-area households spend 48 percent of their food budget on food prepared away from home.
- More than any other generation, Millennials commit the largest portion of their food expenditures to food away from home. Classics with a twist appeal to Gen Xers. Boomers enjoy the classics they were raised on, but require low sugar and sodium.
- While only 4 percent of the U.S. population, Asians have the largest annual spending on food away from home, 48%, which is larger than whites, Hispanic Latino, or African American.

The Republic of Fillmore will be marketed to invite a diversity of comfort food with fresh, high quality fare at fair prices. Among the cuisines unrepresented in the neighborhood are Italian, Mexican and American (other than southern).

The Republic of Fillmore presents a great opportunity to create cultural engagement. While we envision the restaurants and sports bar primarily targeting 35-54 year olds, the bookstore, café and movie theatre will be attractive to Millennials. The blues lounge will appeal to Baby Boomer music enthusiasts, as well as the Millennials who were influenced by their parents' choice of music and now learning music appreciation. The 400-seat entertainment venue is expected to draw a wide variety of groups through its programming, which may include children's theatre, speaking engagements, salsa dancing, comedy and concerts.

The Fillmore Entertainment Complex, LLC has been in discussions with national music venues for programming and promotions.

We will actively work with the Lower Fillmore Merchants Association, community partners and neighborhood events producers on cross promotions.

# FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

## *Statement of Qualifications*

### *Development Team Qualifications*

**Sole Legal Entity**
The Fillmore Entertainment Complex, LLC

**Major Consultants**
Business Consultant: Todd Clayter
Retail Consultants: Clayton Jew, Max Sander, Stan Cohn of Kidder Mathews
Community Consultant: Christine Harris
Design Consultant: Barcelon Jang Architecture
Legal Counsel: Paul E. Manasian, Esq.

**Lead Negotiator**
Agonafer Shiferaw, CEO / Principal Managing Director, Fillmore Entertainment Complex, LLC

**Operation and Management**
The Fillmore Entertainment Complex, LLC and Agonafer Shiferaw will assume all operation and management responsibilities upon project completion. He will be responsible for the day-to-day operations, profitability, growth and long-term strategy. He will also act as the primary contact for the community partnerships.

**Guaranty**
Refer to Goldman Financial Group letter in Financial Statements section number 4.

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

### *Development Team Expertise*

#### *Developer*

Agonafer Shiferaw is CEO and Principal Managing Director of the Fillmore Entertainment Complex, LLC, and the visionary behind The Republic of Fillmore.

He has owned and operated businesses in the City and County of San Francisco since 1981. He opened his first business, Super Hardware Home Improvement Center, at 2028 California Street in 1981. After nine successful years, Super Hardware Home Improvement Center was sold in 1990. In 1986, he opened the Rasselas Jazz Club and Restaurant at the corner of Divisadero and California Streets. Rasselas rose to fame as one of the most recognized jazz clubs in San Francisco until its closure in 2003.

In 1990, Mayor Frank Jordan created the Fillmore Jazz Preservation District Taskforce. The Task Force — a genuinely dedicated, intelligent, and energetic group — labored tirelessly with the Redevelopment Agency staff and Commission to formulate a plan and program to create a framework for African American entrepreneurship on Fillmore Street. From this collaborative effort, the Old Fillmore Jazz Preservation District ("Jazz Preservation District") was created; it was proclaimed with much fanfare as an official policy program of the City and County of San Francisco. In 1995, the San Francisco Redevelopment Agency approached Shiferaw to become a joint anchor developer in the Fillmore Jazz District revitalization effort.

Shiferaw was actively involved with the Task Force and its Jazz Preservation District efforts until its closure in the late 1990s.  This involvement has included attending agency and community meetings, working with City of San Francisco staff and recommended consultants.  After a period of consultation with the Fillmore community residents and the City of San Francisco, Agonafer Shiferaw decided to partner with the City of San Francisco to revitalize the lower Fillmore in the creation of the Fillmore Jazz Preservation District.

In 1999, Shiferaw opened Rasselas on Fillmore while continuing to own and manage the Rasselas on California Street location. The two Rasselas locations were the only jazz locations in the Western Addition until Yoshi's opened in 2007. As an active owner manager, Shiferaw, managed staff, booked entertainment, ordered food and beverage, negotiated special events and rental of residential and commercial property while ensuring compliance with regulatory requirements. Shiferaw has also overseen the planning and completion of major tenant and structural improvements.

