

GOLDMAN  FINANCIAL  GROUP

Attn: OFFICE OF COMMUNITY INVESTMENT AND INFRASTRUCTURE – SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY AND COUNTY OF SAN FRANCISCO SAN FRANCISCO, CALIFORNIA

Re: FILLMORE HERITAGE CENTER COMMMERCIAL AND PARKING GARAGE CONDOMINIUM PARCELS SAN FRANCISCO, CALIFORNIA

April 24, 2017

To Whom It May Concern:

Mr. Shiferaw is a coveted client of mine. Last year I refinanced his 16 residential units with 4 commercial spaces on California Street in San Francisco with solid terms. The loan amount was $5.2M.

I believe we both share a mutual level of respect for one other's business capacities and opinions. We have discussed the Fillmore Complex Opportunity now for more than a year – as he has expressed a high level of interest in acquiring – and together we have been discussing financing options.

I work with a wide variety of conventional commercial lenders of all calibers (across all lending spectrums), along with other private lenders and investors. Collectively, the variety of lending options allows me considerable flexibility to provide financing solutions.

Most recently I've had some solid discussions with a conventional commercial lender that has in fact expressed interest but needs more clarity. This not only validates interest on a conventional level, but also more confidence on a private level if needed.

With the right combination of lender suggested required variables, I have a high level of confidence I can provide financing for Shiferaw for the purchase of the Fillmore Complex. These discussed variables include:

- Securing the opportunity to acquire the property at Shiferaw's target price.
- Adequate down payment. Shiferaw has suggested $2M of his and his investor's own cash. $2M roughly should be adequate.
- Fee Simple transaction ideally or a leasehold transaction that extends beyond 30 years for the conventional solution.
- Fully permitted subdivision of all commercial spaces planed (multiple restaurants, etc. Shiferaw has planned, comprising the 50,000 sq feet or so).
- Hiring a successful marketing broker to lease up the vacant spaces to high caliber credit tenants. Shiferaw has already

OCII-SHIFERAW_000126

Case 3:18-cv-06830-RS   Document 131-16   Filed 04/28/21   Page 2 of 2



GOLDMAN FINANCIAL GROUP

    begun discussions with Kidder Mathews, a Commercial Broker, from who I understand has a solid reputation.
-     o Prior to a lender committing, there must be legitimate LOI's from all high caliber credit tenants so that there are no vacancies – all spaces are 100% occupied and lined up to produce income upon stabilization.
-     o The rental rate is roughly $2-$2.5 per square foot NNN.
- No other material changes in the subject property since the 2017 February appraisal issued.
- No other material changes in Shiferaw's current financial or credit worthiness. Additional partners/investors must have good credit. All parties must be willing to personally guarantee as well.

I am looking forward to a successful end in Shiferaw's quest to acquire the Fillmore Complex. Please do not hesitate to contact me directly with any further questions. My contact information is below.

Sincerely,

David E. Goldman, MBA
Goldman Financial Group

Broker License: 01778228
NMLS ID: 236027
REALTOR – Beverly Hills, Los Angeles Greater Areas
Office: 323.230.9390
Cell: 310.980.0102
Fax: 213.607.3211

OCII-SHIFERAW_000127