# Fillmore Heritage Center

## Cost of Request for Proposal Development

Proposal, Structural, Architectural, Professional Consultant, Editing and Clerical Analysis Support, Legal Representation:

➢   Barcelona Junk Architecture &
   One Design Building Structural Evaluation:                         **$7,651.50**

➢   Kidder Matthew Commercial Real Estate Leasing Consultant:        $5,000.00

➢   Charles Spenser Editing and Clerical Support:                    **$3,500.00**

➢   Financial Projection and Certified CPA:                          **$3,000.00**

➢   Legal Representation and Consultation in Correspondence:         $6,000.00
      *Paul Manasian* Attorney at Law
      *Whitney Leigh* Retained 08/01/2017

                                                  Total:  **$25,151.50**

Note: This document does not include the legal cost in attorney's fees since litigation begun.

CONFIDENTIAL                                                          Plaintiff's 01447





| | | | |
|---|---|---|---|
| *R/T Number* | 12104288 | *Processing Date* | 2017-08-07 |
| *Sequence Number* | 008319665958 | *Amount* | 7651.5 |
| *Account Number* | 1486331083 | *Serial Number* | 000000000001536 |

**AGONAFER SHIFERAW PROPERTIES**
1 ANZAVISTA AVE
SAN FRANCISCO, CA 94115-3803

1541

11-4288/1210 4955
1486331083

DATE _8-18-2017_

PAY TO THE ORDER OF _Kidder Mathews commercial RealEstate_ $ _5,000.00_

_Five Thousand Dollars_ ——————— DOLLARS

Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR _Fillmore Heritage Center Preliminary Marketing Consultation_

"0000001541"  :121042882:  1486331083"

For Deposit Only
U.S. Bank

Credited to Acct
1535953087488
Return Acct 1535953087488

| | | | |
|---|---|---|---|
| R/T Number | 12104288 | Processing Date | 2017-08-28 |
| Sequence Number | 008312025222 | Amount | 5000.0 |
| Account Number | 1486331083 | Serial Number | 000000000001541 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

_1 of 15_

Plaintiff's 01463





| | | | |
|---|---|---|---|
| R/T Number | 12104288 | Processing Date | 2016-10-11 |
| Sequence Number | 001746838727 | Amount | 500.0 |
| Account Number | 1486331083 | Serial Number | 000000000001408 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Plaintiff's 01464

**AGONAFER SHIFERAW PROPERTIES**
1 ANZAVISTA AVE
SAN FRANCISCO, CA 94115-3803

1476

11-4288/1210 4955
1486331083

DATE _3-20-2017_

PAY TO THE
ORDER OF _Charles Spencer_                                          $ _500.00_

_Five hundred Dollar_                                        DOLLARS

WELLS FARGO    Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR _____

⑈000000l476⑈ ⑆l2l04288 2⑆ l486331083⑈

| | | | |
|---|---|---|---|
| R/T Number | 12104288 | Processing Date | 2017-03-20 |
| Sequence Number | 001748697633 | Amount | 500.0 |
| Account Number | 1486331083 | Serial Number | 000000000001476 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Plaintiff's 01465

**AGONAFER SHIFERAW PROPERTIES**
1 ANZAVISTA AVE
SAN FRANCISCO, CA 94115-3803

1494

11-4288/1210 4955
1486331083

DATE _5-3-2017_

PAY TO THE ORDER OF _Charles Spencer_    $ _500.00_

_Four hundred Dollars_    DOLLARS

WELLS FARGO   Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR _Thank you!_

⑈000000 1494⑈ ⑉12104 288 2⑉ 1486331083⑈

1747346214

| | |
|---|---|
| R/T Number | 12104288 |
| Sequence Number | 001747346214 |
| Account Number | 1486331083 |

| | |
|---|---|
| Processing Date | 2017-05-04 |
| Amount | 500.0 |
| Serial Number | 000000000001494 |

*8 of 18*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Plaintiff's 01466





| | | | |
|---|---|---|---|
| R/T Number | 12104288 | Processing Date | 2017-08-04 |
| Sequence Number | 004185986119 | Amount | 500.0 |
| Account Number | 1486331083 | Serial Number | 000000000001539 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Plaintiff's 01467



| | | | |
|---|---|---|---|
| *R/T Number* | *12104288* | *Processing Date* | *2017-04-24* |
| *Sequence Number* | *000482366602* | *Amount* | *1200.0* |
| *Account Number* | *1486331083* | *Serial Number* | *000000000001486* |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Plaintiff's 01468



| R/T Number | 12104288 | Processing Date | 2017-03-16 |
| Sequence Number | 008312985932 | Amount | 2000.0 |
| Account Number | 1486331083 | Serial Number | 000000000001475 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Plaintiff's 01469



| | | | |
|---|---|---|---|
| *R/T Number* | *12104288* | *Processing Date* | *2017-07-13* |
| *Sequence Number* | *008217301655* | *Amount* | *2000.0* |
| *Account Number* | *1486331083* | *Serial Number* | *000000000001527* |

*8 of 15*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Plaintiff's 01470



| R/T Number | 12104288 | Processing Date | 2017-07-21 |
| Sequence Number | 008317872461 | Amount | 2000.0 |
| Account Number | 1486331083 | Serial Number | 000000000001530 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Plaintiff's 01471

