----- Forwarded Message -----

**From:** Fillmore-Heritage-RFP (MYR) <Fillmore-Heritage-RFP@sfgov.org>
**To:** Fillmore-Heritage-RFP (MYR) <Fillmore-Heritage-RFP@sfgov.org>
**Sent:** Tuesday, April 25, 2017 9:41 AM
**Subject:** RFP Materials Extension - 4pm Today

Good morning registrants,

The City is extending the deadline for already registered respondents to supplement or supply material for the Fillmore Heritage Center RFP until Tuesday April 25th at 4:00pm, to be submitted at the location listed in the RFP.