# Memorandum of Understanding

This Memorandum of Understanding (the "Memorandum") is made on April 24, 2017, by and between FHC2017, LLC, a California Limited Liability Company with principle place of business at 14584 Weeth Drive, San Jose, California 95124 and Food For Soul, LLC, a California Limited Liability Company with principle place of business, at 1300 Fillmore St., San Francisco, California 94115 (hereinafter referred to as "FFS") together with FHC2017, LLC (the "Parties") for the purpose of achieving the various aims and objectives relating to the Fillmore Heritage Center 2017 (the "Project").

WHEREAS FHC2017, LLC and FFS desire to enter into an agreement by which FHC2017, LLC and FFS will work together to complete the Project; and

WHEREAS FHC2017, LLC and FFS desire to enter into a Memorandum of Understanding, setting out the commitments by and working arrangements of each of the Parties to successfully compete for and implement the Project; and

WHEREAS FHC2017, LLC intends to respond to the request for proposals: Fillmore Heritage Center solicited by the San Francisco Office of Economic and Workforce Development ("City").

### Purpose
The purpose of this Memorandum is to provide the framework for binding negotiating more formal contracts regarding the Fillmore Heritage Center 2017 between FHC2017, LLC and FFS, should FHC2017 be selected by the City and County of San Francisco to pursue the Project.

### Obligations of the Parties
The Parties acknowledge that pending negotiation of a more formal contractual relationship, this Memorandum creates binding commitments between the Parties to comply in good faith with the terms of this Memorandum. In addition, the Parties agree to work together in the true spirit of partnership to ensure that there is a united visible and responsive leadership of the Project and to demonstrate financial, administrative and managerial commitment to the Project.

### Obligations
The Parties agree that their obligations include, but are not limited to:

a. If the City selects FHC2017, LLC as the Developer, then FHC2017 shall, as part of the Project, lease to FFS the building space (approximately 5,800 sq ft) for FFS for the restaurant known as 1300 on Fillmore ("the Premises") for $1.50 per square foot per month for a term of five years, with two (2) options at FFS's discretion for an additional five years each. FHC2017 shall not charge FFS rent for the Premises until the latter of; 1) FHC2017 opens the 28,000 square foot restaurant and entertainment venue for operations to the general public or 2) FFS, LLC opens for operations to the general public, but not later than 4 months after either condition has been met.

b. If the City selects FHC2017 as the Developer, LLC, then FHC2017 shall provide $300,000 to FFS for mutually agreed upon tenant improvements to the Premises by means of a tenant improvement allowance.

c. If the City selects FHC2017, LLC as the Developer, then FHC2017, LLC agrees to cooperate in good faith in the creation of a legal parcel consisting solely of the Premises in a timely manner, at FHC2017, LLC's expense. FFS or assignee shall purchase the parcel for a purchase price of $750,000 together with full reimbursement of the tenant improvement allowance paid by FHC2017. Within 60 days from when the City selects FHC2017 as the Developer, FFS shall deposit $750,000 into escrow for this purchase, and escrow shall be mutually controlled by both parties.

d. FFS agrees that FHC2017 can include FFS as a non-exclusive community partner in submitting FHC2017's proposal to the City for the Project.

e. The Parties will work together in good faith to obtain required government approvals for the Project.

f. The Parties shall work together to jointly promote the Projects and the tenets of this Memorandum.

### Term
The arrangements made by the Parties by this Memorandum shall remain in place from April 24, 2017 until either (a) the City makes a final decision not to select FHC2017 as the Developer of the Project, or (b) the parties negotiate a more formal agreement consistent with this Memorandum following the City's selection of FHC2017 to pursue the Project.

### Notice
Any notice or communication required or permitted under this Memorandum shall be sufficiently given if delivered in person or by certified mail, return receipt requested, to the address set forth in the opening paragraph or to such other address as one party may have furnished to the other in writing.

### Governing Law
This Memorandum shall be construed in accordance with the laws of the State of California.

### Assignment
Neither party may assign or transfer the responsibilities or agreement made herein without the prior written consent of the non-assigning party, which approval shall not be unreasonably withheld.

### Amendment
This Memorandum may be amended or supplemented in writing, if the writing is signed by the party obligated under this Memorandum.

**Severability**
If any provision of this Memorandum is found to be invalid or unenforceable for any reason, the remaining provisions will continue to be valid and enforceable. If a court finds that any provision of this Memorandum is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision will be deemed to be written, construed, and enforced as so limited.

**Entire Agreement between the Parties**
This Agreement sets forth and constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof and all prior agreements, understanding, promises and representations, whether written or oral, with respect thereto.

**Understanding**
It is mutually agreed upon and understood by and among the Parties of this Memorandum that:

a. Each Party will work together in a coordinated fashion for the fulfillment of the Project.

b. In no way does this agreement restrict involved Parties from participating in similar agreements with other public or private agencies, organizations, and individuals with regard to the Fillmore Heritage Center

c. To the extent possible, each Party will participate in the development of the Project.

d. Except as otherwise stated above, nothing in this memorandum shall obligate any Parties to the transfer of funds. Any endeavor involving reimbursement or contribution of funds between the Parties of this Memorandum will be handled in accordance with applicable laws, regulations, and procedures. Such endeavors will be outlined in separate agreements that shall be made in writing by representatives of the Parties involved and shall be independently authorized by appropriate statutory authority. This Memorandum does not provide such authority.

e. In the event of an action, arbitration or proceeding brought by either party to enforce any of the covenants and agreements in this Memorandum, the prevailing party shall be entitled to recover from the non-prevailing party any costs, expenses (including out of pocket expenses) and reasonable attorney fees incurred in connection with such action, suit or proceeding.

f. This Memorandum is not intended to and does not create any right, benefit, or trust responsibility.

g. This Memorandum will be effective upon the signature of both Parties.

**Signatories**

This Agreement shall be signed on behalf of FHC2017, LLC by Tim Shelton, General Partner, and on behalf of FFS by Monetta White, Owner. This Agreement shall be effective as of the date first written above.

*[signature]*

FHC2017, LLC
By Tim Shelton,
Managing Partner

*[signature]*

Food For Soul, LLC
By Monetta White,
Managing Member