# SFAACC
SAN FRANCISCO AFRICAN-AMERICAN CHAMBER OF COMMERCE

## ANNUAL Juneteenth
### BUSINESS AWARDS LUNCHEON

**Navigating Equity and Success:**
Fostering Innovation, Knowledge, Capital and Relationships

**FRIDAY • JUNE 16, 2017**
San Francisco Marriott Marquis

## 2017 PROGRAM BOOK

Shelton0002

## 2017 SPONSORS

### CEO CIRCLE SPONSOR



### VICE PRESIDENT CIRCLE

 

### DIRECTOR CIRCLE



### CORPORATE CIRCLE

   HCA & Co.

### BOARD OF DIRECTORS CIRCLE

  

  

     

  

  

### MEDIA SPONSOR



SAN FRANCISCO AFRICAN AMERICAN CHAMBER OF COMMERCE
"Navigating Equity and Success: – "Fostering Innovation, Knowledge Capital and Relationships"

PAGE | 19

Shelton0003



CCSF-SHIFERAW_015504

## Honorary Co-Chairs

Governor Edmund G. Brown, Jr.
The Honorable Willie L. Brown, Jr.
U.S. Senator Dianne Feinstein
Lieutenant Governor Gavin Newsom
U.S. Senator Kamala D. Harris
U.S. Congresswoman Barbara Lee

U.S. Congresswoman Nancy Pelosi
Mayor Edwin M. Lee
Bernard J. Tyson
Dr. Cecil Williams
Dr. Jerry Young

## Honorary Committee Members

Dr. Ernest Bates
Fred Blackwell
Kofi Bonner
Kimberly K. Brandon
SF Supervisor London Breed
SF Supervisor Malia Cohen
Alphonso Campbell, Sr.
Stevon Cook
Cleo Cummings
Lloyd Dean
Rev. Michael Gilmore
Dr. Roland Gordon
Dr. Frederick D. Haynes, III
Dr. Mary Ann Jones
Dr. Kenneth P. Monteiro

Emely Norris
Rev. Michael G. Pappas
Bishop Frank Pinkard
SF Supervisor Ahsha Safaí
Rita R. Semel
Timothy A. Simon, Esq.
Rabbis Jonathan & Beth Singer
Rev. Dr. J. Alfred Smith, Sr.
David H. Stull
Kailani Thomas
Preston J. Turner
Anthony G. Wagner, Sr.
Shanell Williams
Dr. Leslie E. Wong
Brenda Wright

## 40th Anniversary Culminating Gala Committee

Gordon Greenwood, Esq.
*Event Chair*

**Co-Chairs**
Amelia Ashley Ward
Cassie Cook

Laverne Baker
Alma Bland
Cleo Cummings
Ethel D. Ellison
Artie Guidry

Dorothy Henderson
Betty Jones
Kristine Knockum
Viola Lewis
Virginia Marshall
Emmit Powell
Karen Roye
Rev. James Smith
Shari Taylor
Jeanette Dupas Walker
Tommy Winston

CCSF-SHIFERAW_015505

# THIRD BAPTIST FOUNDATION, INC.

1399 McAllister Street San Francisco, CA Telephone: 415 346-4426 Ext. 210
email: dr.brown@thirdbaptistfoundationinc-sf.org

## Welcome



*Gordon Greenwood, Esq.*

September 8, 2017

Dear Friends and Colleagues:

In the spirit of service, the 40th Anniversary Committee welcomes you. We have worked quickly and tirelessly to create a program that not only celebrates forty years of pastoral service, but that also highlights more than one hundred sixty-five years of ministry provided to the San Francisco community, the nation, and the world. God has been gracious and merciful to Third Baptist Church; but God has also been relentless, consistently urging continued service through the best, worst, and most challenging times.

When Dr. Brown and Mrs. Brown arrived in San Francisco in 1976, they brought with them a love for the community and a dogged determination to ensure that the blessings available to God's children throughout the rest of the world were also provided to every person within shouting distance of Third Baptist Church. It is in this spirit that we welcome you to the pastoral celebration designed to celebrate the people–the people that the Browns love, the people the Browns have served, and the people who have an absolute right to the tree of life. There could be no celebration without your presence and participation. We thank you for joining us as we highlight forty years of pastoral service.

We pray that during this service your minds will be stimulated and your souls will be stirred. In the end, we pray that your experience this evening will bring you closer to God's purpose for your life - that the words of the Holy scriptures will come alive in your life and lead you to serve your community as Rev. Brown and Mrs. Brown have served our community. God bless you.

