# LAW OFFICES OF WHITNEY LEIGH

One Sansome Street
35th Floor
San Francisco, CA 94104
Telephone: 415-470-4055
Leigh1sansome@gmail.com

October 6, 2017

VIA EMAIL AND U.S. MAIL

Heidi J. Gerwertz, Esq.
Deputy City Attorney
City Attorney of San Francisco
San Francisco City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Dear City Ms. Gewertz:

Thank you for your letter dated September 13, 2017, responding to my letter of September As we clearly stated in our previous letter dated September 1, 2017. The City's response, however, failed to address our concerns regarding ongoing unlawful acts concerning the evaluation process for the Fillmore Heritage Center RFP. One of the issues raised in my September 1 letter is the submission of late bids, and bids significantly changed after the deadline, and the City's acceptance of such bids in violation of State and local law.

To assist the City in recognizing the seriousness of this issue, I will here provide more specifics.

FHC2017 submitted a bid proposal in response to the RFP. That proposal included what was titled the "Fillmore Heritage Performance Arts Center" ("FHPAC"), as a central demonstration of the community benefit presented by FHC2017's proposal. *See attached* Exhibit 1 (FHC2017 Original Proposed Use and Community Benefit). FHC2017 represented that the FHPAC, would be the corner stone of the musical and entertainment showcase occupying the old Yoshi's Show Room. This entertainment programming, booking and management was supposed to be produced and managed by management guru Claudia Polley and FillPAC hosting a strong lineup of cross cultural entrainment for residents and visitors of San Francisco. A major component of the program has been eliminated due to the resignation of Claudia Polley from the FHC2017 partnership team. A second example, as part of the community benefit proposal, FHC2017 reached a partnership agreement with the San Francisco African American Chamber of Commerce

(SFAACC) to create an independent self-sustained facility for the SFAACC to engage in national tourism efforts with a focus on Black tourism and convention opportunities utilizing the West Bay Conference Center as a major venue for meetings. We are informed that this arrangement was canceled due to the failure of FHC2017 to be real partners with the SFAACC, and the failure to provide ownership opportunities to the SFAACC that would survive after the RFP interview process was completed. The SFAACC and its program have disassociated themselves from FHC2017.

FHC2017 have now published a revamped "Preliminary Community Benefit", that confirms the loss of the above-described community benefit features of the FHC2017 original bid proposal – and reveals new purported replacement features that FHC2017 appears to have been illegally permitted to submit. *See* Exhibit 2. References to Ms. Polley and the SFAACC have disappeared from the FHC2017 proposal.

Finally, as a troubling and ethically questionable example of a community benefit arrangement, 1300 on Fillmore and the owner Monetta White have arranged to receive, as we have previously stated, a $300,000.00 to $500,000.00 cash payment and a total economic benefit of approximately $2,300,000.00 million based on an analysis of the Memorandum of Understanding between FHC2017 and 1300 on Fillmore/Monetta White, and the City's current appraisal report of the property.

FHC2017's late bid should be disqualified. Please respond to this letter by Monday, October 18, 2017.

Very truly yours

LAW OFFICES WHITNEY LEIGH

G. Whitney Leigh

GWL:lr

cc: Naomi Kelly
    Joaquin Torres

# LAW OFFICES OF WHITNEY LEIGH

One Sansome Street
35th Floor
San Francisco, CA 94104
Telephone: 415-470-4055
Leigh1sansome@gmail.com

October 6, 2017

Heidi J. Gerwertz
Deputy City Attorney
City Attorney of San Francisco
San Francisco City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Dear Ms. Gewertz:

SUBJECT: Fillmore Heritage Center, RFP

We have received your letter dated, September 13, 2017, indicating that the City's evaluation of the Fillmore Heritage Center RFP responses is still in process, and that the City will be in contact with all responses once the process is completed. This response, unfortunately, does not address serious issues raised in my letter of September 1, 2017 which identified specific, serious defects existing in the process the City is using to conduct the administration of the RFP. These defects are both procedural and substantive, and delimit violations of local and state law. Your letter does not acknowledge the City's awareness of these violations, or set forth the City's plan to correct them. Instead, the City's assertion that its decision on the RFP remains pending suggests that the City is disregarding these violations and allowing them to persist.

