**Fillmore Heritage Center**
**RFP Response assessment**

| | |
|---|---|
| **Proposer:** The Fillmore Collective (Santino DeRose, John Litz) | |
| **Concept:** Proposes operating the former restaurant as a new restaurant by the proposer. The interest is for 1300 on Fillmore to remain. The performance venue may be operated by a nationally-known operator. The gallery will show local art and the screening room will feature community film events. | |
| **Signed Partners/Letters of Intent:** None | |

**Strengths**
* Strong restaurant and real estate experience
* Familiarity with Yoshi's space, having managed it recently from a loss to breakeven
* community development experience in SF (826 Valencia in TL, Harding Theater, Warfield hotel)

**Concerns**
* thin proposal (partners left unnamed, operating projections not provided)
* leaves the entertainment venue as is
* undefined community benefit ("We plan on having potential popup opportunities to support small business")

**Judgment:** Demonstrated real estate and restaurant capacity. Ask City essentially to believe in it, however. Operating plan and community benefit inadequately demonstrated.

**Source of Funds:** Soft commitment /expression of interest from commercial lender; revenue in a 1031 Exchange; equity investors.
**Outstanding City obligations:** None
**Demonstrated ability to access capital by September 2017?** Yes

| sources | | uses | |
|---|---:|---|---:|
| bank loan | 5,500,000 | acquisition | 6,500,000 |
| 1031 proceeds | 2,600,000 | closing costs | 100,000 |
| owner equity | 1,800,000 | A&E | 280,000 |
| investor equity | 600,000 | tenant improvements | 2,850,000 |
| | | liquor license | 270,000 |
| | | carrying costs | 500,000 |
| total | 10,500,000 | total | 10,500,000 |

**Community Benefit Summary**
The Collective says they know the space, having managed the restaurant, and know the neighborhood, one of the principals living close by, but they don't spell out how community will benefit other than by activation of the space. Their clarity is appreciated, given that they name several community players as partners to solicit, and have demonstrated real estate community development expertise, but additional work on this Fillmore project prior to the Proposal submission would have been welcome.

**Suggested Follow Up Questions**
1. Who is the $7 billion market cap venue operator?
2. How do you propose to use the existing restaurant space without significant change in use and make it profitable?
3. What will you do with extensive rehab to reposition the space?

**Operating assumptions**     none provided

WESSINGTON|ventures, llc

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**               CCSF-SHIFERAW_000506

## Fillmore Heritage Center
## RFP Response assessment

**Proposer:** Fillmore Entertainment Complex (Agonafer Shiferaw)

**Concept:** Proposes food hall with three smaller restaurants and for the lounge to become a blues lounge. The interest is for 1300 on Fillmore to remain. The commercial lobby will include a sports bar. The performance venue may be operated by a nationally-known operator. The gallery will be a concept store and bookstore, the screening room to be used for community events, and the offices used for nonprofit space. There will be artisan and small business kiosks on the sidewalks.

**Signed Partners/Letters of Intent:** None

**Strengths**
- Strong jazz venue and Fillmore business experience
- inventive and use-diverse project plan, with three restaurants and associated businesses
- community engagement is significant

**Concerns**
- weak personal credit rating
- questionable financial projections and commitment of debt
- Team is diverse and representative, e.g., Barcelon & Jang, but its Mr Shiferaw's concept and direction, with slim applicable dvelopment experience

**Judgment:** Strong community basis and jazz venue and promotional experience. Although cash strong, at 1m+ in liquidity, recent bankruptcy still carries with it outstanding debt obligations. Financing is questionable, and thus the success of the plan as well.

**Source of Funds:** Soft commitment/expression of interest from mortgage broker which requires executed LOI's to ensure no vacancies in the building prior to a lending commitment.

**Outstanding City Obligations:** $1,256,000 owed to the City with a spotty payment history

**Demonstrated ability to access capital by September 2017?** No

| sources | | uses | |
|---|---|---|---|
| bank loan | 5,000,000 | acquisition | 6,500,000 |
| owner equity | 1,661,000 | tenant improvements | 800,000 |
| tenant investor equity | 1,500,000 | debt service | 265,000 |
| | | taxes | 77,000 |
| | | insurance | 113,000 |
| | | utilities | 104,000 |
| | | HOA dues/CAM | 80,500 |
| | | management, maintenance | 161,000 |
| | | parking | 60,500 |
| total | 8,161,000 | total | 8,161,000 |

**Community Benefit Summary**

Significant community connection, with Fillmore-specific and African American foundations. Diverse media--film, gallery art, and music, as well as food--represented well, with commitments from participants in place. Claims 300 jobs created.

