----- Forwarded Message -----
**From:** Fillmore-Heritage-RFP (MYR) <Fillmore-Heritage-RFP@sfgov.org>
**To:** Fillmore-Heritage-RFP (MYR) <Fillmore-Heritage-RFP@sfgov.org>
**Sent:** Thursday, November 2, 2017 5:30 PM
**Subject:** Fillmore Heritage RFP Update

Dear Respondent,

Thank you for your participation in the Request for Proposals process for the Fillmore Heritage Center.  The process has now concluded.

After the Review Panel and City review, it was determined that no proposal emerged that could appropriately meet the expectations outlined in the RFP.  The criteria included immediately available capital, a viable business plan, and a diverse set of community benefits.

Based on this process, the City will not be moving forward under the RFP with the negotiation of an Exclusive Negotiating Agreement for the purchase and repurposing of the commercial portions and the parking garage of the Fillmore Heritage Center.  Accordingly, consistent with RFP Section L, the City is rejecting all proposals and no project will be pursued based on this RFP process.  All respondents will be refunded their Earnest Money Deposits.  Please email fillmore-heritage-rfp@sfgov.org to confirm the payee and mailing address for the return of your Deposit.  Please allow 2-3 weeks for your Deposit to be returned.

The City will determine its options for the building and provide a public update before the end of the calendar year.

Thank you again for your interest in the property and for your participation in the process.

Fillmore Heritage RFP Team