| | |
|---|---|
| **From:** | Cohen, Amy (ECN) |
| **Sent:** | Tuesday, May 30, 2017 3:54 PM |
| **To:** | Torres, Joaquin (ECN) |
| **Subject:** | FW: Site tour with Dr. Ernie Bates |

**Fyi**

**Amy B. Cohen**
**Director, Neighborhood Program Development**
**Office of Economic and Workforce Development**
**415-554-6649**
**amy.b.cohen@sfgov.org**

**From:** Cohen, Amy (ECN)
**Sent:** Tuesday, May 30, 2017 3:53 PM
**To:** 'Andrea Baker' <andrea@andreabakerconsulting.com>
**Cc:** cfruin@mac.com; eabates@ashs.com
**Subject:** RE: Site tour with Dr. Ernie Bates

Thank you, Andrea.  Nice to meet you, Dr. Bates and Mr. Fruin.  I'm happy to connect with you about the building.  Let me know a good time to call you this week, or call me 415-608-9998.

**Thanks**
**amy**

**Amy B. Cohen**
**Director, Neighborhood Program Development**
**Office of Economic and Workforce Development**
**415-554-6649**
**amy.b.cohen@sfgov.org**

**From:** Andrea Baker [mailto:andrea@andreabakerconsulting.com]
**Sent:** Tuesday, May 30, 2017 11:52 AM

1

To: Cohen, Amy (ECN) <amy.b.cohen@sfgov.org>
Cc: cfruin@mac.com; eabates@ashs.com
Subject: Site tour with Dr. Ernie Bates

Good Morning, Amy

I did a site tour of Fillmore Heritage Center (FHC) with Dr. Bates and his business partner, Craig Fruin this morning. Dr Bates was also interested in seeing 1300 Fillmore and since we ran into David Lawrence in the FHC lobby he was able to facilitate a tour of 1300 with Monetta as well.

I promised Craig Fruin that I would pen this email by way of introduction to you as he had other questions regarding the facility and the RFP that I was unable to respond to. I have included both Dr. Bates and Mr. Fruin on this email for ease of follow up.
Please feel free to contact me if I can be of further assistance.
Andrea


Andrea Baker|Principal
ANDREA BAKER CONSULTING
Space Activation & Economic Development
3401 Cesar Chavez, Suite A | San Francisco, CA 94110
www.andreabakerconsulting.com
andrea@andreabakerconsulting.com
(o) 415-206-1936
(f) 415-206-1934

2

CCSF-SHIFERAW_015478