| | |
|---|---|
| From: | Brown, Vallie (ECN) |
| Sent: | Friday, July 7, 2017 4:38 PM |
| To: | Torres, Joaquin (ECN) |
| Subject: | FW: Detailed blueprints for FHC |

**FYI**

**From:** Henderson, Paul (DAT)
**Sent:** Friday, July 07, 2017 4:23 PM
**To:** eabates@ashs.com
**Cc:** Cohen, Amy (ECN) <amy.b.cohen@sfgov.org>; Brown, Vallie (ECN) <vallie.brown@sfgov.org>
**Subject:** FW: Detailed blueprints for FHC

Dr. Bates, I wanted to follow up with you about the information regarding blueprints for the Yoshi's building (see information below).  In the meantime, I appreciate your reaching out to the Memphis team and per your request, I am including the contact information for the Planted Concepts team:
Keiji Varela (510) 566-9002
And
James Victor (845) 645-1095

I will also pass your information along to them as well. Please let me know if there is more information that I can help you with as you consider your options and opportunities with the project. –Paul

**Paul Henderson**
**Public Safety**
**Mayor's Office**
**City Hall Rm. 200**
**San Francisco, CA 94102**
**paul.henderson@sfgov.org**


**From:** Brown, Vallie (ECN)
**Sent:** Friday, July 07, 2017 2:33 PM
**To:** Henderson, Paul (DAT) <paul.henderson@sfgov.org>
**Cc:** Keene, Joshua (ADM) <joshua.keene@sfgov.org>
**Subject:** FW: Detailed blueprints for FHC

Paul, Josh from Real Estate has full size drawing if Dr. Bates team needs more?
They can contact Josh directly to make an appt.

Vallie

**From:** Keene, Joshua (ADM)
**Sent:** Friday, July 07, 2017 11:36 AM
**To:** Brown, Vallie (ECN) <vallie.brown@sfgov.org>
**Subject:** Re: Detailed blueprints for FHC

1

CCSF-SHIFERAW_015594

Vallie -

I'm not exactly sure what we have, but we do have some detailed full size drawings we got from OCII. Do you want to have whomever's interested reach out and come by my office to review this week?

Thanks,

Josh Keene
Project Manager
City and County of San Francisco
Real Estate Division
415-554-9859
joshua.keene@sfgov.org

From: Brown, Vallie (ECN)
Sent: Thursday, July 6, 2017 10:19:32 AM
To: Keene, Joshua (ADM)
Subject: Detailed blueprints for FHC

Hi Josh,

Does Real Estate have detailed structural blue prints for FHC? One of the panelist are asking for them because they are looking at modifying the restaurant area of FHC.

Thanks,
Vallie

Sent from my iPhone

2

CCSF-SHIFERAW_015595