**From:**          Brown, Vallie (ECN)
Sent:              Monday, July 24, 2017 9:59 AM
To:                Torres, Joaquin (ECN)
Subject:           FW: Tour of Fillmore Facility Tomorrow, Monday


**Do you know what this is about?**

**From: Denise Bradley [mailto:denise@inspiredluxe.com]**
**Sent: Monday, July 24, 2017 7:32 AM**
**To: Andrea Baker <andrea@andreabakerconsulting.com>**
**Cc: Dr. Ernest Bates <eabates@ashs.com>; Brown, Vallie (ECN) <vallie.brown@sfgov.org>**
**Subject: Re: Tour of Fillmore Facility Tomorrow, Monday**

**Andrea,  thanks very much for advising and connecting us with Vallie.**

**Vallie, can you coordinate directly with Dr. Bates to schedule a time today for him to do a walk-thru please?**

**Thank you.**

**Kind regards,**
**Denise**

**On Mon, Jul 24, 2017 at 6:45 AM, Andrea Baker <andrea@andreabakerconsulting.com> wrote:**

**Hi Denise,**
**Great to hear from you!**
**We are no longer managing the Fillmore Heritage Center; nor do we have keys to the facility.**

**I am copying Vallie Brown with the Mayor's Office of Economic & Workforce Development. She will be able to coordinate your and Dr. Bates' site visit.**
**Vallie can also be reached at 415-215-5146.**
**Andrea**

**Sent from my iPhone**


**On Jul 23, 2017, at 11:25 PM, Denise Bradley <denise@inspiredluxe.com> wrote:**

   **Andrea and Yaris,**

   **Hope this note finds you both doing well.**

   **Is it possible to do a walk-thru sometime tomorrow, Monday, with Dr. Ernest Bates, whom I've copied on this email so you can advise him directly?**

   **Thanks very much in advance.**

   **Kind regards,**

1

CCSF-SHIFERAW_015596

Denise


--
Denise Bradley-Tyson
Founder & CEO
+1 (415) 351-9098


--
Denise Bradley-Tyson
Founder & CEO
+1 (415) 351-9098

CCSF-SHIFERAW_015597

**Subject:** Re: Tour of Fillmore Facility Tomorrow, Monday
**Date:** Monday, July 24, 2017 at 7:32:13 AM Pacific Daylight Time
**From:** Denise Bradley
**To:** Andrea Baker
**CC:** Dr. Ernest Bates, Vallie Brown

Andrea, thanks very much for advising and connecting us with Vallie.

Vallie, can you coordinate directly with Dr. Bates to schedule a time today for him to do a walk-thru please?

Thank you.

Kind regards,
Denise

On Mon, Jul 24, 2017 at 6:45 AM, Andrea Baker <andrea@andreabakerconsulting.com> wrote:
   Hi Denise,
   Great to hear from you!
   We are no longer managing the Fillmore Heritage Center; nor do we have keys to the facility.

   I am copying Vallie Brown with the Mayor's Office of Economic & Workforce Development. She will be able to coordinate your and Dr. Bates' site visit.
   Vallie can also be reached at 415-215-5146.
   Andrea

   Sent from my iPhone

   On Jul 23, 2017, at 11:25 PM, Denise Bradley <denise@inspiredluxe.com> wrote:

      Andrea and Yaris,

      Hope this note finds you both doing well.

      Is it possible to do a walk-thru sometime tomorrow, Monday, with Dr. Ernest Bates, whom I've copied on this email so you can advise him directly?

      Thanks very much in advance.

      Kind regards,
      Denise

      --
      Denise Bradley-Tyson
      Founder & CEO
      +1 (415) 351-9098

**CONFIDENTIAL**                                                              **BATES-ASSF000007**