

**Subject:** Fillmore
**Date:** Friday, November 10, 2017 at 11:08:02 AM Pacific Standard Time
**From:** Dr. Ernest Bates
**To:** London Breed
**CC:**

London,

Is is possible for me to view the Fillmore Space this Wednesday after 1:00pm?

Regards,
Ernest A. Bates, M.D.
Chief Executive Officer
American Shared Hospital Services
Two Embarcadero Center, Suite 410
San Francisco, California 94111-4107
T:
F:



CONFIDENTIAL                                                    BATES-ASSF000015

**Subject:** Re: Fillmore
**Date:** Tuesday, November 14, 2017 at 11:48:54 AM Pacific Standard Time
**From:** Dr. Ernest Bates
**To:** London Breed
**CC:** London Breed

Hi London,

I am following up on your e-mail. Is there a time we can view the Fillmore Heritage Center tomorrow?

Thank you,
Asha
Executive Assistant

---

**From:** London Breed <
**Sent:** Friday, November 10, 2017 8:42:08 PM
**To:** Dr. Ernest Bates
**Cc:** London Breed
**Subject:** Re: Fillmore

I'll check and get back to you.

On Fri, Nov 10, 2017 at 11:08 AM, Dr. Ernest Bates ▮ wrote:

London,

Is is possible for me to view the Fillmore Space this Wednesday after 1:00pm?

Regards,
Ernest A. Bates, M.D.
Chief Executive Officer
American Shared Hospital Services
Two Embarcadero Center, Suite 410
San Francisco, California 94111-4107
T: ▮
F: ▮

Page 1 of 1

**CONFIDENTIAL**

BATES-ASSF000017

**Subject:** Re: Fillmore
**Date:** Tuesday, November 14, 2017 at 1:00:01 PM Pacific Standard Time
**From:** Dr. Ernest Bates
**To:** London Breed
**CC:** London Breed

Yes, it has been. I received Joaquin's e-mail shortly after e-mailing you.

Thank you for your help.

Best,
Asha

---

**From:** London Breed <
**Sent:** Tuesday, November 14, 2017 12:55:29 PM
**To:** Dr. Ernest Bates
**Cc:** London Breed
**Subject:** Re: Fillmore

I was told it's already scheduled tomorrow at 1pm.

Sent from my iPhone

> On Nov 14, 2017, at 11:48 AM, Dr. Ernest Bates < wrote:
>
> Hi London,
>
> I am following up on your e-mail. Is there a time we can view the Fillmore Heritage Center tomorrow?
>
> Thank you,
> Asha
> Executive Assistant
>
> **From:** London Breed <                              >
> **Sent:** Friday, November 10, 2017 8:42:08 PM
> **To:** Dr. Ernest Bates
> **Cc:** London Breed
> **Subject:** Re: Fillmore
>
> I'll check and get back to you.
>
>> On Fri, Nov 10, 2017 at 11:08 AM, Dr. Ernest Bates < wrote:
>>
>> London,
>>
>> Is is possible for me to view the Fillmore Space this Wednesday after 1:00pm?

CONFIDENTIAL                                                    BATES-ASSF000020

Page 2 of 2

Regards,
Ernest A. Bates, M.D.
Chief Executive Officer
American Shared Hospital Services
Two Embarcadero Center, Suite 410
San Francisco, California 94111-4107
T: ▓▓▓
F: ▓▓▓

**CONFIDENTIAL**                                                                                                                             **BATES-ASSF000021**

**Subject:** Re: Fillmore
**Date:** Tuesday, November 14, 2017 at 2:03:22 PM Pacific Standard Time
**From:** Dr. Ernest Bates
**To:** Breed, London (BOS)

Hi London,

Yes, he his free for dinner that evening. Naomi Kelly's office assistant also called to schedule this.

Thank you,
Asha

---

**From:** Breed, London (BOS) <london.breed@sfgov.org>
**Sent:** Tuesday, November 14, 2017 1:49:57 PM
**To:** Dr. Ernest Bates
**Subject:** Re: Fillmore

Can Dr. Bates have dinner with me and the Mayor on 11/27?

