| | |
|---|---|
| **From:** | Kelly, Naomi (ADM) |
| **Sent:** | Tuesday, November 14, 2017 2:50 PM |
| **To:** | Khaw, Lynn (ADM) |
| **Subject:** | RE: Dinner w/ Mayor Lee, President Breed, and City Administrator Naomi Kelly |

**Yep.  Thank you.**

**From: Khaw, Lynn (ADM)**
**Sent: Tuesday, November 14, 2017 2:49 PM**
**To: Kelly, Naomi (ADM) <naomi.kelly@sfgov.org>**
**Subject: FW: Dinner w/ Mayor Lee, President Breed, and City Administrator Naomi Kelly**

**Naomi:  The dinner is confirmed with Dr. Bates.   Can I let everyone know that the schedule is confirmed.  So then, each participant can enter his/her own calendar?  Lynn**

**From: Asha Smith [mailto:asmith@ashs.com]**
**Sent: Tuesday, November 14, 2017 2:32 PM**
**To: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>**
**Subject: Re: Dinner w/ Mayor Lee, President Breed, and City Administrator Naomi Kelly**

**Hi Lynn,**

**I spoke with London Breed and 11/27 works for the group and Dr. Bates.**

**Thank you,**
**Asha**

**From: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>**
**Sent: Tuesday, November 14, 2017 1:31:53 PM**
**To: Asha Smith**
**Subject: Dinner w/ Mayor Lee, President Breed, and City Administrator Naomi Kelly**

**Hello Asha,**

**Per our phone conversation, I would like to set up the subject dinner with Dr. Ernest Bates.  Please let me know if one of the following dates work for Dr. Bates:**

**Monday 11/27 at 6pm**
**Thursday, 11/30 at 6pm**

**I will let know the location later.**

**Thank you,**
**Lynn**

------------------------------------------------
**Lynn Khaw, CPPO, CPPB, C.P.M.**
**Executive Assistant to the City Administrator**

1

CCSF-SHIFERAW_015536

| | |
|---|---|
| **From:** | Hervey, Myisha (MYR) |
| Sent: | Monday, November 27, 2017 2:42 PM |
| To: | Khaw, Lynn (ADM);Lloyd, Kayleigh (BOS) |
| Cc: | Kelly, Naomi (ADM) |
| Subject: | RE: Dinner w/ London and Dr. Bates |

**Thanks Kayleigh!**

**Myisha Hervey**

**--**

**Direct (415)554-6695**

**myisha.hervey@sfgov.org**

**From: Khaw, Lynn (ADM)**
**Sent: Monday, November 27, 2017 1:01 PM**
**To: Lloyd, Kayleigh (BOS) <kayleigh.lloyd@sfgov.org>; Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>**
**Cc: Kelly, Naomi (ADM) <naomi.kelly@sfgov.org>**
**Subject: RE: Dinner w/ London and Dr. Bates**

**Thanks for the update and I am copying Naomi on this.  Lynn**

**From: Lloyd, Kayleigh (BOS)**
**Sent: Monday, November 27, 2017 12:37 PM**
**To: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>; Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>**
**Subject: RE: Dinner w/ London and Dr. Bates**

**Good afternoon – hope you both had a lovely holiday!**

**Supervisor Breed asked me to let you know that Denise Bradley Tyson will be joining the group for dinner tonight.  I will call the restaurant to update the reservation now. Also, confirming I requested a table for two next to the group's table for Mayor Lee's security team.**

**Please let me know if you have any questions or need anything from me.**

**Thank you!**
**Kayleigh**

**From: Khaw, Lynn (ADM)**
**Sent: Wednesday, November 22, 2017 2:53 PM**
**To: Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>; Lloyd, Kayleigh (BOS) <kayleigh.lloyd@sfgov.org>**
**Subject: RE: Dinner w/ London and Dr. Bates**

**Oh, it's at Mourad, will correct it.  Lynn**

**From: Khaw, Lynn (ADM)**
**Sent: Wednesday, November 22, 2017 2:48 PM**

CCSF-SHIFERAW_015546

To: Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>; Lloyd, Kayleigh (BOS) <kayleigh.lloyd@sfgov.org>
Subject: RE: Dinner w/ London and Dr. Bates

I googled it and believe that the restaurant is at 1177 California St, San Francisco, CA 94108.  If it's not correct, please let me know otherwise I will let Dr. Bates know.  Thanks.  Lynn

---

From: Hervey, Myisha (MYR)
Sent: Wednesday, November 22, 2017 2:37 PM
To: Lloyd, Kayleigh (BOS) <kayleigh.lloyd@sfgov.org>
Cc: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>
Subject: RE: Dinner w/ London and Dr. Bates

Thanks, appreciate it.

