| | |
|---|---|
| From: | Brown, Vallie (ECN) |
| Sent: | Wednesday, December 6, 2017 10:32 AM |
| To: | Dr. Ernest Bates |
| Subject: | FW: Fillmore Heritage Center |
| Attachments: | Fillmore Heritage Center PMP FINAL 12.7.15 .pdf; Remnant Parcels PMP FINAL 12.7.15.pdf |

Hi Dr. Bates,

Here is the information you requested regarding the remnant parcel next to the Fillmore Heritage Center. That property and the garage is in OCII property portfolio.
Hilde Myall from OCII is the person to contact if you have any questions regarding these items? Her contact information is at the bottom of this email.

Regarding the air rights to build up, it would have to go through the planning process and work with the condo owners at the Fillmore Heritage Center.

Let me know if you have any other questions?

Happy holiday,
Vallie

---

From: Myall, Hilde (CII)
Sent: Monday, December 04, 2017 1:25 PM
To: Brown, Vallie (ECN) <vallie.brown@sfgov.org>

Subject: Fillmore Heritage Center

Hi Vallie,
Just following up on the items we discussed at our meeting. I am summarizing, below, OCII's goals/requirements for disposition of both FHC, and the Ellis Street driveway parcel.  Any interested parties would want to refer to OCII PMP for each property (attached).  Please let me know if there is anything else you need.

- As mentioned in the Fillmore Heritage Center RFP, the Office of Community Infrastructure and Investment, as the Successor Agency to SFRA, ("OCII"), currently owns the Commercial Parcel and master leases the entire 50,000 square feet to the City. OCII also currently owns the Garage Parcel. State law requires OCII to transfer the property under a Long Range Property Management Plan ("PMP") approved by the California Department of Finance.  For the Commercial Parcel, the PMP requires that (1) the City enter into a Compensation Agreement with certain taxing entities and (2) the repurposing of the parcel serve as a catalyst to the revitalization of the Fillmore Street corridor and the creation of employment opportunities for the community. For the Garage Parcel, the PMP requires that the garage continue to serve the general public. OCII will transfer ownership of both parcels to the City prior to the City's sale and conveyance of the Property.  OCII's PMP for the Fillmore Heritage Center property is attached.

- The Ellis Street driveway parcel (Block 0725 Lot 026 ) is owned by OCII.  The Ellis Street parcel is not part of the City's Fillmore Heritage Center RFP offering. However, OCII's plans for the site are to sell it for fair market value.

CCSF-SHIFERAW_015598

More information about the site and OCII's plans for disposition are outlined in their PMP. The relevant section is attached.

Thanks,
Hilde

One South Van Ness Avenue, 5th Floor
San Francisco, CA 94103
415.749.2468
www.sfocii.org

CCSF-SHIFERAW_015599