| | |
|---|---|
| **From:** | McCloskey, Benjamin (MYR) |
| **Sent:** | Thursday, January 18, 2018 1:40 PM |
| **To:** | Torres, Joaquin (ECN);Kelly, Naomi (ADM);Sesay, Nadia (CII) |
| **Cc:** | Chan, Gloria (ECN);Brown, Vallie (ECN) |
| **Subject:** | RE: Fillmore Heritage Center |

I think the only question which applies to MOHCD is the last one.

Total principal and interest owed to HUD totals $8.1M.  Fillmore Development Commercial paid the city $2M.  As of June 30, 2017, the City also has about $400k of additional costs which are required to be recouped by the sale.  This is how we arrived at the $6.5M minimum sales price ($8.1M - $2M + $400k = $6.5M).

_____

Benjamin McCloskey
Deputy Director – Finance and Administration
Mayor's Office of Housing and Community Development
1 South Van Ness, 5th Floor
San Francisco, CA  94103
tel: 415.701.5575   fax: 415.701.5501
benjamin.mccloskey@sfgov.org

---

**From:** Torres, Joaquin (ECN)
**Sent:** Thursday, January 18, 2018 1:11 PM
**To:** Kelly, Naomi (ADM) <naomi.kelly@sfgov.org>; Brown, Vallie (ECN) <vallie.brown@sfgov.org>; McCloskey, Benjamin (MYR) <benjamin.mccloskey@sfgov.org>; Sesay, Nadia (CON) <nadia.sesay@sfgov.org>
**Cc:** Chan, Gloria (ECN) <gloria.chan@sfgov.org>
**Subject:** Fwd: Fillmore Heritage Center

Good afternoon,
Please see questions below.  Vallie and I will work on some draft responses.

For those particular to your departments please provide bullet points as soon as you can

Kind regards,
Joaquín

---

Joaquín Torres
Deputy Director/Invest in Neighborhoods
Office of Economic and Workforce Development
Joaquin.Torres@sfgov.org
415.554.7013
www.oewd.org  |  Facebook  |  Twitter  |  InvestSF

1

CCSF-SHIFERAW_010594



Sent from my iPhone

Begin forwarded message:

> **From:** Laura Waxmann <lwaxmann@sfmediaco.com>
> **Date:** January 18, 2018 at 12:57:40 PM PST
> **To:** Joaquin.Torres@sfgov.org
> **Subject: Fillmore Heritage Center**
>
> Hi Joaquin,
>
> Hope all is well. I'm following up on the Fillmore Heritage Center (I wrote about several Fillmore community leaders forming an oversight board in November) and wanted to check in with you regarding any updates to the RFP, potential candidates, future of the space.
>
> How will The City's committee that is currently tasked with overseeing the RFP process and choosing a developer for the center collaborate with the newly formed community oversight board.
>
> Is it accurate that to date, five RFPs have been submitted but were rejected by the RFP committee? Will a new RFP be issued? If so, when?
>
> Where does the project stand now? Is The City open to leasing out the space until a permanent owner is found? How much would it cost to activate the space in that capacity?
>
> Community members associated with the oversight board are asking for The City to renew its "contract with Urban Solutions or a comparable entity in order to make the Fillmore Heritage Center available for community use." They are also asking that prospective buyers of the property reimburse The City for the costs of the centers interim activation.
>
> Where does your department/the FHC committee stand on those demands?
>
> Also, how much funding is needed to pay off the HUD loan for the center?
>
> Sorry for the slew of questions -- feel free to give me a call if that's easier. I'm at 415-312-5055.
>
> My deadline for this is 4:30 pm - Thank you!
>
> Laura Waxmann
> --
> Laura Waxmann | Reporter

2

CCSF-SHIFERAW_010595



**835 Market Street, Suite 550, San Francisco, CA 94103**
w 415-359-2730 | e lwaxmann@sfmediaco.com
sfexaminer.com; sfweekly.com

CCSF-SHIFERAW_010596