**EXHIBIT 30a - VIDEO**