| | |
|---|---|
| From: | majeid crawford <majeidcrawford@gmail.com> |
| Sent: | Wednesday, January 31, 2018 10:04 AM |
| To: | Roxas, Samantha (BOS) |
| Cc: | Breed, London (BOS) |
| Subject: | Feedback on Upcoming Press Release |

Hi Sam,

The NCLF is in the process of issuing a press release regarding the outcomes of our rally. Since it is regarding the wonderful work of your office, I wanted to send you a copy of it for your review and any input. We want to make sure we got our information correct.

https://docs.google.com/document/d/1v4L7vwRvM62gsiuAjL2sAOH5wMJPRYFNzHf0j2te7mo/edit?usp=sharing

We are also going to attach a video with the press release. To see the video click the link below. The final video we send to press will have captions and music, the one below is just a draft.

https://www.facebook.com/majeid.crawford/videos/10213082628273937/

Sincerely,

Majeid

P.S.

I haven't heard back from OEWD yet about setting up a meeting to discuss reactivation of the FHC. We can work our schedule around to meet at OEWD and your office's convenience.