

# OFFICE OF THE
# CITY ADMINISTRATOR



Mark E. Farrell, Mayor
Naomi M. Kelly, City Administrator

February 23, 2018

David Sobel
Executive Director
San Francisco Housing Development Corporation
4439 Third Street
San Francisco, CA 94124

**RE: Letter of Intent for Activation of the Fillmore Heritage Center**

Dear Mr. Sobel:

The City and County of San Francisco ("the City") is pleased to provide this Letter of Intent ("LOI") regarding the San Francisco Housing Development Corporation's ("SFHDC") and the New Community Leadership Foundation's ("NCLF") proposed use of the Fillmore Heritage Center ("FHC", or the "Site") for interim activation, and potentially long-term use, serving as an incubator for community programming, economic development and long-term community investment. The City understands the importance of the FHC in the cultural and economic vitality of the Fillmore neighborhood as a whole, and its potential to provide job opportunities for low-income residents from the surrounding community. The City supports your application for funding to create both an interim and long-term, community-based strategy to achieve our mutual goals for the Site.

To that end, the City intends to provide a lease for the Site, subject to the following anticipated terms, which are to be negotiated and stipulated in any formal lease agreement:

A. TERM

The initial lease period would commence on July 1, 2018, pending the outcome of the Fannie Mae Innovation Challenge grant of $500,000. The initial term of the lease would be one (1) year with a renewal option for an additional one (1) year, subject to review, evaluation and mutual agreement among the City, SFHDC and NCLF (together, the "Parties).

B. MASTER TENANT and PREMISES

SFHDC would serve as the "Master Tenant" for the following portions of the Site comprising the former Yoshi's and Fillmore Heritage Center: the restaurant, kitchen(s), performance venue, gallery, screening room and lobby. The extant parking garage and the 1300 Fillmore restaurant space would be excluded from this lease and from SFHDC's and/or NCLF's responsibilities, and would remain the sole responsibility of the City, as owners of the Site.

C. SUB-TENANTS

The City supports SFHDC to leverage both short-term and monthly rentals of the Site to private businesses and nonprofit organizations, provided that the sublease terms do not exceed the term of SFHDC's master lease with the City.

D. PARTNERSHIPS

SFHDC will negotiate in good faith to form partnerships with event promoters, vendors, food service providers and community organizations with the expertise and capacity to sustain operations at the Fillmore Heritage Center during the term of activation. Such partnership agreements should reflect both economic viability and clear commitment to community events. It is expected the City will facilitate discussions among SFHDC, NCLF and nationally-recognized, potential, performance venue partners. The final selection of any performance venue partners must be reviewed and approved by the City.

E. OVERHEAD AND FEES

SFHDC and its partners would be responsible for paying all Common Area Maintenance ("CAM") Fees associated with the above described Master Tenant space, totaling $25,000 per month. SFHDC and its partners would also be responsible for paying all utilities, internet, janitorial, security, licenses, permits and general operating expenses.

F. INSURANCE

SFHDC shall, at its sole expense, obtain and maintain commercial general liability insurance with policy limits of not less than $1,000,000 and provide to the City a certificate of insurance in accordance with the City's specifications.

G. COMPLIANCE WITH LAW

SFHDC will certify and assure compliance with all local, state, and federal laws and regulations applicable to the conduct of its business and its performance.

H. SFHDC FISCAL SPONSORSHIP

SFHDC would agree to serve as Fiscal Sponsor for one or more community-based, non-profit organizations from the surrounding neighborhood, subject to negotiation of the terms of such sponsorship, including allowance for standard administrative costs.

I. LOI EXPIRATION and LEASE EXECUTION

This LOI is intended to aid SFHDC and NCLF in obtaining funding to pursue a community-based strategy for the Site, with the expectation that, should funding come to fruition, the City and SFHDC shall execute a short-term lease for the Site that would allow for the creation of a long-term plan for the Site. This LOI will expire upon the earlier of: a) six (6) months from the date of the letter; or b) execution of a formal lease between SFHDC and the City.

Sincerely,

*Naomi M. Kelly* (signature)

Naomi M. Kelly
City Administrator