| | |
|---|---|
| **From:** | pastor@thirdbaptist.org |
| Sent: | Monday, April 9, 2018 3:52 PM |
| To: | 'Dr. Ernest Bates';Brown, Vallie (ECN) |
| Cc: | Torres, Joaquin (ECN) |
| Subject: | RE: Meeting to discuss FHC |
| Importance: | High |

Thank you,

Rev. Brown

---

**From:** Dr. Ernest Bates [mailto:eabates@ashs.com]
**Sent:** Monday, April 9, 2018 3:50 PM
**To:** Brown, Vallie (ECN); pastor@thirdbaptist.org
**Cc:** Torres, Joaquin (ECN)
**Subject:** Re: Meeting to discuss FHC

Thank you,
Asha Smith
Executive Assistant

---

**From:** Brown, Vallie (ECN) <vallie.brown@sfgov.org>
**Sent:** Monday, April 9, 2018 3:48:33 PM
**To:** pastor@thirdbaptist.org
**Cc:** Dr. Ernest Bates; Torres, Joaquin (ECN)
**Subject:** Re: Meeting to discuss FHC

Hi,

We're confirmed for Tuesday April 17, @ 10:30 AM in City Hall, room 448.

Thank you,
Vallie

I've

Sent from my iPhone

On Apr 9, 2018, at 2:58 PM, "pastor@thirdbaptist.org" <pastor@thirdbaptist.org> wrote:

> Greetings!
>
> I'm available for this meeting!

1

Thank you

Amos C. Brown
415-559-2978

---

From: Dr. Ernest Bates [mailto:eabates@ashs.com]
Sent: Monday, April 9, 2018 2:41 PM
To: Brown, Vallie (BOS); pastor@thirdbaptist.org; dramoscbrown@thirdbaptist.org
Subject: Re: Meeting to discuss FHC

Hi Vallie,

I am writing to confirm that Tuesday, April 17th at 10:30am will work for Dr. Bates to meet your you and Joaquin.

Would you like to meet at your office or our office at 2 Embarcadero Center?

Thank you,
Asha Smith
Executive Assitant

---

From: Brown, Vallie (BOS) <vallie.brown@sfgov.org>
Sent: Friday, April 6, 2018 3:06:22 PM
To: pastor@thirdbaptist.org; dramoscbrown@thirdbaptist.org; Dr. Ernest Bates
Subject: Meeting to discuss FHC

Hello Dr. Brown and Dr. Bates,

I'm reaching out to you both to schedule a meeting to discuss Dr. Bates proposal to purchase the Fillmore Heritage Center.
The City received a proposal from Dr. Bates a few months ago, we would like to discuss his proposal.

This meeting is with Joaquin Torres and I.

Here are a few dates and times

- FRI April 13, between 9 AM – 12:30 PM
- Fri April 13, between 3- 5 PM
- TUES April 17, between 9 AM – 12 PM

Please let me know if any of the dates and times works for you?

Thank you,
Vallie

2

| | |
|---|---|
| **Subject:** | Meeting to discuss Fillmore project |
| **Location:** | City Hall, room 448 |
| **Start:** | 4/17/2018 10:30 AM |
| **End:** | 4/17/2018 12:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Dr. Ernest Bates |

**Required Attendees:**   Dr. Ernest Bates;Denise Bradley;Denise Bradley;Brown, Vallie (ECN);Torres, Joaquin (ECN);Rev. Amos Brown

| | |
|---|---|
| **From:** | Brown, Vallie (ECN) |
| Sent: | Tuesday, April 17, 2018 10:21 AM |
| To: | Smith, Dylan (ECN) |
| Subject: | FW: Fillmore Renderings |
| Attachments: | Enlarged.pdf; First Floor.pdf; Property Map.pdf; UFHealth.pdf; DSC0.pdf |

**From:** Dr. Ernest Bates [mailto:eabates@ashs.com]
**Sent:** Monday, April 16, 2018 5:05 PM
**To:** Brown, Vallie (ECN) <vallie.brown@sfgov.org>
**Subject:** Fillmore Renderings

Vallie,

Please see attached renderings for our meeting tomorrow.

Thank you,
-EAB

1



CCSF-SHIFERAW_015614



First Floor Plan

CCSF-SHIFERAW_015615

# EXHIBIT A
## PROPERTY MAP
### Commercial Parcel / Site Plan



CCSF-SHIFERAW_015616



CCSF-SHIFERAW_015617



CCSF-SHIFERAW_015618