| | |
|---|---|
| Subject: | Hold: Conf call w/ Dr. Bates and Denise |
| Start: | 5/1/2018 9:30 AM |
| End: | 5/1/2018 10:00 AM |
| Show Time As: | Busy |
| Recurrence: | (none) |
| Organizer: | Kelly, Naomi (ADM) |
| Required Attendees: | Kelly, Naomi (ADM) |
| Categories: | Green Category |

Ref. Email:
\*\*

Hello Denise and Asha,

Naomi is available as follows for the call:
 ▪ Tuesday, May 1 at 10:00 a.m.
 ▪ Thursday, May 3 at 2:30 p.m.

Please let me know which date and time works. If none of these times works, I will propose some other times.

Thank you,
Lynn

_____
Lynn Khaw, CPPO, CPPB, C.P.M.
Executive Assistant to the City Administrator
Office of the City Administrator
City and County of San Francisco
City Hall, RM 362, 1 Dr. Carlton B. Goodlett Place
San Francisco, CA   94102
lynn.khaw@sfgov.org   |   Tel. 415.554.6296   |   Fax 415.554.4849

From: denise bradley [mailto:vdenisebradley@yahoo.com]
Sent: Wednesday, April 25, 2018 12:07 PM
To: Khaw, Lynn (ADM) <lynn.khaw@sfgov.org>; Asha Smith <asmith@ashs.com>

Cc: Dr. Ernest Bates <eabates@ashs.com>; Kelly, Naomi (ADM) <naomi.kelly@sfgov.org>
Subject: Re: Call with Naomi Kelly

Lynn,

Thank you again for your call yesterday to schedule a conference call with Naomi.

As per my voicemail messages, I am sending this email and copying Dr. Bates' assistant Asha Smith to help find dates that work for both of them.  While my schedule is more flexible, I am traveling part of next week, but it is more important that Naomi and Dr. Bates speak, even if I can't be on the call.  But, of course, I will join the call if I can.

Thank you again.

Kind regards,
Denise

Denise Bradley-Tyson

Be Inspired!
InspiredLuxe.com
+1 (415) 351-9098


On Tuesday, April 24, 2018, 6:39:24 PM PDT, Denise Bradley Tyson <vdenisebradley@yahoo.com> wrote:


Got your voicemail.

Can you send some dates and times that might work for you? I will coordinate with her office and Asha.

Thanks.

Denise Bradley-Tyson

Be Inspired!
InspiredLuxe.com
+1 (415) 351-9098
@Denise_Inspired

> On Apr 24, 2018, at 6:04 PM, Denise Bradley Tyson <vdenisebradley@yahoo.com> wrote:
>
> Can I confirm call from 9:30am to 10am with Naomi on Monday, 4/30?
>
> Thanks.

CCSF-SHIFERAW_015489

>
> Denise Bradley-Tyson
>
> Be Inspired!
> InspiredLuxe.com
> +1 (415) 351-9098
> @Denise_Inspired

CCSF-SHIFERAW_015490