

# FUTURE OF THE FILLMORE
# MEET THE PROGRESSIVES

## JOIN SAN FRANCISCO MAYORAL CANDIDATES JANE KIM AND MARK LENO



**SATURDAY**
**MAY 12 2018**
**1 to 3 pm**

**ORIGIN CLUB**
**1538 FILLMORE**
**SAN FRANCISCO**

**Everyone Welcome**

 

BEFORE YOU VOTE, HEAR THEIR VIEWS ON:
- The African American community
- Fillmore storefront vacancies
- Fillmore Heritage Center | Yoshi's
- Midtown Apartments residents' concerns
- Affordable housing at Fillmore Center
- Ethics and transparency in government

Exhibit K