## Mayor's Office of Housing and Community Development
## City and County of San Francisco



**Mark Farrell**
Mayor

**Kate Hartley**
Director

May 18, 2018

Monetta White & David Lawrence
Food For Soul (dba 1300 on Fillmore)
1310 Fillmore Street, #706
San Francisco, CA 94115

Re: Acknowledgement of Vacation of the Premises under the Commercial Lease Agreement entered into as of June 6, 2005, by and between the City and County of San Francisco, acting through the Mayor's Office of Housing and Community Development (as successor Landlord to Fillmore Development Commercial, LLC) (the "Commercial Lease")

Dear Ms. White and Mr. Lawrence:

The City, acting through the Mayor's Office of Housing and Community Development ("MOHCD"), as Landlord under the Commercial Lease, writes to acknowledge your May 14, 2018 email in which you provided written notice to the City of your intent to vacate the Premises. By May 25, 2018, please complete the following steps to vacate the Premises and terminate your Commercial Lease:

One South Van Ness Avenue, Fifth Floor, San Francisco, CA 94103
Phone: 415.701.5500   Fax: 415.701.5501   TDD: 415.701.5503   www.sfmohcd.org

CCSF-SHIFERAW_012124

1) Remove any perishable items from the Premises, including all items in refrigerators or freezers;
2) Clean the Premises;
3) Provide Landlord current account numbers for all utilities currently servicing the Premises, including water/sewer, PGE, and alarm service as applicable; and
4) Provide Landlord with all keys.

Per Section 22.1 of the Commercial Lease, all alterations, additions and improvements to the Premises, as well as all movable furniture and trade fixtures funded from the Tenant Loan, must not be removed from the Premises, except as allowed pursuant to the Tenant Loan.

Termination of the Commercial Lease does not remove the Tenant's financial obligations incurred during the term of the Commercial Lease. Specifically, Tenant has not met the following obligations under the Commercial Lease:

1. Section 4.1, Rent.

Tenant has not paid rent since May 2016. The total rent unpaid during the term of the Commercial Lease is as follows:
- Total amount of unpaid rent due as of May 2018 is $160,937.50.
    - June 2016 through October 2017: 17 months at $6,250.00 (reduced rent as agreed to by Landlord and Tenant in January 2016) for a total amount of $106,250.00.
    - November 2017 through March 2018: 7 months at 125% of $6,250.00 for a total amount of $54,687.50

2. Section 10.1, Tenant to Pay for Utilities.

Tenant has not paid for trash and recycling services from the trash collection provider, Recology, and owes approximately $41,361.51 for such services as of March 2018. Tenant has not paid for water and sewer services from

the San Francisco Public Utilities Commission and owes approximately $2,881.09 for such services as of March 2018.

3.  Section 7.2, Tenant's Payment of Taxes Relating to the Premises.

Tenant has not paid property taxes due to the San Francisco Tax Collector in the amount of approximately $84,399.92 as of March 2018.

4.  Section 12.2, Payment by Tenant of Proportionate Share of Common Area Maintenance Costs.

Tenant has not paid Common Area Maintenance and other related amounts due to the Fillmore Heritage Owners' Association in the amount of $80,451.31 due as of May 2018.

Pursuant to Section 19.1.2 of the Commercial Lease, Tenant must pay all amounts due under the Commercial Lease within ten (10) days after Landlord's notice. Accordingly, please remit payment for the unpaid rent in the amount of $160,937.50 by May 28, 2018. In addition to payment of the unpaid rent to the Landlord, please provide documentation of payment for all other amounts listed above, or evidence of communication with payees regarding payment plans for such overdue amounts.

MOHCD, as Landlord, writes this letter without waiving any rights.

Sincerely,

Kate Hartley
Director

cc:   Nadia Sesay, Executive Director, Office of Community Investment and Infrastructure,
         Successor Agency to the San Francisco Redevelopment Agency
      Heidi Gewertz, City Attorney's Office

CCSF-SHIFERAW_012127