**MEMORANDUM OF UNDERSTANDING**
**Between the San Francisco Housing Development Corporation**
**and the New Community Leadership Foundation**
**REGARDING THE FILLMORE HERITAGE CENTER**

This document, executed on April 21, 2017, serves to summarize the mutual understanding of the San Francisco Housing Development Corporation ("SFHDC") and the New Community Leadership Foundation ("NCLF") relative to the submission of a proposal to the City and County of San Francisco (the "City") and/or Office of Community Investment and Infrastructure for the potential purchase of the Fillmore Heritage Center ("FHC"). The City has issued a Request for Proposals ("RFP") for new ownership and operation of the FHC. SFHDC and the NCLF (together, the "Parties") are deeply committed to ensuring that the FHC first and foremost benefits the surrounding historic neighborhood and its long-time residents, and that the project is financially viable and sustainable for the long-term. The Parties each bring skills, talent, perspective and leadership that are critical to the success of the FHC, and recognize that by working together we can well serve the Fillmore community for decades to come.

The Parties agree that this document serves as a roadmap for planning and implementation of programs at the FHC, and it is subject to revision based on information and circumstances that may arise during the RFP, selection process, predevelopment phase, construction phase and operational phase. Formal leases will need to be executed that will create legally binding roles and responsibilities of the Parties and other organizations or entities that wish to occupy space at the FHC.

1) SFHDC will leverage its 28-year history of housing and community economic development in San Francisco to serve as the lead project sponsor, developer and operator.

2) The NCLF will leverage its strong community roots and leadership to play a key role in the planning and operations of several components of the project, and will lend its support to SFHDC in acquiring and managing the FHC.

3) It is intended that the NCLF will lease and manage the FHC Screening Room, at an estimated base rent of approximately $1,080/month, and Common Area Maintenance charges of approximately $500/month (which represent a substantial discount). Community partners would include as many of the following as possible: S.F. Black Film Festival, Ken Johnson, The Village Project and former members of the Fillmore Bay Area Media Group. The NCLF will be responsible for coordinating the collective management and programing of the space. The NCLF will provide SFHDC with an acceptable written plan as to the program, and will also provide two years of the NCLF's financial statements prior to execution of a lease agreement. A security deposit, in an amount to be agreed upon, will be required. The NCLF would be responsible for additional costs related to the space, including any extra security, utilities, etc.

4) The NCLF, in partnership with SFHDC, will create a selection committee from the community to identify a business or organization to lease the Gallery space. SFHDC intends to lease the Gallery to a community-based entity or business at a base rent of approximately $1,020 per month and Common Area Maintenance charges of approximately $500/month (which represent a substantial discount). Similar requirements as above regarding SFHDC's receipt of an acceptable written program for the space, security deposit, and review of financial statements will be required. The lessee would be responsible for additional costs related to the space, including any extra security, utilities, etc.

5) The NCLF, in partnership with SFHDC, will identify a community-based organization to operate the garage, if feasible.

**HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY**                         **CCSF-SHIFERAW_000847**

6) The NCLF would like to create an option for members of the community (specifically Certificate of Preference holders and the historically disenfranchised) and community-based organizations to acquire ownership of the Screening Room and Gallery. Once the overall FHC project has reached financial and programmatic stability, NCLF will explore the creation of a community land trust for this purpose. This will be done in partnership with SFHDC. Any sales or transfers of any part of the FHC must be approved by the project's lenders and funders.

7) The NCLF, at its own cost, is interested in being the compliance officers over the Community Benefit Plan of the Lobby Area, Restaurant and Theater. SFHDC supports this concept and will support NCLF's efforts to obtain funding to perform that service.

8) SFHDC plans to program a small number of shared office spaces/work stations for non-profit organizations on the mezzanine level of the FHC. SFHDC would lease NCLF workspace at the monthly rate of $200 per workstation. SFHDC and NCLF believe that such an arrangement will enhance the collaboration between the Parties.

9) The NCLF would like to see the creation of a community discount card for community members who have been historically disenfranchised by Urban Renewal. The NCLF would like to manage this card program. SFHDC supports this concept and, subject to legal review, intends to honor such a discount card across the FHC, including concert tickets, restaurant bills and venue rental. The exact value of the discount will be coordinated between the Parties and the on-site retailers.

10) The NCLF, at its own cost, would like to coordinate monthly (or possibly bi-monthly) meetings between the SFHDC, community members, businesses inside the venue and other stakeholders. These meeting will address both improving the foot traffic around and into the FHC, and making the reopening of the FHC a community-focused economic success. SFHDC supports this and welcomes ongoing, constructive feedback to ensure success for all.

11) SFHDC is committed to working with the NCLF and other organizations to ensure that all retail tenants meet agreed upon local hiring and training goals. SFHDC intends to require such commitments as part of commercial leases with retailers.

The above reflects our understanding among the Parties as of the date of execution.

Majeid Crawford
Board President, NCLF
Date: 4/24/17

David Sobel
Chief Executive Officer, SFHDC
Date: 4/24/17

HIGHLY CONFIDENTIAL- ATTORNEY'S EYES ONLY                    CCSF-SHIFERAW_000848