Subscribe    Past Issues                                                    Translate

View this email in your browser



## FOR IMMEDIATE RELEASE:

Monday, November 5, 2018

**District Five Supervisor Vallie Brown and Nonprofit Community Partners Launch Activation Plan for the Fillmore Heritage Center**

**SAN FRANCISCO, CA** - Dedicated to ensuring the historic Fillmore neighborhood has an economic and cultural anchor to call its own, District Five Supervisor Vallie Brown and a group of nonprofit and African American community leaders have initiated a collaborative campaign to reactivate the Fillmore Heritage Center. Beginning November 5th, the collaborative will offer

Subscribe    Past Issues                                                Translate

workshops at the former Yoshi's site.

"This is all about offering a shot at equity for the Fillmore community," said Supervisor Brown, who pointed to access to housing as a key focus for any long-term plan. "I am thrilled that we will be reopening the Fillmore Heritage Center as a source of long-awaited cultural and economic opportunities for the community, which will enable residents and merchants of the surrounding corridor to thrive."

Supervisor Brown also stressed the importance of community inclusion and collaboration in the activation of the Fillmore Heritage Center in determining the future of the long-vacant site. "This gives us an opportunity to work with the local community to test options and assess what really works to hopefully inform any comprehensive community benefits for the future operation of the site," said Supervisor Brown.

Members of the New Community Leadership Foundation (NCLF), an African American-led nonprofit; the San Francisco Housing Development Corporation (SFHDC), a 30-year nonprofit affordable housing developer, and Hard Hitta Promotions, a boxing, music and special event production company, are partnering with the Office of Supervisor Vallie Brown and the Office of Economic and Workforce Development to operate the Fillmore Heritage Center property at 1330 Fillmore Street for at least six months.

"The Fillmore community deserves a space that reflects the deep history of the neighborhood and provides a new way for local residents to benefit from financial empowerment services and community focused entertainment," said Joaquín Torres, Director of the Office of Economic and Workforce Development. "We are proud to partner with Supervisor Brown and community leaders to reactivate the Fillmore Heritage Center in an equitable and inclusive way."

The Fillmore Heritage Center Equity Partners (FHCEP) - which includes several Fillmore natives, some whose families were displaced as a result of redevelopment, and others with longstanding ties to the Fillmore - has come together to preserve the vacant 28,000-square foot heritage center specifically for the communities of color it was intended to serve.

Asserting its commitment to "ignite a new era of economic and cultural

by hosting a combination of promoter-led and community partner-organized events at the former Yoshi's site throughout the six months.

"This partnership is the result of a long, hard-fought process, in cooperation with the City, to make sure that the reactivation of the Fillmore Heritage Center is represented by stakeholders from within the Fillmore who are committed to providing an equity plan that will serve this community long into the future," said Majeid Crawford, NCLF's communications director.

FHCEP's activation plan calls for presenting a wide range of daytime and nighttime programming events, from live music and comedy, to gallery openings and poetry slam competitions. Programming offered will include financial empowerment workshops, housing counseling, on-site job training and voter registration services.

San Francisco Housing Development Corporation (SFHDC), a nonprofit that provides affordable housing, community development and financial empowerment services to low-income communities of color in both the Fillmore/Western Addition and Bayview Hunters Point, will spearhead the access to housing component with staff counselors who will work on site to manage workshops on credit repair, rental readiness and first-time home buying.

 "Our organization was founded in the Western Addition to combat the widespread displacement that has disproportionately affected African Americans and other people of color," SFHDC CEO David Sobel said. "We are grateful to have this opportunity to ensure that the activation of the Fillmore Heritage Center serves the economic interests of the surrounding community and provides vital housing counseling services so that low-income residents can continue to call San Francisco 'home.'"

According to FHCEP members, the success and community integration of the Fillmore Heritage Center is critical to ensuring that current and future residents have access to goods, services, and jobs in their neighborhood. Collaborating with small businesses will be a part of bringing these opportunities and new life to Fillmore Street.

"The Fillmore Merchants Association and many other businesses are ecstatic about the opening of the Fillmore Heritage Center," said LaTonia Grice, owner

Subscribe    Past Issues    Translat

Association. "The re-opening of this Center will increase the economic viability of our neighborhood; clustering all of our activities will bring back a well-lit Fillmore corridor."

The FHCEP will host several community meetings to introduce the activation and solicit input from local residents. Neighbors can attend on either Friday, November 9th from 1pm to 3pm, or Monday, November 12th from 6pm to 8pm at 1330 Fillmore St. A Community Open House celebration, "*Rebirth of the Fillmore Heritage Center*," is scheduled from 6 to 8 p.m. on Friday, Nov. 16, when the community will have further opportunity to learn about the activation and tour the venue.

### About the Fillmore Heritage Center

The Fillmore Heritage Center opened in 2007 as Yoshi's club and sushi restaurant, with the promise of revitalizing the surrounding Fillmore corridor, which was once known as the "Harlem of the West" for its dozens of jazz clubs and African American-owned businesses, but was drastically altered after thousands of local residents and businesses were forced out during the Redevelopment Agency era. The property has stood vacant since 2015 after the former owner declared bankruptcy, and the City has since sought a new owner who will provide a combination of economic, cultural and community benefits catered toward the neighborhood. Learn more at [www.fillmoreheritagecenter.org](http://www.fillmoreheritagecenter.org)

**About Supervisor Vallie Brown** is a member of the San Francisco Board of Supervisors representing District 5; she was appointed to the position by Mayor London Breed in July 2018. Vallie has over 12 years of experience at City Hall and serving D5 residents; she worked as a project manager for affordable housing for the city's Office of Economic and Workforce Development, and served as a legislative aide for London Breed (2013 to 2016), and Ross Mirkarimi (2006 to 2013). Prior to joining, she was an artist and community activist; she founded the Lower Haight Neighborhood Association, led successful efforts to green and clean her community, and championed issues of social justice in her neighborhood's elementary schools and public housing units. Originally hailing from Utah and raised by a single mother and grandmother, she has lived in San Francisco for over 30 years.

**Media Contacts:**

Subscribe    Past Issues    Translate

**District 5**

415-554-7630

brownstaff@sfgov.org

**Office of Economic Workforce and Development**

Gloria Chan

415-554-6926

gloria.chan@sfgov.org

Copyright © 2018 District 5 Supervisor, All rights reserved.

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

