LOCAL // BAY AREA & STATE

# There's music again at Fillmore Heritage Center, but for how long?

**Trisha Thadani**
Dec. 28, 2018 | Updated: Dec. 28, 2018 4 a.m.



MJ's Brass Boppers marches through the crowd to finish off their concert during the Fillmore Heritage Center open house.

Photo: Photos by Paul Kuroda / Special to The Chronicle

Just before her band begins its set at the Fillmore Heritage Center, Miz Dee hugs every member of the audience and thanks them for coming. All nine of them.

"Let's get the word out that this jam is happening every Tuesday," she says, a vivacious smile on her face. "You're all here. Give yourselves a hand."

It's the second Tuesday Bluesday at the Fillmore Heritage Center, one of many events that the building's new tenants — San Francisco Housing Development Corp. and the New Community Leadership Foundation — have hosted since the city gave them a six-month lease in October.

The 50,000-square-foot building has been without a permanent tenant for years, and the city is on the hunt for a buyer. In the meantime, the temporary tenants are trying to prove that they can bring in enough business to have their lease extended.

That's a lot of pressure for both the city and the two community groups, because this isn't just any building. The Fillmore neighborhood was once the hub of African American culture in the city, and hopes were high that the building at 1330 Fillmore St. could be a center of a jazz and blues renaissance when it opened in 2007. Instead, it has been plagued by myriad disappointments.

But, right now, as Miz Dee's sultry, raspy voice fills the room, the past is the past. It doesn't matter that there are only nine people here. She'll perform like there are 1,000. Because all everyone here really cares about right now is that there's music at the center once again.

---

Ask old-timers about the Fillmore district, and one of the first things they'll tell you is what it *used* to be: one of the most diverse neighborhoods in San Francisco. A lively center for African American culture. A destination for jazz performers like Ella Fitzgerald and Miles Davis. The Harlem of the West.

Then, in the 1960s, the bulldozers arrived.

Dozens of blocks were demolished, part of a wave of neighborhood destruction that cities across the U.S. undertook in the name of urban renewal. Such areas often had large nonwhite populations, as was the case in the Fillmore and surrounding Western Addition.

Tens of thousands of people were displaced. San Francisco's African American population, which peaked at more than 13 percent of the city's total in the 1970 census, has never recovered. It's now down to about 6 percent.



Gregory Burrell stands in front of the Fillmore Heritage Center before its open house. Two nonprofits with a six-month lease from the city are trying to restore the long-vacant center as a music center in the Fillmore district.
Photo: Paul Kuroda / Special to The Chronicle

The Fillmore Heritage Center was an effort by San Francisco to revive what earlier generations of city officials had destroyed.

It opened in 2007 as the San Francisco branch of Yoshi's, a popular Oakland jazz club and sushi restaurant. The venue attracted so much foot traffic that nearby bars and restaurants also thrived. For a while, Fillmore Street between Ellis and Eddy felt alive again.

"When it was Yoshi's, it gave the idea that we might be able to bring back some of what we had," said the Rev. Arnold Townsend, vice president of the San Francisco chapter of the NAACP. "It was a sense of a place to go. A place to be that's yours. It absolutely filled a gap."

But then came the problems: the recession, Yoshi's failure to turn a profit, dwindling patronage, and finally Yoshi's closure in 2014. The building briefly reopened as a restaurant and bar called the Addition, but that failed, too.

Except for a couple of pop-up tenants, the building has been quiet for years. As much of the rest of Fillmore Street gentrified, the heritage center became a vast, vacant edifice that gave people little reason to visit that part of the neighborhood.

London Breed — District Five supervisor at the time and now mayor — and the Office of Economic and

Workforce Development tried to find a new operator, but no candidates emerged who could provide a mix of community benefits and entertainment. Now there's a lawsuit from the city looming in the background over an unpaid $5.5 million loan that developer Michael Johnson took out to create space for a restaurant in the heritage center that never materialized.

"We haven't had a center — and I don't mean a physical center — but a sense of being in our community after everything closed down," Townsend said. "Now it's like a ghost town."

---

In October, the new District Five supervisor, Vallie Brown, and the Office of Economic and Workforce Development had an announcement: The lights were finally coming back on.

San Francisco Housing Development Corp. and the New Community Leadership Foundation were given $50,000 by the city and have until March 31 to prove they can succeed in the space. Their idea is to not only revitalize the center, but also the surrounding neighborhood.

"Everyone is counting on us being successful," said David Sobel, executive director of the Housing Development Corp. His group and the foundation are trying to build an audience for live music and other entertainment by night and patronage for community workshops by day, helping people with topics such as financial empowerment and affordable housing.

Brown says having people use the building again is a start, but that what's really needed is a buyer. The city hopes someone will pay at least $6.5 million for it, although the building is appraised at $11.5 million.

The groups now running the heritage center are building a strong framework as a community center, Brown said. She said they may not be the long-term answer, but that she's "open to anything" that would benefit the community.

The center "is something that I would love to see survive," Brown said. "But also the reality is that it's expensive."

Majeid Crawford of the New Community Leadership Foundation understands the city's financial bind. But he also hopes his group can play a role in the building's long-term future.

City officials "haven't spoken about profit, but we know deep down inside that we need to make money," Crawford said. "We all feel really optimistic. We just feel like the city really wants us to succeed."



Kiki Curtis, 10, dad Maestro, Isis, 11, Nile, 13, and mom Nola dance during the Fillmore Heritage Center open house.
Photo: Paul Kuroda / Special to The Chronicle

The two community groups have hosted myriad events over the past month: financial and housing workshops, a memorial for the 40th anniversary of the Jonestown massacre, comedy shows and a salsa night. They also recently secured a one-year entertainment permit from the city.

But so far, profits have been elusive. The community groups spent much of their first three months at the center fixing it up — cleaning the kitchen, getting new permits for the elevator, making sure the sound system works — and working out the kinks. What time should events start? How much should they charge for tickets? How can they advertise on social media?

"They are just getting warmed up," said Joaquin Torres, director of the Office of Economic and Workforce Development. "We'll be sitting down with them in January to go through their progress and talk about where we are … (but) I personally think that the work they have done to date has been encouraging."

The need to show a profit and create foot traffic provides a sense of urgency, said Rico Hamilton, co-founder of Hard Hitta Promotions, which is helping to organize entertainment for the space.

"This project is definitely the first step to getting the community to understand that if we just band together, there are so many opportunities we can have," Hamilton said.

Case 5:18-cv-06830-RS   Document 131-45   Filed 04/26/21   Page 6 of 6

About 10 more guests trickle in as Miz Dee sings the blues. Some dance, others rock to the rhythm in their chairs, and everyone roars when she's finished.

Tickets were only $5. That's a deal — but it's also part of the challenge the community groups will face over the next few months: How can they keep the center authentic, lively and affordable for the community, but also make money?

After Miz Dee finishes her set, it's open mike time. For now, the attention isn't on business — the musicians are just happy to be playing in a place that means so much.

"If you have good music, people will come," Jake Sampson says shortly before taking the stage with his guitar. "It's still all about good music."

Sobel, of the Housing Development Corp., is playing keyboards for the night. In between numbers, he walks up to the mike.

"If you bring your families and friends, the likelihood of this continuing on forever is much higher," he said. "Please help us build this."

*Trisha Thadani is a San Francisco Chronicle staff writer. Email: tthadani@sfchronicle.com Twitter: @TrishaThadani*

**HEARST** *newspapers*
©2019 Hearst