


City and County of San Francisco
# POLICE DEPARTMENT
## MEDIA RELATIONS UNIT
1245 3RD Street, 6TH Floor
San Francisco, California  94158

# NEWS RELEASE

March 25, 2019
19-031

## San Francisco Police Make Arrests in Saturday Night Fillmore Shooting Homicide

On March 23, 2019 at approximately 8:40PM, San Francisco Police responded to the 1300 block of Fillmore Street regarding a shooting.

Upon arrival, officers located four persons suffering from apparent gunshot wounds. San Francisco Fire Department personnel responded to the scene and transported three adult victims.  The fourth victim, Mister Dee C. Simmons, a 25 year-old male was pronounced dead at the scene.  Of those transported by ambulance, a 27 year-old male remains listed in life threatening status. A 19 year-old male, resident of Westminster California and a 51 year-old male, San Francisco resident are listed in non-life threatening condition.

Two additional victims, a 51 year-old female, Alameda resident and a 25 year-old male, Concord resident (both with non-life threatening injuries) were transported to the hospital by private automobiles.

An investigation determined that Simmons, 25 year-old Sean Harrison (who was transported to the hospital by private auto) and Jamare Coats age 26, of San Francisco (who drove Harrison to the hospital) were involved the shooting.  Harrison and Coats were later booked on homicide and firearms charges at San Francisco County Jail.  Due to pending identification matters, booking photos are not being released at this time.

While arrests have been made, this remains an active and ongoing investigation by the SFPD Homicide Detail.  Anyone with information is asked to call the SFPD 24 hour tip line at 1-415-575-4444 or Text a Tip to TIP411 and begin the text message with SFPD. You may remain anonymous.

###

Tel. 1-415-837-7395

Fax 1-415-837-7249

E-mail: sfpdmediarelations@sfgov.org

twitter.com/sfpd

facebook.com/sfpd

sanfranciscopolice.org



SFPD 96 (11/15)

## Weekend "on call" SFPD PIO Statements Emailed to News Media Regarding Fillmore Street Shooting Homicide

Initial Statement:

On March 23, 2019 at approximately 8:40PM, San Francisco Police responded to the 1300 block of Fillmore Street regarding a shooting.  Upon arrival officers located numerous persons suffering from apparent gunshot wounds. San Francisco Fire Department assets responded and transported three adult victims.  One of those persons is listed in life threatening status.

One victim was pronounced deceased at the scene.

This is an active and ongoing investigation in the early stages.  Anyone with information is asked to call the SFPD 24 hour tip line at 1-415-575-4444 or Text a Tip to TIP411 and begin the text message with SFPD.  You may remain anonymous.

Updated Statement:

I received some additional information regarding last night's shooting homicide.  This remains active and ongoing investigation in the early stages. Anyone with information is asked to call the SFPD 24 hour tip line at 1-415-575-4444 or Text a Tip to TIP411 and begin the message with SFPD.  You may remain anonymous.

The deceased is a 25 year-old male from San Francisco.

The patient in life threatening status is a 27 year-old male.

It has since been determined that two additional patients were transported in private vehicles.

The following patients are considered non-life threatening:

25 year-old male

19 year-old male

50 year-old male

50 year-old female

Case 3:18-cv-06830-RS   Document 131-46   Filed 04/28/21   Page 3 of 11



Supervisor Vallie Brown listens at a community meeting at the Fillmore Heritage Center on Wednesday, March 26, 2019 following a shooting that occurred in front of the building in which one person died and five people were wounded on March 23. (Kevin N. Hume/S.F. Examiner)

# Deadly shooting puts Fillmore Heritage Center in peril months after reopening

Gunfire outside funeral reception killed one person and injured five others Saturday night

MICHAEL BARBA  /  Mar. 26, 2019 11:00 p.m.  /  THE CITY

A deadly shooting that killed one and injured five others in the Fillmore has thrust the future of a newly revitalized community center into jeopardy.

The Fillmore Heritage Center, which just months ago reopened in a long-vacant event space, has cancelled all events at least through the end of the month in response to the Saturday night shooting outside its doors.

Supervisor Vallie Brown, who represents the area on the Board of Supervisors, addressed the news late Tuesday at a meeting she called at the center to urge the community to come together after the violence.

"I can't tell you right now what will happen," Brown said. "Right now we've closed the center and we're trying to figure out what the next steps are. But all the events at this point are canceled until The City can figure out what the steps are, and we have to go through the process."

Dozens of community members in attendance expressed outrage over the news and sadness over the shooting.

