**EXHIBIT 44 - VIDEO**