As a result, through patience and hard work, Shiferaw has been able to purchase both commercial buildings and a 16-unit apartment building in Pacific Heights. Agonafer Shiferaw's current real estate assets in San Francisco and Oakland are valued at $22 million with a net equity value of $15 million and 2016 income of $937,776.00. This amount is projected to exceed $1 million in 2017.

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115  I  Email Agonafer@att.net  I  Phone 415 290 5299

### Business Consultant

Todd Clayter is advising the Fillmore Entertainment Complex, LLC on retail opportunities, including those that are mission-aligned.

He is an independent business consultant, specializing in real estate development, particularly urban infill, mixed commercial/residential projects. He has been a consultant to UrbanCore LLC, a real estate development firm in San Francisco for the past five years. Prior to that, he was Development Manager for The Jefferson Company (later Primus Infrastructure, LLC), responsible for the preparation, adoption and implementation of the Fillmore Jazz Preservation District in San Francisco's historic Fillmore District. Over a 10-year period, his work included advising UrbanCore (formerly Em Johnson Interest) on the retail development program for the Fillmore Heritage Center (retail and condos) as well as programming theme-related stores in the blocks adjacent to this catalyst project.

In the role of co-development manager for the rehabilitation of the Ferry Building in San Francisco, Mr. Clayter was responsible for entitlements, including multi-jurisdictional regulatory approvals, development agreement and lease negotiations, public policy compliance and reporting for the $100 million restoration of this national historic landmark. In conjunction with Wilson-Equity Office, he participated in all aspects of design development, retail programming and long-term tenant buyout negotiations. The project was initiated in 1998 and completed in 2004.

Clayter was a Project Manager for the development of AT&T Park (formerly Pacific Bell Park) in San Francisco. As a member of the construction management team for the $350 million stadium project built for the San Francisco Giants, he implemented and oversaw a small business utilization and local employment program that yielded $42 million in local consulting and contracting, and a job training and placement program that yielded 200 new construction workers.

Clayter holds a Master's in Regional Science (Urban Economics and Public Policy) from Cornell University, and a Bachelor's in Political Science (Urban Studies) from UCLA. He also was an Urban Land Institute Fellow while studying law at Hastings College of the Law in San Francisco.

### Retail Consultant

Clayton Jew, Max Sander, Stan Cohn with Kidder Mathews are advising on restaurant sales and leasing.

Clayton D. Jew is First Vice President with Kidder Mathews. He has provided real estate advisory services to San Francisco and Bay Area clients requiring assistance in acquisitions, disposition, and tenant and landlord representation for over two decades. He is committed to establishing and maintaining viable long-term business relationships, demonstrated by continuing success in working with domestic and international clients in locating opportunities and providing advisory services beyond simply selling a property or leasing a space. In the San Francisco office marketplace, Jew has secured a notable portfolio of historic, commercial, development and mixed use projects. Among his clients are Laramar Management for the 100,000 sf Fillmore Center. Jew holds a Bachelor of Science degree in economics from the University of California at Davis and a Master's degree in Business Administration from California State University at San Jose. Additionally, he has completed course work in Real Estate Development and   Real Estate Investment Analysis at both U.C. Berkeley and Golden Gate University. He is a licensed California Real Estate broker.

Max Sander is a retail specialist with Kidder Mathews. He focuses on representing a broad spectrum of clients, including local and global restaurant groups. He continues to advise tenants, investors and developers on the acquisition and disposition of retail real estate projects. Prior to joining Kidder Mathews' San Francisco Brokerage division, Max had a successful career in the San Francisco restaurant and food industry as an executive in the operations and property management of his family's restaurants, including the historic Hayes Street Grill and Vicolo Pizza, a national wholesale pizza company. His extensive knowledge of the Northern California market, combined with his broad operational experience

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

in the restaurant and retail industries, offers his clients a complementary mix of real estate experience. Personal experience in the Bay Area restaurant and wholesale food business gives him critical insight into real estate issues confronting local retail markets. He has been exclusively engaged in various restaurant projects on behalf of a wide range of clients involving various restaurants, bars, and clubs. A San Francisco native, Sander is a graduate of the University of California in Los Angeles.