**AGONAFER SHIFERAW PROPERTIES**
1 ANZAVISTA AVE
SAN FRANCISCO, CA 94115-3803

1538

11-4288/1210 4955
1486331083

DATE _8-1-2017_

PAY TO THE
ORDER OF _Law Offices of Whitney Leigh_ | $ _2,000.00_

_Two Thousand Dollar_ ——— DOLLARS

FOR _Retainer - Republic of Fillmore_

⑈0000001538⑈ ⑆121042882⑆ 1486331083⑈

Seq: 57
Batch: 814189
Date: 08/09/17

Seq:00057 8X/03/17
BA1:814189 CC:3189999269
#T:01 LTPS:Jackson.illa PT
BC:Buena vista Park BC CA5-121

| | | | |
|---|---|---|---|
| *R/T Number* | 12104288 | *Processing Date* | 2017-08-09 |
| *Sequence Number* | 008510681091 | *Amount* | 2000.0 |
| *Account Number* | 1486331083 | *Serial Number* | 000000000001538 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Plaintiff's 01472



April 11, 2017

Todd Clayter
AgonaferShiferaw
Via Email: todeo.clayter@gmail.com, agonafer@att.net

**Re: Consulting Services**
**Fillmore Heritage Center**
**1330 Fillmore Street**
**San Francisco, CA 94115**
**(Block 0732, Lots 032 & 033)**

Dear Todd&Aginofer:

Kidder Mathews ("KM") is pleased to submit this proposal for retail consulting services (the "Agreement") rendered in connection with the City and County of San Francisco's RFP (Request for Proposals) in connection tothe Fillmore Heritage Center located at 1330 Fillmore Street in San Francisco, CA 94115 (the "Project"):

- **Phase I**: KM shall provide Owner withgeneral consulting services in regards to the retail component of the Project. A complete Scope of Work for Phase II is detailed below.
- **Phase II**: If Owner is selected as the Buyer for the RFP, and if retained by Owner, KM shall be named the Exclusive Leasing Broker for the Project's ground floor retail component. At this time, KM will send Owner an Exclusive Leasing Agreement for review and signature. A complete Scope of Work for Phase III can be provided at Owner's request.

During the initial review efforts, KM will become familiar with the goals and objectives that the Owner wishes to achieve with respect to the Project. KM will provide its initial services in accordance with this agreement ("Agreement") and within the context of these goals and objectives.

**PHASE I**
**CONSULTING SERVICES**
**SCOPE OF WORK**

- KM will assist in Owner's primary goal in finding an anchor tenant for the retail space and showroom.
- KM will assist Owner in arranging meetings and discussions with potential JV partners in the Project.
- KM will review and conduct ongoing discussions with Ownerregarding retail design of the Project, including configuration, layout, programming, etc.
- KM will approach prospective tenants, master lessors, developers, JV partners, capital sources, etc., in order to organize the best team and proposal to present on April 24, 2017.
- If proposal is accepted by the City, KM will continue to assist Owner as requested.

Plaintiff's 01473



Page 2

## PHASE II
## EXCLUSIVE LEASING BROKER
## SCOPE OF WORK

- If Owner is selected as the Buyer for the RFP, and if retained by Owner, KM shall be named the Exclusive Leasing Broker for the Project's retail component.
- At Owner's request, KM will send an Exclusive Leasing Agreement for review and signature.
- A complete Scope of Work for Phase III can be provided at Owner's request.

## COMPENSATION

The KM team assigned to this project will be Max Sander& Clayton Jew. The consulting fee for Phase 1 shall be based on an hourly rate of Two Hundred Dollars ($200.00) per hourwith a cap of FiveThousands Dollars ($5,000.00) for work completed prior to April 24th, 2017, and another cap of Five Thousand Dollars ($5,000.00) after the April 24th, 2017 deadline if Proposal is accepted by the City. The commission fee and schedulefor Phase II of this engagement, should Owner in its sole discretion elect to proceed, shall be based on a mutually agreeable commission schedule, subject to the terms of an exclusive listing agreement approved by Owner and KM. If Owner decides to retain KM as the Exclusive Leasing Broker, and KM were to successfully lease the retail portion of the Project, the consulting fee will be deducted from the broker commission fee due to KM. If services beyond those described in this letter are required by Owner, such services will be separately billed, subject to the prior written approval of Owner. Said fees shall be due and payable within 30 days from Owner's receipt of KM's written report and invoice. Owner and KM agree that simple interest of 1.5% per month will accrue on any balance for compensation due KM and remaining unpaid as of the due date.

KM shall at all times remain an independent contractor, and shall not be Owner's agent, and KM shall have no right or authority to enter into any agreements or make any representations on behalf of Owner. Owner shall be solely responsible for any due diligence or investigations in connection with the Project, and KM shall have no responsibility with respect to such activities except as may be mutually agreed in writing. Owner will promptly reimburse KM for out of pocket expenses pre-approved by Owner in advance and in writing.

This Agreement represents the entire agreement of the parties relating to the subject matter hereof and supersedes all prior and contemporaneous agreements, understandings, discussions and negotiations between the parties. This Agreement shall be binding on the parties hereto, their affiliates, successors and assigns, and shall be governed by and interpreted pursuant to the laws of the State of California applicable to contracts entered into by California residents and wholly to be performed within the State of California. In any dispute arising out of this Agreement, the prevailing party shall be entitled to its reasonable attorneys' fees. This Agreement may not be assigned by either party without the prior written consent of the other party.

If the foregoing accurately sets forth your understanding, I would appreciate your countersignature below.

Plaintiff's 01474

Page 3



Very truly yours,

*Agreed and confirmed*
KIDDER MATHEWS

By _____ Date ___4/11/2017___

*Agreed and confirmed*
OWNER

By _____ Date ___4/11/2017___

Plaintiff's 01475