Spiritually yours,

*[signature]*

Gordon Greenwood, Esq.,
Chairman
40th Anniversary Culminating Event

Website:
thirdbaptistfoundationinc-sf.org

# The 42nd President of the United States
## William Jefferson Clinton



William Jefferson "Bill" Clinton was born William Jefferson Blythe III on August 19, 1946, in Hope, Arkansas, three months after his father died in an automobile accident. In high school, he took the name of his step father, Roger Clinton of Hot Springs, Arkansas. Bill Clinton graduated from Georgetown University and was awarded a Rhodes Scholarship to Oxford. He received a law degree from Yale University in 1973. After graduation, he returned to Arkansas and taught law at the University of Arkansas before entering politics. His 1974 campaign for Congress ended in defeat, but two years later he was elected Arkansas Attorney General.

In 1975, Bill Clinton married Hillary Rodham, whom he had met while a law student at Yale. In 1980 Chelsea, their only child, was born.

Bill Clinton was elected governor of Arkansas in 1978 but lost a bid for reelection in 1980. He regained the governorship two years later and served until 1993. During his 12 years in office, Governor Clinton earned national recognition for his progressive programs, especially his efforts to improve the quality of public education.

After a tough primary campaign, Bill Clinton won his party's nomination and went on to defeat Republican President George Bush and independent candidate Ross Perot in the 1992 presidential race. When President Clinton won reelection in 1996, he became the first Democrat since Franklin D. Roosevelt to win a second term.

Following the early failure of his health care reform initiative, President Clinton pursued a moderate but progressive domestic agenda. During his tenure, the welfare system was reformed, the sale of handguns was restricted, environmental regulations were strengthened, and a massive federal budget deficit was turned into a surplus.

On the international scene, the Clinton Administration expanded international trade, intervened militarily to end "ethnic cleansing" in Bosnia, launched peace and trade initiatives in Africa and the Middle East, and promoted a framework for peace aimed at ending the strife in Northern Ireland.

Bill Clinton left office with historically high approval ratings for the job he had done as the 42nd President of the United States.

In the years since leaving office, President Clinton has dedicated his time to leading the development of global initiatives through his Foundation. The staff and volunteers of the William J. Clinton Foundation focus on programs of community service, drug acquisition for HIV/AIDS treatment, and fighting childhood obesity in the United States. The Clinton Global Initiative garners the expertise of leaders from around the world in addressing global issues of health care, education, clean energy and environment, job training, and entrepreneurship in under-developed countries.

Outside of his Foundation, President Clinton has worked alongside former Presidents George H. W. Bush and George W. Bush in disaster relief efforts for the tsunami in South Asia, Hurricane Katrina in the United States, and the earthquake in Haiti.

# Rev. Brown's Message

We are gathered for a historic celebration of 40 years as pastor and people. We have many outstanding accomplishments that we are grateful to have had the opportunity to lead. However, celebrations last for only a fleeting moment. The struggles of life goes on from one generation to the next.

While we are grateful for what we have been able to build in four decades, our focus is on the future. We invite everyone to join in recommitting our time, talents and resources to the continuance of the successful programs that have been built through our community's sweat and tears, including Back on Track, The Charles A. Tindley Music Academy and the Sons of the Prophet Forum. We must also commit to continuing our advocacy for social justice, and to respecting, celebrating, protecting and promoting African American culture and heritage.

We want to send a humble thank you for the love and support of Third Baptist, our benefactors, the faith community and all the people who have been trying to build a better community and world. We wish to thank Rev. James Smith, Artistic Directory of the Charles A. Tindley Academy of Music, committee chairs, Deacons Anthony Wagner and Atty. Gordon Greenwood, Trustee Cassie Cook, my dear wife Jane the church office staff and maintenance personnel, and the entire Third Baptist family, who joined with the Christian Education Ministry chairpersons Cleo Cummings, Karen Roye, Deacon chairperson Alphonso Campbell and Trustee Chairman, Preston Turner, respectively for making this a day that will last in our memory as long as the cords of memory shall lengthen. Thanks to Congregation Emanu-El, past Rabbis and present Rabbis Jonathan and Beth Singer.

We also want to send a heartfelt thank you to President William Jefferson Clinton, Gov. Edmund G. Brown and former Gov. Arnold Schwarzenegger for taking the time to come celebrate with us. Dr. Frederick D. Haynes, III for his years of faithful caring, his prophetic ministerial leadership and for preaching tonight. Also special thanks to Rev. Arnold Townsend, Rev. Jesse Jackson. Finally we can never say too much for the love and counsel of our Master of Ceremonies, Former Mayor Willie Lewis Brown, Jr.

## Son of the Prophets



## Dr. Frederick Douglass Haynes, III

Frederick Douglass Haynes, III, is a prophetic pastor, passionate leader, social activist, and eloquent orator and educator engaged in preaching the gospel of Jesus Christ, fighting against racial injustice; committed to economic justice and empowerment in under-served communities and touching and transforming the lives of the disenfranchised.