This is not a reasonable response. The Fillmore Heritage Center is an important resource to the City and the Fillmore neighborhood. Left uncorrected, the defects and law violations outlined in my letter will preclude any legal award of the RFP, and will unnecessarily delay receipt of the much-need benefit the community will derive from the use of this resource.

Since my letter of September 1, further events raising concern about the RFP process have come to our attention. On or about September 8, 2017, a competitive bidder FHC2017, made a significant cash contribution to the Chairman of the selection committee as a sponsor to an event celebrating the 40th year anniversary of the Chairman and his wife as Pastor of Third Baptist Church in San Francisco. Attached hereto is a copy of the brochure for that event.

Heidi Gerwertz, Esq.<br>
October 6, 2017<br>
Page 2

Acceptance of this contribution violates the Political Reform Act of 1974 (Cal. Gov. Code §§ 81000 et seq.) (the "Reform Act"), which prohibits public officials from acting in matters where their private interests might conflict with their public duties. The purpose of the act is that that public officers be prevented from acting in conflict of interest situations unless such action is absolutely necessary. Section 81000 of the Reform Act, provides, in pertinent part:

> No public official at any level of . . . local government shall make, participate in making or in any way attempt to use his official position to influence a governmental decision in which he knows or has reason to know he has a
> financial interest.

Section 87103 of the Reform Act provides, in pertinent part, that:

> "[a]n official has a financial interest in a decision within the meaning of Section 87100 if it is reasonably foreseeable that the decision will have a material financial effect, distinguishable from its effect on the public generally, on: "(c) Any source of income . . . aggregating two hundred fifty dollars ($ 250) or more in value received by . . . the public official within twelve months prior to the time when the decision is made; . . ."

For the purposes of disqualification under Section 87100 and 87103, " a public official has an economic interest in any donor of, or any intermediary or agent for a donor of, a gift or gifts aggregating $ 440 or more in value provided to, received by, or promised to the public official within 12 months prior to the time when the decision is made." *See also* C.C.R. §§ 18703.3, 18703.4. Section 82048 of the Reform Act defines "public official", which means "every member, officer, employee or consultant of a state or local agency.

The bid of FHC2017, whose principals, submitted the unlawful payment to the Chairman, must be nullified and rejected as void. By additional letter of today's date, I've provided further information regarding the invalidity of the FHC2017 bid. Also, the Chairman of the selection committee has a disqualifying economic interest that precludes his participation in that committee. This is a matter that must be addressed immediately. It cannot await the City's evaluation of the responses, as that evaluation is governed by the committee, which, as presently constituted, cannot render anything other than a void decision. *See* Government Code §§ 1092 et seq.

.

Heidi Gerwertz, Esq.<br>
October 6, 2017<br>
Page 3

We insist that the City take action *immediately*.

Please respond on or before October 18, 2017.

                                    Very truly yours

                                  LAW OFFICES WHITNEY LEIGH

                                  G. Whitney Leigh

GWL:lr

cc: Naomi Kelly
    Joaquin Torres

THIRD BAPTIST CHURCH OF SAN FRANCISCO
1399 MCALLISTER STREET · SAN FRANCISCO, CA

*Rev. Dr. Amos C. Brown*



*Mrs. Jane E. Brown*

**Celebrating Forty Years of Service to the Community, State, Nation and the World**

SEPTEMBER 8, 20
7:00 P.M.

# Thank You Sponsors

## Benefactors

**FivePoint**
**San Francisco Police Officers Association**
**Vitas Hospice Services, LLC**
**Dr. Jonathan Butler**
**Rev. James Smith**

## Patrons

| | |
|---|---|
| Matthew Almonte, Linda Coleman | Jason Henderson |
| Eddie & Laverne Baker | Rev. Aubrey & Viola Lewis |
| Samuel Bennett, Kristine Knockum | Bill Liang, Phillip Dou |
| Alma Bland | Eliska Mobley |
| Dr. Charles Booth | Dr. Kenneth Monteiro |
| Catherine Bradford | Jennye Morgan |
| Kimberly Brandon & Timothy Simon, Esq. | Carol O'Gilvie, Justin Winfrey |
| Leona Bridges | Rev. Portia Osborne |
| James Bryant | Roland Pickens |
| Cahill Construction | Naya Ross |
| Vasteen Caldwell | San Francisco Conservatory of Music |
| Alphonso & Dianne Campbell | Rabonni Selah |
| Betty Chin | Tim Shelton |
| Community Alliance for Jobs & Housing | Annie Snoddy-Bradford |
| Cassie Cook, Dorothy Howell | Tabernacle Community Development Corp. |
| Sheryl Davis | Dr. & Mrs. Allen Turner, Bobby Sisk |
| Ethel D. Ellison | Mary Twegbe |
| Mark & Joyce Gray | Donald Waits |
| Kendra Griffin | Lorene Walker |
| Tracy Griffin | Hiawatha Washington |
| Artie Guidry | LaZelle Westbrook |
| Dorothy Henderson | West Bay Local Development Corporation |
| Udo & Sandra Kaiser | Tommy Winston, Tekeste Habtom |
| Diane Kruze | |