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**                                              CCSF-SHIFERAW_000507

**Fillmore Heritage Center**
**RFP Response assessment**

| Suggested Follow Up Questions | |
|---|---|
| 1 | How are you going to get a loan? |
| 2 | Who are your likely tenants--and therefore, as you describe, your investors? |
| 3 | Please describe your sources of income from the project. |

| Operating assumptions | | |
|---|---|---|
| Income | | |
| | commercial rent | 1,250,000 |
| Expense | | |
| | taxes | NNN |
| | insurance | NNN |
| | utilities | 37,000 |
| | HOA/CAM | 60,500 |
| | parking | 78,000 |
| | management, maint | 197,000 |
| Net Operating Income | | 914,500 |
| | debt service | 365,000 |
| CFL | | 549,500 |

WESSINGTON|ventures, llc

**Fillmore Heritage Center**
**RFP Response assessment**

---

**Proposer:** FHC2017 (Tim Shelton)

**Concept:** Proposes turning the former restaurant into a commercial test kitchen for independent chefs and small food businesses that also hosts special food-related events and classes. There is an MOU with 1300 on Fillmore to remain. The commercial lobby will include a café and book store kiosk. The performance venue will feature supper club and dining/entertainment events approximately 1 night per week, with remaining program of the performance venue and screening room managed by a nonprofit arts organization. The gallery will be leased to a neighborhood CBO.

**Signed Partners/Letters of Intent:** Food for Soul for 1300 on Fillmore with purchase option; Minnie Bells Soul Movement for café; African American Chamber of Commerce for office space in gallery with purchase option; USF for student programming; Marcus Books for kiosk

---

**Strengths**
- Strong business plan, staffed with experienced team
- Deep expression of community engagement. Good partners identified and experienced development team, with neighborhood and Af-Am representation.
- No credit risk

**Concerns**
- No other financial partners. This is truly Tim Shelton's deal.

**Judgment:** Well reasoned, supported, and presented project plan, with no financing risk. All ownership other than Shelton's is virtual. How he manages those relationships and community engagements is key. It appears to be off to a good start.

---

**Source of Funds:** Self-funded $6.5M purchase price, $2M in building improvements, and $1.5M in operating expenses in the first 18 months

**Outstanding City obligations:** None

**Demonstrated ability to access capital by September 2017?** Yes

| sources | | uses | |
|---|---|---|---|
| Shelton equity | 10,000,000 | acquisition | 6,500,000 |
| | | construction costs | 1,720,000 |
| | | A&E | 200,000 |
| | | entitlement | 80,000 |
| | | operating reserves | 1,500,000 |
| | | misc. | |
| total | 10,000,000 | total | 10,000,000 |

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**        CCSF-SHIFERAW_000509

## Fillmore Heritage Center
## RFP Response assessment

**Community Benefit Summary**

Significant community connections, with Fillmore-specific and African American foundations. Diverse media--film, gallery art, and music, as well as food--represented well, with commitments from participants in place. The central concept of The Foundry is both the money maker and creative center of the development.

**Suggested Follow Up Questions**

1. Please describe your partner relationships, esp. wrt management.
   How does the Foundry kitchen work? Who manages the music venue?
2. How do proposed tenants exemplify your community development vision?
   Do any of enterprises subsidize the others?
3. Why do you choose not to seek out 3rd party financing, proposing to finance the project entirely with your own funds?

**Operating assumptions**

|  |  | yr1 | yr2 |
|---|---|---:|---:|
| Income |  |  |  |
|  | Fill PAC | 2,442,200 | 4,961,280 |
|  | Foundry | 547,670 | 815,340 |
|  | Parking Lot | 380,000 | 480,000 |
|  | 1300 | 92,800 | 139,200 |
|  | USF | 40,000 | 60,000 |
|  | Film Café | 12,800 | 19,200 |
|  | Marcus Books | 6,400 | 9,600 |
|  | SFAACC | 12,800 | 19,200 |
|  | Total | 3,534,670 | 6,503,820 |
| COGS and direct expr |  | (1,816,109) | (3,689,388) |
| Gross margin |  | 1,718,561 | 2,814,432 |
| Expense |  |  |  |
|  | staff | 625,000 | 646,000 |
|  | benefits | 125,000 | 129,200 |
|  | HOA | 264,000 | 264,000 |
|  | Maint and Jan | 120,000 | 120,000 |
|  | Insurance | 100,000 | 100,000 |
|  | utilities | 230,000 | 230,000 |
|  | other | 257,000 | 257,000 |
|  | total | 1,721,000 | 1,746,200 |
| NOI |  | (2,439) | 1,068,232 |
| d/s |  | - | - |
| Cfl |  | (2,439) | 1,068,232 |

WESSINGTON|ventures, llc

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**   CCSF-SHIFERAW_000510

# Fillmore Heritage Center
## RFP Response assessment

**Proposer:** Fillmore Heritage Partners (Planted Concepts)

**Concept:** Proposes turning the former restaurant into a pop-up space for local and mobile food entrepreneurs, as well as event rentals. There is an MOU for 1300 on Fillmore to remain. The performance venue will be programmed nightly and available for daytime rentals. The screening room and gallery will show local art and be available for rentals.