Sent from my iPhone

On Nov 14, 2017, at 1:00 PM, Dr. Ernest Bates <​> wrote:

> Yes, it has been. I received Joaquin's e-mail shortly after e-mailing you.
>
> Thank you for your help.
>
> Best,
> Asha
>
> ---
>
> **From:** London Breed <​>
> **Sent:** Tuesday, November 14, 2017 12:55:29 PM
> **To:** Dr. Ernest Bates
> **Cc:** London Breed
> **Subject:** Re: Fillmore
>
> I was told it's already scheduled tomorrow at 1pm.
>
> Sent from my iPhone
>
> On Nov 14, 2017, at 11:48 AM, Dr. Ernest Bates <​> wrote:
>
>> Hi London,
>>
>> I am following up on your e-mail. Is there a time we can view the Fillmore Heritage Center tomorrow?
>>
>> Thank you,

Page 1 of 2

Page 2 of 2

Asha
Executive Assistant

**From:** London Breed <
**Sent:** Friday, November 10, 2017 8:42:08 PM
**To:** Dr. Ernest Bates
**Cc:** London Breed
**Subject:** Re: Fillmore

I'll check and get back to you.

On Fri, Nov 10, 2017 at 11:08 AM, Dr. Ernest Bates < wrote:

London,

Is is possible for me to view the Fillmore Space this Wednesday after 1:00pm?

Regards,
Ernest A. Bates, M.D.
Chief Executive Officer
American Shared Hospital Services
Two Embarcadero Center, Suite 410
San Francisco, California 94111-4107
T:
F:

**Subject:** Re: Fillmore Heritage Center
**Date:** Tuesday, November 14, 2017 at 2:29:30 PM Pacific Standard Time
**From:** Torres, Joaquin (ECN)
**To:** Dr. Ernest Bates

Thank you, Dr. Bates.

Vallie Brown on staff looks forward to greeting you tomorrow at 1PM.

Kind regards,
Joaquin

---

Joaquin Torres
Deputy Director/Invest in Neighborhoods
Office of Economic and Workforce Development
Joaquin.Torres@sfgov.org
415.554.7013
www.oewd.org  |  Facebook  |  Twitter  |  InvestSF

Sent from my iPhone

On Nov 14, 2017, at 12:03 PM, Dr. Ernest Bates <█████████> wrote:

> Thank you Joaquin.
>
> Here's our guest list:
>
> Dr. Ernest Bates
>
> Craig Tagawa
>
> Ben Henrich
>
> Chris Dodge
>
> George Rugg

We would like to view the entire space.

Thank you,

Asha

**From:** Torres, Joaquin (ECN) <joaquin.torres@sfgov.org>
**Sent:** Tuesday, November 14, 2017 11:55:08 AM
**To:** Dr. Ernest Bates
**Subject:** Re: Fillmore Heritage Center

Good morning Dr Bates,
You are confirmed for tomorrow at 1PM. Staff will be ready to meet you upon your arrival.

If you could send guest list and what portions of space you would like to see, it would be appreciated.

Kind regards,
Joaquín

---

Joaquin Torres
Deputy Director/Invest in Neighborhoods
Office of Economic and Workforce Development
Joaquin.Torres@sfgov.org
415.554.7013
www.oewd.org  |  Facebook  |  Twitter  |  InvestSF

Sent from my iPhone

On Nov 10, 2017, at 1:14 PM, Dr. Ernest Bates <████████> wrote:

   Hi Joaquin,

CONFIDENTIAL

I would like to do a walk through of the Fillmore Heritage Center on Wednesday at 1:00pm. Is it possible for me to get access?