Happy Thanksgiving!

Myisha Hervey
--
Direct (415)554-6695
myisha.hervey@sfgov.org

---

From: Lloyd, Kayleigh (BOS)
Sent: Wednesday, November 22, 2017 2:36 PM
To: Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>
Cc: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>
Subject: RE: Dinner w/ London and Dr. Bates

Absolutely – I'll call them today to let them know.

---

From: Hervey, Myisha (MYR)
Sent: Wednesday, November 22, 2017 2:30 PM
To: Lloyd, Kayleigh (BOS) <kayleigh.lloyd@sfgov.org>
Cc: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>
Subject: RE: Dinner w/ London and Dr. Bates

Yes, would you mind letting the restaurant know the Mayor has two security with him that will need a table if possible close to the booth.

Thank you,

Myisha Hervey
--
Direct (415)554-6695
myisha.hervey@sfgov.org

---

From: Lloyd, Kayleigh (BOS)
Sent: Wednesday, November 22, 2017 2:10 PM
To: Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>

2

CCSF-SHIFERAW_015547

Cc: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>
Subject: RE: Dinner w/ London and Dr. Bates

Thank you both for your patience! I went ahead and made a reservation for 4 at Mourad and requested a booth to allow for some privacy. Are there any requests I should make on behalf of your bosses?

Lynn, will you please let Dr. Bates' team know about the updated location?

Sincerely,
Kayleigh

From: Hervey, Myisha (MYR)
Sent: Wednesday, November 22, 2017 12:28 PM
To: Lloyd, Kayleigh (BOS) <kayleigh.lloyd@sfgov.org>
Cc: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>
Subject: Re: Dinner w/ London and Dr. Bates

Sounds good.

Thanks!

Myisha Hervey
Director of Scheduling
Office of Mayor Edwin M. Lee
--
Sent from a mobile device

-------- Original message --------
From: "Lloyd, Kayleigh (BOS)" <kayleigh.lloyd@sfgov.org>
Date: 11/22/17 12:21 PM (GMT-08:00)
To: "Hervey, Myisha (MYR)" <myisha.hervey@sfgov.org>
Cc: "Khaw, Lynn (ADM)" <lynn.khaw@sfgov.org>
Subject: RE: Dinner w/ London and Dr. Bates

Noted – thank you!
And apologies, Supervisor Breed let me know she and Naomi are still discussing a few options for restaurants. Can we hold off on officially confirming until 2:30 pm? Hoping to have location confirmed before then, but wanted to let them chat.
Thank you,
Kayleigh

From: Hervey, Myisha (MYR)
Sent: Wednesday, November 22, 2017 11:03 AM
To: Lloyd, Kayleigh (BOS) <kayleigh.lloyd@sfgov.org>
Cc: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>
Subject: RE: Dinner w/ London and Dr. Bates

3

CCSF-SHIFERAW_015548

Let's plan on Osso at 6:30pm, the Mayor has another commitment until 6pm.

Myisha Hervey
--
Direct (415)554-6695
myisha.hervey@sfgov.org

From: Lloyd, Kayleigh (BOS)
Sent: Wednesday, November 22, 2017 11:01 AM
To: Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>
Cc: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>
Subject: Re: Dinner w/ London and Dr. Bates

Hi all - The Progress got back to me and said they could do 6:00 pm. Is that too early? If it is too early, could we plan on Osso at 6:30 pm?
Thank you,
Kayleigh

Sent from my iPhone

On Nov 22, 2017, at 10:45 AM, Hervey, Myisha (MYR) <myisha.hervey@sfgov.org> wrote:

> Good Morning Kayleigh,
>
> I wanted to circle back with you about a location for dinner on Monday 11/27 at 6:30pm. I need to confirm a location today with the Holiday this week.
>
> Thank you,
>
> Myisha Hervey
> --
> Direct (415)554-6695
> myisha.hervey@sfgov.org