The center has only been open since November under a six-month lease between The City and two nonprofits, the San Francisco Housing Development Corporation and New Community Leadership Foundation.

Since then, it has hosted a range of events from music to comedy as well as various services for community members.

Rico Hamilton, head of the NCLF, said the shooting had nothing to do with the Fillmore Heritage Center.

"We have done everything we possibly can do to avoid violence," Hamilton said at the meeting.

Hamilton said he himself ran out of the center to try and help one of the men who was shot.

While the shooting happened at the same time that the center was hosting a funeral reception for local businessman Ron Newt, who has been called a "drug kingpin," Hamilton said that it was a "random incident."

"These doors can open tomorrow, these doors can open two weeks from now," Hamilton said. "I just want you to know that we can't control what happens out there on the corridor."

But Charles Powell, president of the West Coast Entertainment Association, who said he founded the movement to reopen the building, pointed fingers at the reception as well as the police.

"You know whose funeral was Saturday," Powell said at the meeting. "You know who that man was… You know 1,000 people was coming down on the corridor… You should have had the police down here that day."

Brown said various arms of city government would have to assess whether the center could be run safely before events resumed, including the Entertainment Commission, Mayor's Office and City Attorney's Office.

"This is a city building and so we are liable for anything that happens here or around it so it's going through a lot of the process," Brown said. "This isn't a decision that I make on my own, a whole city family is going to have to make this decision on when this building opens, if it does, back up."

Rev. Amos Brown, the local leader of the NAACP, was among the many to call for the center to remain open.

"It would not be a kind thing for anyone to make a knee-jerk conclusion and put a cloud over this building, a cloud over this African American community," Brown said at the meeting.

Yolanda Banks Reed, the mother of local celebrity boxer Karim Mayfield, who helped reopen the center, distanced the center from the shooting.

"It happened outside, it didn't happen inside," Reed said. "Do not close this place, do not close this building down, do not shut the African American people down. Do not do this once again because the blame is not on us."

Vallie Brown and Rev. Amos Brown listened to hours of public comment alongside Deputy Chief Ann Mannix, Northern Station Captain Joseph Engler and Joaquin Torres of the Office of Economic and Workforce Development.

Police brass declined to release detailed information about the shooting, citing an open investigation and a pending decision from prosecutors on whether two men arrested in the case would be charged.

But Engler said he has increased foot beats and the presence of motorcycle officers in the area.

Mannix, a former captain of Northern Station, called on the community to work together with the police.

"It's our community," Mannix said. "These are our kids who are getting shot, who are shooting each other. This shouldn't be happening."

When police responded to the shooting, officers found four men suffering from gunshot wounds outside the center.

Mister Dee Carnell Simmons III, 25, was pronounced dead at the scene while the others were taken to a hospital.

Two other victims, a man and a woman, drove to the hospital. Of the five total victims, only a 27-year-old man suffered injuries considered life-threatening.

Police made two arrests in the case.

Jamare Coats, 26, and Sean Harrison, 25, were arrested after Coats drove Harrison to Zuckerberg San Francisco General Hospital.

As of Tuesday evening, the duo remained in County Jail on suspicion of murder as well as firearm charges.

Alex Bastian, a spokesperson for the District Attorney's Office, said prosecutors had not yet decided whether to file charges against them.

A charging decision is expected to be made by Wednesday morning.

*mbarba@sfexaminer.com*



Jamare Coats (left center) and Sean Harrison (right) at their arraignment on Wednesday, March 27, 2019. (Ellie Doyen/Special to S.F. Examiner)

# Gun battle erupted at Fillmore Heritage Center during memorial for pimp, prosecutors say

MICHAEL BARBA  /  LAURA WAXMANN  /  Mar. 27, 2019 7:30 p.m.  /  THE CITY

The deadly shooting that prompted the indefinite closure of the beloved Fillmore Heritage Center was a "gun battle" that erupted during a funeral reception for a local pimp, prosecutors said Wednesday.

Assistant District Attorney Michael Swart said the Saturday night shootout started with a confrontation between several men attending a memorial for Ron Newt, a storied San Francisco pimp and businessman.

The shooting killed 25-year-old Mister Dee Carnell Simmons III, injured five others and led to the cancellation of all events at the newly revitalized center in the near future to the outrage of community members.

The center has tried to distance itself from the shooting, calling it a "random incident" along the Fillmore Street corridor.

"We do not know the individuals involved with the shooting," the New Community Leadership Foundation, one of the nonprofits behind the center, said in a statement. "The family who held the funeral reception said the individuals involved were not associated with the funeral reception."