Stan Cohn has been a partner with Kidder Mathews since 2006. Since 1978, he has been directly involved in over $2 billion of investment and lease transactions on behalf of a wide range of clients, including some of the largest retail, restaurant, development and investor groups in the world. His broad experience in sales, leasing, development, and project management provides his clients with a multi-faceted approach to each project. Prior to joining Kidder Mathews, he served for 10 years as managing principal of GVA Whitney Cressman, which merged with Kidder Mathews in 2006. From 1985-1996, he served as a Director in Cushman & Wakefield's Retail and Financial Services Groups. Prior to that time, he was the senior member of Coldwell Banker's Retail Group in San Francisco. Cohn has completed many notable retail/restaurant sale and lease transactions, including the following: The Ferry Building (Slanted Door), 101 California Street (Mina Group/PABU), Hills Plaza (Gordon Biersch), Zuni Cafe, Stars, One Market Restaurant, Sushi Ran, and a range of traditional retail assignments on behalf of Neiman Marcus, Saks Fifth Avenue, Hermes, and others. Cohn received his BA from University of California, Berkeley and his MS in Business (Sloan Fellowship) from Stanford University, Graduate School of Business.

### Community Consultant
Christine Harris is fundraising for the Black Film Festival, which will be housed in The Republic of Fillmore.

She has been active in civic life for more than 40 years. A member of the Citizens Committee for the Preservation of the African American Heritage Center, she maintains an active presence in the Fillmore District, where she formerly resided and volunteered. She has served as the Chair of the Board of Directors of the Jazz Heritage Center in the Fillmore Heritage Center, Director of the San Francisco Bay Area Jazz and Blues Digital Archive Project, and an Advisory Board member of Urban Solutions, the nonprofit community and economic development organization with an office in the Fillmore. Her neighborhood fundraising experience has also included support for musicians who perform every Saturday at San Francisco's Farmers Market in the Fillmore, a gathering place for the Fillmore's Black community.

Harris' professional experience includes serving as College Relations Office for the College of Ethnic Studies at San Francisco State University, where she supported alumni relations and fundraising support for the College. A graduate of Indiana University in Bloomington, she had a career as a radio and television journalist in Washington DC, Louisville and Chicago, where she actively recruited students of color into the profession.

She is the recipient of the San Francisco Human Relations Commissions Arts Award, City of San Francisco Service recognition from Supervisor London Breed, and 100 Black Women, San Francisco Chapter, for contributions to the arts.

### Design Consultant
Barcelon Jang Architecture is working with the Fillmore Entertainment Complex, LLC, on the redesign of the Fillmore Heritage Center.

Located in the Fillmore, Barcelon Jang Architecture is committed to projects that build relationships for people, culture and community in a sustainably built environment. The firm focuses on the cultural enrichment of communities and explores the surrounding environment to present clients with modern design possibilities for a sustainable future.

# FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

Founded in 1976 by UC Berkeley Architecture graduates Wayne Barcelon and Darlene Jang, the firm specializes in cultural and educational facilities and affordable housing. Their portfolio includes Bay Area museums, the culinary programs at City College of San Francisco's Downtown and Chinatown-North Beach campuses, the Tenderloin Community School, and Western Park Apartments in the Western Addition.

A woman-owned and minority-owned small business, the firm is recognized for its artistic repurposing of buildings that now decorate the landscape in San Francisco, utilizing color palettes that bring communities alive. This includes the Alexis Apartments at Clementina and Fifth Street, Woolf House Apartments at Fourth and Howard, and Essex Hotel on Larkin and Ellis.

The firm espouses a collaborative approach in community design, working with neighborhood community groups, non-profit organizations, and local and state regulatory agencies. The team's participation during planning and community engagement at public hearings and workshops expedites public approval of projects from inception to completion.

Barcelon Jang Architecture has received awards and honors from San Francisco Beautiful, the California Preservation Foundation, the National Trust for Historic Preservation, the National Endowment for the Arts, and the National and San Francisco chapter of the American Institute of Architects.

They are active members of the Lower Fillmore Merchants Association, and supporters of the National Organization of Minority Architects' Project Pipeline, African American Art & Culture Complex, and First Friendship Institutional Baptist Church.