For 31 years, Dr. Haynes has served as a visionary and innovative senior pastor of Friendship-West Baptist Church in Dallas, Texas. Under his servant leadership, the ministry and membership have grown from less than 100 members in 1983 to over 12,000.

CCSF-SHIFERAW_015508

## *Celebrating Forty Years of Bringing Life to God's Words*
## Program

Procession & Organ Prelude ~ *Joshua Fit the Battle of Jericho* ..............................................................Fela Sowande

Welcome & Introduction of Master of Ceremonies...............................................................Gordon Greenwood, Esq.
Culminating Event Chair

Master of Ceremonies .........................................................................................The Honorable Willie L. Brown, Jr.
41st Mayor of the City and County of San Francisco

Opening Hymn ~ *Lift Ev'ry Voice & Sing*........................................................Charles Albert Tindley Children's Choir
*Music:* J. Rosamond Johnson; *Lyrics:* James Weldon Johnson

Invocation & Prayer of Affirmation.............................................................................................Dr. Roland Gordon
Senior Pastor, Ingleside Presbyterian Church

Presentation of the 42nd President of the
United States of America ........................................................................................ The Honorable Edmund G. Brown
Governor of the State of California

Presidential Address ........................................................................................The Honorable William Jefferson Clinton
42nd President of the United States of America

Musical Selection ~ *The Lord Is My Light* ........................................................ Dr. Amos C. Brown Heritage Chorale
*Composer:* Frances Allitsen; *Soloists:* Jeannine Anderson & Henrietta Davis

### Reflections I
**Derrick Johnson, Esq.**
*Interim President & Chief Executive Officer, National NAACP*
**Bernard J. Tyson**
*Chairman & Chief Executive Officer*
*Kaiser Permanente Foundation Health Plan, Inc. & Hospitals*
**Harold Martin Jr.**
*Interim President, Morehouse College*
**Naomi Kelly**
*San Francisco City Administrator.*
*Representing: The Honorable Edwin M. Lee, Mayor, City & County of San Francisco*
**The Honorable Arnold Schwarzenegger**
*38th Governor of the State of California*

Musical Selection ~ *How Firm A Foundation*........................Dr. Amos C. Brown Chorale, Roland Pickens, Soloist
*Arranged by:* Rev. James Smith; *Soloist:* Roland Pickens

### Reflections II
**Brenda Wright**
*Senior Vice President, Community Relations*
*Wells Fargo Bank*

# Program

*(Continued)*

**Rabbis Jonathan & Elizabeth Singer**
*Congregation Emanu-El*
**Dr. J. Alfred Smith, Sr.**
*Pastor Emeritus, Allen Temple Baptist Church, Oakland, CA*
**Rev. Michael Pappas**
*San Francisco Interfaith Council*
**Dr. Jesse Louis Jackson**
*Founder & President, Rainbow PUSH Coalition*

Historical Landmark Designation ..................................................................................................London Breed
President, San Francisco Board of Supervisors

Offering & Acknowledgments ...............................................................................................Anthony Wagner, Sr., Deacon
Preston Turner, Chair, Trustees Ministry

*Doxology*

## Reflections III

**David Stull**
*President, San Francisco Conservatory of Music*
**Alice Huffman**
*President, California State & Hawaii NAACP*
**Alphonso Campbell**
*Chair, Deacons Ministry*
**Rev. Shane Scott**
*Senior Pastor, Macedonia Church, Los Angeles, CA*

Scripture ........................................................................................ Rev. Beverley Philllips, Third Baptist Church
*Amos 5*

Musical Selection ~ *Even Me* .................................................................................... Dr. Amos C. Brown Heritage Chorale
*Arranged by:* Michael H. Reid; *Soloist:* Henrietta Davis

Son of the Prophets ................................................................................................. Dr. Frederick Douglass Haynes, III
Senior Pastor, Friendship West Baptist Church, Dallas, TX

Musical Selection ~ *Jesus Is My King* ....................................................................... Dr. Amos C. Brown Heritage Chorale

Expressions of Gratitude ........................................................................Dr. Amos C. Brown & Mrs. Jane E. Brown

Benediction.................................................................................................................. Dr. Jacqueline Thompson
Assistant Pastor, Allen Temple Baptist Church
Oakland, CA

# Master of Ceremonies
## Willie L. Brown Jr.



Two-term Mayor of San Francisco, legendary Speaker of the California State Assembly, and widely regarded as the most influential African-American politician of the late twentieth century, Willie L. Brown, Jr., has been at the center of California politics, government, and civic life for an astonishing four decades. His career spans the American Presidency from Lyndon Johnson to George W. Bush, and he has worked with every California Governor from Pat Brown to Arnold Schwarzenegger. From civil rights to education reform, tax policy, economic development, health care, international trade, domestic partnerships, and affirmative action, he's left his imprimatur on every aspect of politics and public policy in the Golden State.