## Honorary Co-Chairs

Governor Edmund G. Brown, Jr.
The Honorable Willie L. Brown, Jr.
U.S. Senator Dianne Feinstein
Lieutenant Governor Gavin Newsom
U.S. Senator Kamala D. Harris
U.S. Congresswoman Barbara Lee

U.S. Congresswoman Nancy Pelosi
Mayor Edwin M. Lee
Bernard J. Tyson
Dr. Cecil Williams
Dr. Jerry Young

## Honorary Committee Members

Dr. Ernest Bates
Fred Blackwell
Kofi Bonner
Kimberly K. Brandon
SF Supervisor London Breed
SF Supervisor Malia Cohen
Alphonso Campbell, Sr.
Stevon Cook
Cleo Cummings
Lloyd Dean
Rev. Michael Gilmore
Dr. Roland Gordon
Dr. Frederick D. Haynes, III
Dr. Mary Ann Jones
Dr. Kenneth P. Monteiro

Emely Norris
Rev. Michael G. Pappas
Bishop Frank Pinkard
SF Supervisor Ahsha Safaí
Rita R. Semel
Timothy A. Simon, Esq.
Rabbis Jonathan & Beth Singer
Rev. Dr. J. Alfred Smith, Sr.
David H. Stull
Kailani Thomas
Preston J. Turner
Anthony G. Wagner, Sr.
Shanell Williams
Dr. Leslie E. Wong
Brenda Wright

## 40th Anniversary Culminating Gala Committee

Gordon Greenwood, Esq.
*Event Chair*

**Co-Chairs**
Amelia Ashley Ward
Cassie Cook

Laverne Baker
Alma Bland
Cleo Cummings
Ethel D. Ellison
Artie Guidry

Dorothy Henderson
Betty Jones
Kristine Knockum
Viola Lewis
Virginia Marshall
Emmit Powell
Karen Roye
Rev. James Smith
Shari Taylor
Jeanette Dupas Walker
Tommy Winston

# THIRD BAPTIST FOUNDATION, INC.

1399 McAllister Street San Francisco, CA  Telephone: 415 346-4426 Ext. 210
email: dr.brown@thirdbaptistfoundationinc-sf.org

## Welcome



*Gordon Greenwood, Esq.*

September 8, 2017

Dear Friends and Colleagues:

In the spirit of service, the 40th Anniversary Committee welcomes you. We have worked quickly and tirelessly to create a program that not only celebrates forty years of pastoral service, but that also highlights more than one hundred sixty-five years of ministry provided to the San Francisco community, the nation, and the world. God has been gracious and merciful to Third Baptist Church; but God has also been relentless, consistently urging continued service through the best, worst, and most challenging times.

When Dr. Brown and Mrs. Brown arrived in San Francisco in 1976, they brought with them a love for the community and a dogged determination to ensure that the blessings available to God's children throughout the rest of the world were also provided to every person within shouting distance of Third Baptist Church. It is in this spirit that we welcome you to the pastoral celebration designed to celebrate the people–the people that the Browns love, the people the Browns have served, and the people who have an absolute right to the tree of life. There could be no celebration without your presence and participation. We thank you for joining us as we highlight forty years of pastoral service.

We pray that during this service your minds will be stimulated and your souls will be stirred. In the end, we pray that your experience this evening will bring you closer to God's purpose for your life - that the words of the Holy scriptures will come alive in your life and lead you to serve your community as Rev. Brown and Mrs. Brown have served our community. God bless you.

Spiritually yours,

*Gordon Greenwood*

Gordon Greenwood, Esq.,
Chairman
40th Anniversary Culminating Event

Website:
thirdbaptistfoundationinc-sf.org