**Signed Partners/Letters of Intent:** Food for Soul for 1300 on Fillmore with purchase option

**Strengths**
- * strong project management skills and capacity of team
- * inventive and use-diverse project plan. The test kitchen concept is currently fashionable.
- * diverse nonprofit daytime function and night time revenue mix

**Concerns**
- * planted concepts suggests it might change the use in 3 yrs.
- * altho the team is experienced, its experience is not that applicable wrt urban mixed use commercial development

**Judgment:** Strong community basis, coupled with jazz venue and promotional experience. While unknown nature of future use is a concern, the plan does demonstrate the project can get up and running, with well-funded reserves and strong financial capacity of the team and its investors

**Source of Funds:** Planted Concepts and investor Jay Hagglund
**Outstanding City obligations:** None
**Demonstrated ability to access capital by September 2017?** Yes

| sources | | uses | |
|---|---:|---|---:|
| jay hagglund | 9,000,000 | acquisition | 7,000,000 |
| planted concepts | 796,871 | exterior hard costs | 84,949 |
| | | lobby improvements | 103,500 |
| | | resto tenant imprvmnts | 237,022 |
| | | stage enhancements | 131,400 |
| | | screening room upfit | 30,000 |
| | | gallery and garage | 65,000 |
| | | architects & engineers | 105,000 |
| | | Operating Reserves | 2,040,000 |
| total | 9,796,871 | total | 9,796,871 |

**Community Benefit Summary**

The spirit of the Fillmore is well represented, with a diverse range of uses and community engagements. The team, which is mostly African American, has a diverse background in project management and music promotion, albeit little direct experience in a community based project such as is proposed here.

**Suggested Follow Up Question**
1. Please clarify your plans for future use of the site. Do you plan to convert it to a cannabis related use in three years?

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**       CCSF-SHIFERAW_000511

**Fillmore Heritage Center**
**RFP Response assessment**

| Operating assumptions | | | |
|---|---|---|---|
| | (consolidates) | yr1 | yr2 |
| Income | | | |
| food | | 1,087,000 | 2,045,000 |
| all beverage | | 627,000 | 1,861,000 |
| tickets membership fees | | 5,709,566 | 9,122,000 |
| food prep | | 38,807 | 48,857 |
| total sales | | 7,462,373 | 13,076,857 |
| COGS | | | |
| food | | 248,000 | 468,000 |
| all beverage | | 481,000 | 903,000 |
| tickets membership fees | | 4,089,000 | 6,525,000 |
| resto events | | 3,911 | 3,922 |
| total cogs | | 4,821,911 | 7,899,922 |
| Gross margin | | 2,640,462 | 5,176,935 |
| Labor | | | |
| kitchen/food svc | | 995,000 | 1,259,000 |
| office/mgt | | 635,000 | 728,000 |
| entertainment | | 276,000 | 355,000 |
| benefits | | 610,000 | 755,000 |
| total labor | | 2,516,000 | 3,097,000 |
| controllable | | 579,000 | 694,000 |
| uncontrollables | | 231,000 | 328,000 |
| ebitda | | (685,538) | 1,057,935 |
| dep | | 295,000 | 295,000 |
| profit | | (980,538) | 762,935 |
| interest | | 95,000 | 95,000 |
| principals | | | |
| taxes | | | |
| net income | | (1,075,538) | 667,935 |
| cash flow | | (780,538) | 962,935 |

WESSINGTON|ventures, llc

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**                              **CCSF-SHIFERAW_000512**

**Fillmore Heritage Center**
**RFP Response assessment**

**Proposer:** San Francisco Housing Development Corporation (SFHDC)

**Concept:** Proposes dividing former restaurant into an anchor restaurant and a multi-tenant food court, with a café on the mezzanine. There is an MOU with 1300 on Fillmore to remain. The performance venue will be programmed with performances at night and education classes/workshops during the day, as well as rehearsal/recording studio when not otherwise in use. The gallery and screening room will be managed by neighborhood CBOs, and the offices used for additional nonprofit space. Commercial lobby to be leased to small local vendors.

**Signed Partners/Letters of Intent:** Food for Soul for 1300 on Fillmore with purchase option; Minnie Bells Soul Movement for café; La Cocina for food service coordinator (if SFHDC pays); New Community Leadership Foundation for screening room;

**Strengths**
* Businesslike approach, staffed with experienced team, and multiple community partners
* Deep expression of community engagement, from an organization that has been active in SF community development for many years

**Concerns**
* Presents credit risk. While there are good expressions of interest, all proposed financing is speculative.
* Experienced housing developer; inexperienced commercial developer

**Judgment:** Strong community engagement, innovative operating structure, sophisticated financing approach-- with no funds committed at time of proposal submission.