Regards,

Ernest A. Bates, M.D.
Chief Executive Officer
American Shared Hospital Services
Two Embarcadero Center, Suite 410
San Francisco, California 94111-4107
T: ▮
F: ▮

CONFIDENTIAL

**Subject:** Fw: Follow up Fillmore Heritage Center
**Date:** Friday, December 8, 2017 at 6:20:26 PM Pacific Standard Time
**From:** Dr. Ernest Bates
**To:** Benjamin Henrich

Ben,

Let's discuss the below information on Monday or this weekend if you're free you can call my cell phone,

Regards,
EAB

---

From: London Breed <
Sent: Friday, December 8, 2017 9:23 AM
To: Dr. Ernest Bates
Subject: Fwd: Follow up Fillmore Heritage Center

Sent from my iPhone

Begin forwarded message:

> From: majeid crawford <
> Date: December 8, 2017 at 9:05:00 AM PST
> To: "Breed, London" <london.breed@sfgov.org>
> Subject: **Follow up Fillmore Heritage Center**
>
> Dear President of the Board of Supervisors/ Supervisor London Breed:
>
> Thank you for your continued support of the NCLF's grassroots economic efforts to bring the community together around the Fillmore Heritage Center. We are grateful for the meetings you and/or your office have given us and last week's meeting regarding the community benefits plan for the FHC.
>
> Following are the three plans the NCLF would strongly consider in terms of reshaping the FHC to accommodate more office space, as long as, the community benefit plan is met.
>
> 1st Choice: Build up to add office space. Keeping the commercial area generally the same. Tenant improvement needed.

**CONFIDENTIAL**                                                              **BATES-ASSF000034**

2nd Choice: Carve out most of 1300 and 1310 for office space; leaving only the front facing Fillmore Street for commercial use. Take out the small room behind 1310 and take out the screening room for office space. Also take out part of the main hallway entrance for 1330 for office. Go as far back as possible for office. Leave the restaurant, cocktail lounge and theater generally the same. Tenant improvement needed.

3rd Choice: Take out all of 1300, 1310, screening room, little room and part of the main hallway and go as far back as possible for office space. Leave the restaurant, cocktail lounge and theater generally the same. Tenant improvement needed.

Garage Challenge: From our understanding the garage has a $15,000 a month Home Ownership Association fee it must pay, including a potential $20,000 a month lease fee. We suggest cost sharing or the City to manage parking lot like in other locations.

Thank you in advance for taking to time to read this letter. Please call me at ▮▮▮▮ ▮▮▮▮ to meet and discuss further.

Sincerely,

Majeid Crawford
Communication Director
New Community Leadership Foundation

CONFIDENTIAL    BATES-ASSF000035

**From:** Dr. Ernest Bates <▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Tuesday, December 12, 2017 2:42 PM
**To:** Breed, London (BOS)
**Cc:** London Breed
**Subject:** Condolences

Dear London,

It's a very sad day. You have my sympathy and condolences. Your remarks this morning were very heart felt and touching.

You gave a great tribute to Mayor Lee. Please call or e-mail me when ever is conveinant for you.

Sincerely,
Ernest A. Bates, M.D.
**Chief Executive Officer**
*American Shared Hospital Services*
*Two Embarcadero Center, Suite 410*
*San Francisco, California 94111-4107*
T: ▮▮▮▮▮▮
F: ▮▮▮▮▮▮

1

**From:** Dr. Ernest Bates <​>
**Sent:** Wednesday, January 24, 2018 10:45 AM
**To:** Breed, London (BOS);London Breed
**Subject:** Phone Call

London,

Give me a call when you have chance.

Best,
**Ernest A. Bates, M.D.**
**Chief Executive Officer**
*American Shared Hospital Services*
*Two Embarcadero Center, Suite 410*
*San Francisco, California 94111-4107*
*T:*
*F:*

1

**From:** Dr. Ernest Bates <​█████████​>
**Sent:** Monday, March 19, 2018 4:35 PM
**To:** London Breed;Breed, London (BOS)
**Subject:** Phone Call

London,

Please give me a call when you have a chance. ███ █████ (c).

Thank you,
**Ernest A. Bates, M.D.**
**Chief Executive Officer**
*American Shared Hospital Services*
*Two Embarcadero Center, Suite 410*
*San Francisco, California 94111-4107*
*T:* ███████
*F:* ███████

1