> From: Hervey, Myisha (MYR)
> Sent: Tuesday, November 21, 2017 11:16 AM
> To: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>
> Cc: Lloyd, Kayleigh (BOS) <kayleigh.lloyd@sfgov.org>
> Subject: RE: Dinner w/ London and Dr. Bates
>
> Thanks, Lynn.
>
> Hi Kayleigh-I look forward to hearing from you.
>
> Myisha Hervey
> --
> Direct (415)554-6695
> myisha.hervey@sfgov.org

4

CCSF-SHIFERAW_015549

**From:** Khaw, Lynn (ADM)
**Sent:** Tuesday, November 21, 2017 10:42 AM
**To:** Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>
**Cc:** Lloyd, Kayleigh (BOS) <kayleigh.lloyd@sfgov.org>
**Subject:** RE: Dinner w/ London and Dr. Bates

Hi Myisha,

I thought it was communicated to you already.  Naomi mentioned to me later on that she didn't originate this request.  Anyway, thank you for following up and still holding the times on Mayor's calendar.

It is confirmed for Monday, 11/27 at 6:30 p.m.  I am not sure about the location, and I am copying Kayleigh here.

Kayleigh:  Would you please let Myisha and I know the location for dinner on 11/27/17 at 6:30?  Also, I noted that you already confirmed the schedule with Dr. Bates about this dinner.

Thank you,
Lynn
(415) 554-6296

**From:** Hervey, Myisha (MYR)
**Sent:** Tuesday, November 21, 2017 10:16 AM
**To:** Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>
**Subject:** RE: Dinner w/ London and Dr. Bates
**Importance:** High

Hi Lynn,

I wanted to follow up on the below dates. Can you confirm today whether either one of these dates work. It's a short week and I need to finalize the Mayor's calendar.

Thank you,

Myisha Hervey
--
Direct (415)554-6695
myisha.hervey@sfgov.org

**From:** Khaw, Lynn (ADM)
**Sent:** Tuesday, November 14, 2017 12:48 PM
**To:** Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>
**Subject:** RE: Dinner w/ London and Dr. Bates

Hi Myisha:  Please hold the time and I will get back soon.  Thanks.  Lynn

**From:** Hervey, Myisha (MYR)
**Sent:** Monday, November 13, 2017 3:00 PM

5

CCSF-SHIFERAW_015550

To: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>
Subject: RE: Dinner w/ London and Dr. Bates

Hi Lynn,

The Mayor is available on the following days for dinner.

Monday 11/27 at 6pm
Thursday, 11/30 at 6pm

Myisha Hervey
--
Direct (415)554-6695
myisha.hervey@sfgov.org

---

From: Khaw, Lynn (ADM)
Sent: Monday, November 13, 2017 9:17 AM
To: Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>
Subject: RE: Dinner w/ London and Dr. Bates

Hi Myisha:  I would like to follow up on the request below.  Please let me know.  Thanks.  Lynn

---

From: Khaw, Lynn (ADM)
Sent: Tuesday, November 07, 2017 11:48 AM
To: Hervey, Myisha (MYR) <myisha.hervey@sfgov.org>
Subject: Dinner w/ London and Dr. Bates

Hi Myisha,

Naomi asked me to schedule dinner between her, London, Dr. Bates and the Mayor.  Would you please give me a few times that works for the Mayor?

Thank you,
Lynn

---
Lynn Khaw, CPPO, CPPB, C.P.M.
Executive Assistant to the City Administrator
Office of the City Administrator
City and County of San Francisco
City Hall, RM 362, 1 Dr. Carlton B. Goodlett Place
San Francisco, CA  94102
lynn.khaw@sfgov.org  |  Tel. 415.554.6296  |  Fax 415.554.4849

6

CCSF-SHIFERAW_015551

Office of the City Administrator
City and County of San Francisco
City Hall, RM 362, 1 Dr. Carlton B. Goodlett Place
San Francisco, CA  94102
lynn.khaw@sfgov.org  |  Tel. 415.554.6296  |  Fax 415.554.4849

2

CCSF-SHIFERAW_015537

Subject:              Dinner w/ MEL, Supervisor Breed, and Dr. Bates

Location:             Mourad: 140 New Montgomery St #1, San Francisco, CA 94105

Start:                11/27/2017 6:30 PM

End:                  11/27/2017 8:30 PM

Show Time As:         Busy

Recurrence:           (none)

Meeting Status:       Organizer

Organizer:            Kelly, Naomi (ADM)

Required Attendees:   'Asha Smith'; Lloyd, Kayleigh (BOS)

Categories:           Blue Category

CCSF-SHIFERAW_015557