However the new details in the case from prosecutors show that Simmons and two men arrested on suspicion of murder attended the funeral reception.

Swart described the shootout in a motion seeking to detain the suspects in the case, Jamara Coats, 26, and Sean Harrison, 25, without bail.

"It's just a cruel and barbaric act," Swart told reporters after a hearing for Coats and Harrison at the Hall of Justice. "These individuals — none of them — had any business having handguns in the first place."

The argument first broke out at around 8:30 between a group of people in the center including Simmons, Coats and Harrison. After Simmons revealed he had a gun, Coats, Harrison and an unnamed third man allegedly went to a car and returned with pistols.

Simmons was on the sidewalk out front when the trio returned. Swart said security tried to stop them, but Simmons pulled out a gun.

At that point Swart said the men started to shoot at each other. Simmons and Harrison first exchanged gunfire. Simmons was shot and fell to the ground, but continued to shoot. Coats then started to shoot at him.

In the midst of the action, a 27-year-old innocent bystander was shot in the

back and paralyzed from the waist down as he tried to escape the shooting. Swart said he was injured in the direction that Simmons was shooting.

The District Attorney's Office declined to charge Coats and Harrision with murder or attempted murder in connection with the shooting despite their alleged involvement. The two men, however, will face firearms charges.

"While at this time we have not charged these individuals with murder or the attempted murder," Swart said. "From a moral standpoint these two individuals are responsible for the paralyzation of this 27-year-old man."

The shooting prompted the Fillmore Heritage Center to cancel all events through the end of the month. Community members fear that the newly restored space could close permanently as a result of the violence.

Supervisor Vallie Brown said the center needed to be closed because the violence was a potential liability for The City, which owns the building.

Brown said the center failed to inform city officials that it planned to host the funeral reception so that police units could be provided.

Brown said the Entertainment Commission and the Police Department recommended that the center be temporarily shut down over the lack of a security plan for the funeral reception.

"There was a complete disconnect," Brown said. "There weren't any police around and … the security wasn't there."

David Stevenson, a police spokesperson, confirmed that police officers were not asked or hired to perform security at the funeral reception.

Long promised to the community as part of an effort to revitalize the Fillmore Street commercial corridor, the Fillmore Heritage Center was only recently reopened last November after a four-year vacancy.

The NCLF and the San Francisco Housing Development Corporation are operating the center as a site for housing and job training programs as well as an entertainment venue.

The temporary lease is set to expire April 9, but the groups are seeking an extension. Should The City approve it, NCLF would aim to reopen in the Center in May.

But Brown said that discussions around a lease extension have been put on hold until the improved security plan is presented.

"We had six people shot… that is pretty terrible for a neighborhood that hasn't had that kind of violence in a long time," Brown said. "We all agreed that we needed to find out if there are any holes in the [center's] security, and what was happening."

The NCLF said the center has held over 200 events in the last four months centered around "healing, culture and celebrating diversity."

NCLF said that it was prepared "out of an abundance of caution" to "voluntarily suspend operations," but does not expect the center to be shut down permanently.

The Entertainment Commission has recommended measures including the addition of video surveillance on Fillmore Street and the posting of additional security personnel outdoors, according to NCLF. The district's police captain recommended ways to improve communications with police and the community.

"What we found in meeting with them is that all parties were supportive of getting Fillmore Heritage Center operations back on track with added security provisions," the group said in the statement.

Built in 2007 with city funds and a $5.5 million HUD loan, the $80.5 million center was initially hailed as the centerpiece of a revitalization effort for the

Fillmore Street corridor, historically the center of a large black community. In the years since then, however, it has come to serve as a symbol of blight in the neighborhood.

Developer Michael Johnson operated Yoshi's nightclub out of the center until the popular music venue declared bankruptcy in 2014. A restaurant in the space shuttered a year later, leaving the building vacant.

Last August, the City Attorney's Office filed a lawsuit against Johnson seeking to recover the federal loan.

Brown said that she remains one of the center's "biggest cheerleaders," and is committed to securing city funding for a lease extension in this year's budget cycle.

Reflecting on the center's operations prior to Saturday's incident, Brown said that she has been happy with the programming, which has also been well received by the local community.

"There have been some hiccups, but anytime you start something new there are hiccups and you have to adjust. I feel that happened here," said Brown. "I would love to see this continue. I also have to make sure they will feel comfortable moving forward."

With no events scheduled for April, the understanding is that the group would take next month to "completely reorganize," said Brown.

lwaxmann@sfexaminer.com

mbarba@sfexaminer.com