## Legal Counsel

Paul Manasian will serve as general counsel to Fillmore Entertainment Complex, LLC. He has 30 years of experience as a commercial attorney working at several large law firms in San Francisco and as a sole practitioner. He has extensive experience in real estate transactions, including the restructuring and origination of a number of complex project financings both for lenders and borrowers. His expertise in leasing, construction contracting and corporate capitalization will be essential to the Fillmore Entertainment Complex, LLC's development of the Fillmore Heritage Center. He is a resident of San Francisco and a graduate of Hastings College of the Law.

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

### *Bankruptcy*

In 2011, as a result of the worldwide recession in real estate, Agonafer Shiferaw needed to organize his portfolio and filed for bankruptcy March 2011, which was discharged with an approved reorganization plan on August 15, 2012. *Refer to docket on the following page.*

### *Legal Proceedings*

The Fillmore Entertainment Complex, LLC, has no pending legal proceedings or actions that have been filed against the entity or lead principal as an individual.

# FILLMORE ENTERTAINMENT COMPLEX, LLC
P.O. Box 156404 San Francisco CA 94115  |  Email Agonafer@att.net  |  Phone 415 290 5299

## Financial Statements

**Audited Financial Statements**
*Refer to financial statements on the following pages. For credit report, refer to Experian report on following attachment.*

**Financing Sources**
*Refer to Goldman Financial Group documents attached.*

**Evidence of Liquid Assets**
*Refer to Wells Fargo liquidity letter (cash on hand) attached.*

## FILLMORE ENTERTAINMENT COMPLEX, LLC
P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

### *Project Feasibility*

#### *Construction and Development Costs*
Construction and tenant improvement allowance is estimated at $800,000.

#### *Project Pro-Forma*

| Fillmore Entertainment Complex, LLC<br>Financial Projects-Five Year-Real Estate<br>Fiscal Year January 1 to December 31 | Startup Cost<br>*(Construction Year)* | Year One | Year Two | Year Three | Year Four | Year Five | Year Six | Year Seven | Total<br>*(Five Year)* |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Gross Rent Receipts | | $1,250,000 | $1,250,000 | $1,250,000 | $1,250,000 | $1,250,000 | $1,250,000 | $1,250,000 | $8,750,000 |
| **Expenses** | | | | | | | | | |
| Property Purchase Price | $6,500,000 | | | | | | | | |
| Debt Service (First Year Interest Only) | $265,000 | $365,000 | $365,000 | $365,000 | $365,000 | $365,001 | $365,001 | $365,001 | $2,555,003 |
| Property Tax | $77,000 | NNN | NNN | NNN | NNN | NNN | NNN | NNN | |
| Property Insurance | $113,000 | NNN | NNN | NNN | NNN | NNN | NNN | NNN | |
| Utilities | $104,000 | $37,000 | $38,850 | $40,793 | $42,832 | $44,974 | $47,222 | $49,584 | $301,254 |
| HOA Dues/CAM | $80,500 | $60,500 | $63,525 | $66,701 | $70,036 | $73,538 | $77,215 | $81,076 | $492,592 |
| Commercial Parking/CAM | $60,500 | $78,000 | $81,900 | $85,995 | $90,295 | $94,809 | $99,550 | $104,527 | $635,077 |
| Remodeling/Reconstruction/Tenant Improvement Allowance | $800,000 | | | | | | | | |
| Facilities Management | $60,000 | $60,000 | $63,000 | $66,150 | $69,458 | $72,930 | $76,577 | $80,406 | $488,521 |
| Maintenance | $65,000 | $65,000 | $68,250 | $71,663 | $75,246 | $79,008 | $82,958 | $87,106 | $529,231 |
| Labor Costs | $36,000 | $72,000 | $75,600 | $79,380 | $83,349 | $87,516 | $91,892 | $96,487 | $586,225 |
| Total Expenses | $8,161,000 | $737,500 | $756,125 | $775,681 | $796,215 | $817,777 | $840,416 | $864,187 | $5,587,901 |
| Gross Rental Income | -$8,161,000 | $512,500 | $493,875 | $474,319 | $453,785 | $432,223 | $409,584 | $385,813 | $3,162,099 |