Brown served over 30 years in the California State Assembly, spending 15 years as its speaker and later served as the 41st mayor of San Francisco, the first African American to do so. Under the current California term-limits law, no Speaker of the California State Assembly will be permitted to have a longer tenure than Brown's.

As Mayor of California's most cosmopolitan city, he refurbished and rebuilt the nation's busiest transit system, pioneered the use of bond measures to build affordable housing, created a model juvenile justice system, and paved the way for a second campus of the University of California, San Francisco, to serve as the anchor of a new development that will position the City as a center for the burgeoning field of biotechnology. Today, he heads the Willie L. Brown, Jr., Institute on Politics and Public Service, where this acknowledged master of the art of politics shares his knowledge and skills with a new generation of California leaders

The San Francisco Chronicle called Brown "one of San Francisco's most notable mayors" who had "celebrity beyond the city's boundaries."

# Thank You Sponsors

## *Benefactors*

FivePoint
San Francisco Police Officers Association
Vitas Hospice Services, LLC
Dr. Jonathan Butler
Rev. James Smith

## *Patrons*

| | |
|---|---|
| Matthew Almonte, Linda Coleman | Jason Henderson |
| Eddie & Laverne Baker | Rev. Aubrey & Viola Lewis |
| Samuel Bennett, Kristine Knockum | Bill Liang, Phillip Dou |
| Alma Bland | Eliska Mobley |
| Dr. Charles Booth | Dr. Kenneth Monteiro |
| Catherine Bradford | Jennye Morgan |
| Kimberly Brandon & Timothy Simon, Esq. | Carol O'Gilvie, Justin Winfrey |
| Leona Bridges | Rev. Portia Osborne |
| James Bryant | Roland Pickens |
| Cahill Construction | Naya Ross |
| Vasteen Caldwell | San Francisco Conservatory of Music |
| Alphonso & Dianne Campbell | Rabonni Selah |
| Betty Chin | Tim Shelton |
| Community Alliance for Jobs & Housing | Annie Snoddy-Bradford |
| Cassie Cook, Dorothy Howell | Tabernacle Community Development Corp. |
| Sheryl Davis | Dr. & Mrs, Allen Turner, Bobby Sisk |
| Ethel D. Ellison | Mary Twegbe |
| Mark & Joyce Gray | Donald Waits |
| Kendra Griffin | Lorene Walker |
| Tracy Griffin | Hiawatha Washington |
| Artie Guidry | LaZelle Westbrook |
| Dorothy Henderson | West Bay Local Development Corporation |
| Udo & Sandra Kaiser | Tommy Winston, Tekeste Habtom |
| Diane Kruze | |

# THIRD BAPTIST FOUNDATION, INC.

## Executive Officers/Board of Directors

Dr. Amos C. Brown, Sr.
**Chairman**

Cassie Cook
**Treasurer**

Cleo Cummings
**Secretary**

Dr. Jonathan Butler
**Executive Director**

### Directors

Laverne Baker
Catherine Bradford
Jane E. Brown
Alphonso Campbell
Peter Cohn, Esq.
Linda Lawrence
Carol O'Gilvie`
Preston Turner
Alexander Williams
Dorothy Word

Third Baptist Foundation, Inc.
1399 McAllister Street
San Francisco, CA 94115
Telephone: 415.346.4426 . Ext. 0
Email:
dr.brown@thirdbaptistfoundationinc-sf.org
Website:
thirdbaptistfoundationinc-sf.org

# ACKNOWLEDGMENTS

Sun Reporter Publishing Company

40th Anniversary Committee

40th Anniversary Culminating Event Committee

Amiee D'maris Events

Blare Media

Auintard Henderson
Photographer At Large

Jamie Muntner

Perla Silva

Master Winstons Superior Security

SF Alliance of Black School Educators

Karen Roye

Othello Jefferson

Virginia Marshall

Anna Karney
San Francisco Unified School District

Dorothy Cook

---

*Thank you for donating to our effort to help us realize a healthier community. The proceeds from this event will enable our organization to continue to enhance our educational programs such as the Back on Track, after school tutorial program, the Summer Freedom School. The Charles A. Tindley Academy of Music and help to preserve this historical site.*

# Thank You
## Sponsors

### Gold



### Silver



### Bronze






### Grand Benefactors




### Premiere Benefactors

Harold Barganey
Rev. Dr. Amos C. Brown, Sr. & Mrs. Jane E. Brown
Dixie Horning

Rev. Shane Scott
Rev. Anthony Trufant



Rev. Dr. Amos C. Brown &
Mrs. Jane E. Brown

CCSF-SHIFERAW_015515