**Source of Funds:** Proposed loans from LISC and NCCLF and New Markets Tax Credits; undefined grants; no hard financial commitments

**Outstanding City Obligations**

SFHDC has 14 outstanding multifamily housing loans with MOHCD. None of the loans are delinquent and the loans generally only require minimal payments as long as the applicable properties remain dedicated to their affordable housing use.

|  | loan funded amount | outstanding loan balance |
|---|---|---|
| MOHCD loans | $5,415,065.00 | $5,409,949.30 |
| Transferred from SFRA | $14,382,481.83 | $14,381,765.05 |
| Total Loans to SFHDC | $19,797,546.83 | $19,791,714.35 |

**Demonstrated ability to access capital by September 2017?** No

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**                                    CCSF-SHIFERAW_000513

## Fillmore Heritage Center
## RFP Response assessment

| Sources | | Uses | |
|---|---|---|---|
| cdfi debt | 6,244,945 | acquisition | 6,500,000 |
| NMTC equity | 3,055,435 | utils during const | 35,000 |
| other equity | 500,000 | const costs | 850,000 |
| | | FF&E | 100,000 |
| | | survey | 12,000 |
| | | const cntgcy | 42,500 |
| | | A&E | 100,000 |
| | | C.N.A | 9,000 |
| | | inspections | 15,000 |
| | | licenses, permits | 30,000 |
| | | appraisal | 10,000 |
| | | legal | 125,000 |
| | | taxes during const | 43,000 |
| | | marketing | 37,500 |
| | | CAM during const | 140,640 |
| | | other soft costs | 50,000 |
| | | soft cost cntgcy | 14,700 |
| | | financing costs | 75,000 |
| | | const per interest | 111,605 |
| | | capitalized op resrv | 400,000 |
| | | capitalized repl resrv | 200,000 |
| | | const mgt fee | 85,000 |
| | | project admin fee | 120,000 |
| | | CDE placement fee | 244,435 |
| | | asset mgt fee | 250,000 |
| | | fund expenses | 125,000 |
| | | audit | 75,000 |
| total | 9,800,380 | total | 9,800,380 |

**Community Benefit Summary**
Deep community connection, with Fillmore-specific and African American foundations, based on years of community work in the City. Multiple nonprofit uses as well as for-profit aspects. New Community Leadership Foundation plays significant role.

**Suggested Follow Up Questions**
1. Please describe the role of the New Community Leadership Foundation
2. Please describe the role of La Cocina and food service incubation
3. Please describe the likelihood of receiving NMTC allocation for the project

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**                                              CCSF-SHIFERAW_000514

## Fillmore Heritage Center
## RFP Response assessment

**Operating assumptions**

| | yr1 | yr2 |
|---|---:|---:|
| Income | | |
| anchor resto | 114,950 | 118,399 |
| bar and lounge | 100,320 | 103,330 |
| 1300 Fillmore | 122,400 | - |
| parking garage | 270,000 | 278,100 |
| café | 16,500 | 16,995 |
| food court | 36,000 | 45,320 |
| venue rental | 134,375 | 154,500 |
| media company | 18,000 | 18,540 |
| rehearsal and recording space | 39,875 | 61,849 |
| gift shop | 10,800 | 13,596 |
| gallery | 12,240 | 12,607 |
| screening room | 12,960 | 13,349 |
| office cubicles | 12,000 | 12,360 |
| kitchen catering | 18,000 | 18,540 |
| total | 918,420 | 867,485 |
| common area maintenance fees | 399,288 | 431,472 |
| performance venue ticket sales | 971,480 | 2,156,340 |
| memberships | 57,647 | 162,801 |
| commissions | 92,338 | 204,260 |
| fundraising | 243,822 | 21,713 |
| TOTAL REVENUE | 2,682,995 | 3,844,071 |
| cost of goods sold (venue tickets) | 120,784 | 212,661 |
| labor-employees | | |
| gross | 443,333 | 460,000 |
| benefits | 110,833 | 115,000 |
| overhead | 51,250 | 57,500 |
| total | 605,416 | 632,500 |
| Contractors | 295,600 | 466,440 |
| performer fees | 596,500 | 839,460 |
| controllables | 210,597 | 284,783 |
| overhead | 873,292 | 844,272 |
| carryovers | 221,008 | - |
| GROSS REVENUE | 2,682,995 | 3,844,071 |
| NET EXPENSE | 2,923,197 | 3,280,116 |
| NET INCOME | (240,202) | 563,955 |

WESSINGTON|ventures, llc

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**                    CCSF-SHIFERAW_000515