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 I Email Agonafer@att.net I Phone 415 290 5299

| Fillmore Entertainment Complex, LLC Financial Projects-Five Year- Fiscal Year January 1 to December 31 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Year One | Year Two | Year Three | Year Four | Year Five | Year Six | Year Seven | Total Sales (Five Year) |
| Gross Sales | $8,627,637 | $9,145,295 | $9,785,466 | $10,470,448 | $11,308,084 | $11,986,569 | $12,705,764 | $65,401,627 |
| | | | | | | | | |
| Food Sales | $2,104,000 | $2,230,240 | $2,386,357 | $2,553,402 | $2,757,674 | $2,923,134 | $3,098,522 | $6,946,819 |
| Beer Sales | $445,439 | $472,165 | $505,217 | $540,582 | $583,829 | $618,858 | $655,990 | $1,331,584 |
| Wine Sales | $654,000 | $693,240 | $741,767 | $793,690 | $857,186 | $908,617 | $963,134 | $1,984,077 |
| Liquor Sales | $2,717,000 | $2,880,020 | $3,081,621 | $3,297,335 | $3,561,122 | $3,774,789 | $4,001,276 | $3,878,684 |
| Beverage Sales | $209,000 | $221,540 | $237,048 | $253,641 | $273,932 | $290,368 | $307,790 | $620,900 |
| Ticket Sales | $2,498,198 | $2,648,090 | $2,833,456 | $3,031,798 | $3,274,342 | $3,470,802 | $3,679,051 | $8,539,465 |
| | | | | | | | | |
| Total Gross Sales | $8,627,637 | $9,145,295 | $9,785,466 | $10,470,448 | $11,308,084 | $11,986,569 | $12,705,764 | $23,301,529 |
| | | | | | | | | |
| Expenses | | | | | | | | |
| Cost of Goods Sold | | | | | | | | |
| Food Sales | $591,988 | $621,587 | $652,667 | $685,300 | $719,565 | $755,543 | $793,321 | $4,819,971 |
| Beer Sales | $63,500 | $66,675 | $70,009 | $73,509 | $77,185 | $81,044 | $85,096 | $517,018 |
| Wine Sales | $184,101 | $193,306 | $202,971 | $213,120 | $223,776 | $234,965 | $246,713 | $1,498,952 |
| Liquor Sales | 223424 | $234,595 | $246,325 | $258,641 | $271,573 | $285,152 | $299,410 | $1,819,120 |
| Beverage Sales | $43,088 | $45,242 | $47,505 | $49,880 | $52,374 | $54,992 | $57,742 | $350,823 |
| Music Direct Costs | $1,576,000 | $1,654,800 | $1,737,540 | $1,824,417 | $1,915,638 | $2,011,420 | $2,111,991 | $12,831,805 |
| | | | | | | | | |
| Total Cost of Sales | $2,682,101 | $2,816,206 | $2,957,016 | $3,104,867 | $3,260,111 | $3,423,116 | $3,594,272 | $21,837,689 |
| | | | | | | | | |
| Rent | $1,200,000 | $1,200,000 | $1,200,000 | $1,200,000 | $1,200,000 | $1,200,000 | $1,200,000 | $8,400,000 |
| Property Tax | $77,000 | $77,000 | $77,000 | $77,000 | $77,000 | $77,000 | $77,000 | $539,000 |
| Property Insurance | $113,000 | $113,000 | $113,000 | $113,000 | $113,000 | $113,000 | $113,000 | $791,000 |
| HOA CAM | $80,500 | $84,525 | $88,751 | $93,189 | $97,848 | $102,741 | $107,878 | $655,432 |
| Utilities | $104,000 | $109,200 | $114,660 | $120,393 | $126,413 | $132,733 | $139,370 | $846,769 |
| | | | | | | | | |
| Total Occupancy Costs | $1,574,500 | $1,583,725 | $1,593,411 | $1,603,582 | $1,614,261 | $1,625,474 | $1,637,248 | $11,232,201 |
| | | | | | | | | |
| Gross Expenses | $4,256,601 | $4,399,931 | $4,550,428 | $4,708,449 | $4,874,371 | $5,048,590 | $5,231,520 | $33,069,890 |
| | | | | | | | | |
| Net Operating Income | $4,371,036 | $4,745,364 | $5,235,038 | $5,762,000 | $6,433,713 | $6,937,979 | $7,474,244 | $40,959,374 |

### Financial Arrangements

Our financial model and business restructure is:

### Return on Investment

The Fillmore Entertainment Complex, LLC is offering three forms of investment to encourage African American participation. The Fillmore Entertainment Complex, LLC welcomes investors until the last day of the close of escrow and the transfer of the property title. The minimum investment is $100,000. Individuals or groups can participate in this investment in syndicated format. Investor repayments will be made from the Gross Rental Income on the Projected Income Statement.

### Option One – Equity Investors

This class of investor will recoup their cash investment within seven years, while maintaining their equity ownership.

### Option Two

This class of investor is designed for individuals who want a limited period of time for their investments with a quicker repayment period. The investors are guaranteed a 10-12% return with three- or five-year investment options. Their investment is collateralized by the property in a second position.

### Option Three

# FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115 I Email Agonafer@att.net I Phone 415 290 5299

This class of investor is designed for individuals who want to invest in a limited partnership supporting one of the retail businesses in the facility. These businesses include the three new restaurants, sports bar, bookstore/café and parking garage. The investment will be with the specific enterprise or tenant. This class of investors is guaranteed 12-15% return or more depending on the legal structure and performance of the business entity.

*Sources of Capital*

| Investor | Investment Amount | Source |
|---|---|---|
| Principal Managing Director | $1,500,000 | Private Investment |
| First Mortgage on Building | $5,000,000 | Commercial Bank |
| Private Investment/Tenant Improvement | $1,500,000 | Private Investment |
| **Total Investment** | **$8,000,000** | |

Note: Opportunities will be given for community investment into the project.

### Projected Sales Forecast

**Real Estate Operations**

Projections for rental income are based on a $24.00 per square foot NNN per the 2017 Fillmore Heritage Center appraisal prepared by R. Blum and Associates. According to R. Blum and Associates, the area commercial real estate rental is between $22.00 and $45.00 per square foot. The following projections are conservative and easily attainable.

The estimated gross annual income, with full occupancy, is approximately $1.2 million annually. At $1.2 million gross rental income, beginning the second year of full occupancy, the debt service is estimated to be $365,000 annually with operating expenses of $372,500. This will leave a gross profit of $512,500 annually. In this scenario, the principal investors would recover their cash investment within seven years of operation.

**Retail Operations**

The financial projections are based on the detailed analysis of Yoshi's historical performance from 2008 until December 2014. The financial assumptions are conservatively based at less than 50% of the actual performance per Yoshi's Profit and Loss statement. If managed with frugality and due diligence, this proposed business model and revenue projection will be achieved. At a minimum, the fixed occupancy costs for the facility are reasonably attainable.

**Assumptions**

For many people outside of the neighborhood, Fillmore Street south of Geary is still an undiscovered area. The current aesthetic design of the Yoshi's building is an unexciting physical structure that does not represent a vibrant cultural institution. If selected, the Fillmore Entertainment Complex, LLC will work with the City of San Francisco to initiate a revitalization effort to address the Fillmore Geary divide as a result of the Fillmore Street bridge and the need to upgrade and make relevant the Kabuki building facing Fillmore Street.

## FILLMORE ENTERTAINMENT COMPLEX, LLC
P.O. Box 156404 San Francisco CA 94115 | Email Agonafer@att.net | Phone 415 290 5299

- In the absence of existing tenants, the financial projections are based on the conservative historical performance of Yoshi's Jazz Club and Restaurant and 1300 on Fillmore.
- The physical restructuring of the space and the need to update technology and infrastructure are not expected to encounter any need to address major remedial construction concerns or compliance issues with the City of San Francisco.
- All financial and operational considerations are conservative forecasts.
- Real estate and retail business projected profit and loss are presented separately.
- The City of San Francisco is, as a matter of public policy and in good faith, committed to the successful completion of this project.
- The project will assume a 5% annual cost of living increase.

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115  |  Email Agonafer@att.net  |  Phone 415 290 5299

### Economic Benefits

Annual projected full time equivalent (FTE) employment from all establishments is estimated to be over 300 FTEs. This number does not include indirect employment creation.

### Concurrence of Key Participants

The Fillmore Entertainment Complex, LLC, has signed agreements with the retail consultants, legal counsel, architect, and the Financial Goldman Group.

Our retail consultant has also been in discussions with Live Nation (House of Blues), although they are refraining from a signed agreement until after the City makes its selection.

*See attached letter sent to 1300 on Fillmore restaurant.*

**FILLMORE ENTERTAINMENT COMPLEX, LLC**

**P.O. BOX 156404**

**SAN FRANCISCO, CA 94115**

Monieta White and David Lawrence

"1300 Fillmore"

1300 Fillmore Street

San Francisco, CA 94115

April 21, 2017

Dear Monieta and David:

It was a pleasure to meet with and Susie Jones, one of your investors, to discuss the terms and conditions of your lease renewal if Fillmore Entertainment Complex, LLC ("FEC") is selected to purchase the Fillmore Heritage Center facility in accordance with the request for proposal issued by the City and County of San Francisco. In that regard, FEC proposes to enter into a new lease with you for the continued operation of your restaurant. We would also provide for additional renewal options. I would be more than happy if you were to exercise the options.

As I have mentioned to you in our meeting, your continued presence on Fillmore is vital to the fulfillment of our vision. I am confident our arrangement can be a true win-win situation for you, FEC and our community.

Very Truly Yours,

Agonafer Shiferaw

Managing Director

Fillmore Entertainment Complex, LLC

Cc: Susie Jones





**Edwin M. Lee, Mayor**
**Naomi M. Kelly, City Administrator**

**John Updike**
**Director of Real Estate**

## <u>EXHIBIT E</u>

### BID AND OFFER TO NEGOTIATE EXCLUSIVELY

**Respondent's Purchase Price Offered: $ <u>6,500,000.00</u>**

Upon any counter signature by City, each party agrees to: (i) act in good faith, reasonably, and diligently to negotiate a purchase and sale agreement consistent the terms of the Request for Proposal and the Respondent's proposal (collectively, the "Agreements") to be submitted for consideration to the City and County of San Francisco's Board of Supervisors; and (ii) cooperate in good faith and take all steps reasonably requested or required to assist the other party's efforts to satisfy its obligations under those Agreements.  In addition, each party will make or give any determinations, findings, requests, responses to requests, approvals, or objections in its reasonable belief, judgment, and discretion and within a reasonable time under the circumstances, except where a different standard or time period is specified in the Agreements.  Respondent acknowledges that the City's obligation to negotiate in good faith is limited to the actions of the Director of OEWD and OEWD staff, the Director of MOHCD and MOHCD staff, and the Director of Property and RED staff and does not obligate any regulatory agency or department of the City, state or federal government.

The term of the exclusive negotiation period shall last for sixty (60) days from the date this agreement is countersigned by City (if at all) unless otherwise extended by both parties in writing ("Negotiations Term").  So long as Respondent continues to negotiate in good faith, City representatives listed above shall not actively solicit offers or negotiate with any other parties during the Negotiations Term. Approval of any purchase and sale agreement is subject to approval by the City and County of San Francisco Board of Supervisors and Mayor in their absolute and sole discretion.

<u>    Agonafer Shiferaw    </u>                          <u>                              </u>          <u>  April 24, 2017  </u>
**Respondent's Name (Print)**          **Respondent's Signature**          **Date**

Accepted:  City and County of San Francisco

By: <u>                                                              </u>                          <u>                              </u>
        **Director of Property**                                                    **Date**





**Edwin M. Lee, Mayor**
**Naomi M. Kelly, City Administrator**

**John Updike**
**Director of Real Estate**

# EXHIBIT E

## BID AND OFFER TO NEGOTIATE EXCLUSIVELY

**Respondent's Purchase Price Offered: $ 6,500,000.00**

Upon any counter signature by City, each party agrees to: (i) act in good faith, reasonably, and diligently to negotiate a purchase and sale agreement consistent the terms of the Request for Proposal and the Respondent's proposal (collectively, the "Agreements") to be submitted for consideration to the City and County of San Francisco's Board of Supervisors; and (ii) cooperate in good faith and take all steps reasonably requested or required to assist the other party's efforts to satisfy its obligations under those Agreements.  In addition, each party will make or give any determinations, findings, requests, responses to requests, approvals, or objections in its reasonable belief, judgment, and discretion and within a reasonable time under the circumstances, except where a different standard or time period is specified in the Agreements.  Respondent acknowledges that the City's obligation to negotiate in good faith is limited to the actions of the Director of OEWD and OEWD staff, the Director of MOHCD and MOHCD staff, and the Director of Property and RED staff and does not obligate any regulatory agency or department of the City, state or federal government.

The term of the exclusive negotiation period shall last for sixty (60) days from the date this agreement is countersigned by City (if at all) unless otherwise extended by both parties in writing ("Negotiations Term").  So long as Respondent continues to negotiate in good faith, City representatives listed above shall not actively solicit offers or negotiate with any other parties during the Negotiations Term.  Approval of any purchase and sale agreement is subject to approval by the City and County of San Francisco Board of Supervisors and Mayor in their absolute and sole discretion.

| Agonafer Shiferaw | | April 24, 2017 |
|---|---|---|
| **Respondent's Name (Print)** | **Respondent's Signature** | **Date** |

Accepted:  City and County of San Francisco

By: _____     _____
     **Director of Property**                                          **Date**

## FILLMORE ENTERTAINMENT COMPLEX, LLC

P.O. Box 156404 San Francisco CA 94115  |  Email Agonafer@att.net  |  Phone 415 290 5299

### *Project Schedule*

Proposal submittal date:
April 24, 2017

Presentation interview:
May 15, 2017

ERNA executed:
June 30, 2017

Due diligence, leasing and close escrow:
July 1, 2017 – December 31, 2017

Tenant improvements:
January 2, 2018 – June 30, 2018

Grand opening:
Fillmore Street Jazz Festival
July 1, 2018

# FILLMORE ENTERTAINMENT COMPLEX, LLC
P.O. Box 156404 San Francisco CA 94115  |  Email Agonafer@att.net  |  Phone 415 290 5299

## *Proposal Execution*

Refer to Section 6, Exhibit E signed forms

# EXHIBIT G

## FORM SFEC - 126

Please complete information in the spaces below or provide the information as an attachment. If not applicable, please indicate "N/A".

Company Name:     Fillmore Entertainment Complex, LLC

Company Address:     P.O. Box 156404, San Francisco, CA 94115

*Please list the names of:*

**(1) Members of the Company's board of directors:**

Not applicable

**(2) Company's chief executive officer, chief financial officer and chief operating officer:**

CEO:     Agonafer Shiferaw

CFO:     TBD

COO:     TBD

**(3) Any person who has an ownership of 20 percent or more in the Company:**

TBD

**(4) Any subcontractor listed in the bid:**

TBD

**(5) Any political committee sponsored or controlled by the Company:**

Not applicable

# Mayor's Office of Housing and Community Development
## City and County of San Francisco



**Edwin M. Lee**
Mayor

**Olson Lee**
Director

# EXHIBIT I

### EARNEST MONEY DEPOSIT FORM

On February 10th, 2017, the City and County of San Francisco ("City") issued a request for proposal to interested parties ("Respondents") for the potential sale of real property located at 1300-1330 Fillmore Street ("Property") in San Francisco. The City, on the date indicated below, acknowledges the receipt of the Earnest Money Deposit in the amount of $1,000.00 in the form of cashier's or certified check, to be cashed and held by the City in its trust account, on behalf of both itself and the interested respondent party pursuant to the terms below. As a respondent, you will receive an email confirmation of your check and also have the opportunity to review additional due diligence materials.

Upon City's receipt of the Earnest Money Deposit, a potential Respondent shall have access to detailed information specific to the Property. After the selection of a proposal, the deposits of all unsuccessful Respondents will be refunded. Within three (3) business days of selection, the successful Respondent will be required to increase its deposit by Nine Thousand Dollars ($9,000.00), to a total of Ten Thousand Dollars ($10,000.00). At that point, the entirety of the deposit will become non-refundable and will be used to cover a portion of the City's costs related to project administration. The deposit will increase to five (5) % of the purchase price upon execution of the Purchase and Sale Agreement, and shall be non-refundable except in an event of default by City.

Earnest Money Deposits must be received no later than 4:00PM on April 3, 2017 at:

City and County of San Francisco  *415-701-5562*
Attn:   Rally Catapang
Mayor's Office of Housing and Community Development
1 South Van Ness, 5th Floor
San Francisco, CA 94103

Respondent's Name   *AGONAFER SHIFERAW*

Company Phone   *415-290-5299*

Email   *agonafer@att.net*

Respondent's Signature   _____   Date *2-27-17*

**To be completed by the City and County of San Francisco and copy returned to applicant as proof of deposit.**

Check Received?

Yes   ☑   Date *2-27-17*

No   ☐   Initials *_____*

**1 South Van Ness Avenue – Fifth Floor, San Francisco, CA 94103**
**Phone: (415) 701-5500  Fax: (415) 701-5501  TDD: (415) 701-5503 • www.sfmohcd.org**