Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   AGONAFER SHIFERAW,           )
                                  )
 5         Plaintiff,             )
                                  )
 6      vs.                       )Case No. 4:18-cv-06830-SBA
                                  )
 7   CITY AND COUNTY OF SAN       )
     FRANCISCO, et al.,           )
 8                                )
           Defendants.            )
 9

10

11
        VIDEOTAPED DEPOSITION VIA ZOOM VIDEOCONFERENCE
12
                   OF ERNEST BATES, M.D.
13
              THURSDAY, FEBRUARY 18, 2021
14

15

16

17

18

19

20

21

22
     Reported by:
23
     SANDI GADBERRY,
24   C.S.R. No. 3482

25   Job No. 10078206
```

Ernest Bates, M.D.                                           Shiferaw vs.
                                                City and County of San Francisco

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4  AGONAFER SHIFERAW,           )
                                 )
 5        Plaintiff,             )
                                 )
 6     vs.                       )Case No. 4:18-cv-06830-SBA
                                 )
 7  CITY AND COUNTY OF SAN       )
    FRANCISCO, et al.,           )
 8                               )
          Defendants.            )
 9

10         The videotaped deposition of ERNEST BATES,

11  M.D., was taken remotely via Zoom videoconference in

12  the above-entitled matter on Thursday, February 18,

13  2021, commencing at 10:24 a.m., and ending at

14  1:42 p.m., before Sandi Gadberry, a Certified Shorthand

15  Reporter of the State of California.
```

Case 3:18-cv-06830-RS   Document 131-52   Filed 04/28/21   Page 3 of 12

Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

```
 1  REMOTE APPEARANCES:

 2  For the Plaintiff:

 3      PIER 5 LAW OFFICES
        By:  Ben Rosenfeld
 4      Attorney at Law
        3330 Geary Boulevard, 3rd Floor East
 5      San Francisco, CA 94118
        ben.rosenfeld@comcast.net
 6
    For the Defendants CCSF, LONDON BREED, AMOS BROWN,
 7  JOAQUIN TORRES, and VALLIE BROWN:

 8      SAN FRANCISCO CITY ATTORNEY
        By:  Thomas S. Lakritz
 9      Attorney at Law
        1390 Market Street, 6th Floor
10      San Francisco, CA 94102
        tom.lakritz@sfcityatty.org
11
    For the Defendant NAOMI KELLY:
12
        GORDON-CREED KELLEY HOLL & SUGERMAN LLP,
13      By:  Kevin Holl
        Attorney at Law
14      101 Montgomery Street, Suite 2650
        San Francisco, CA 94104-4140
15      holl@gkhs.com

16  For the Deponent:

17      DAN JOHNSON LAW GROUP
        By:  Daniel Johnson, Jr.
18      Attorney at Law
        1350 Old Bayshore Highway, Suite 520
19      Burlingame, CA 94010-1814
        dan@danjohnsonlawgroup.com
20
    Videographer:
21
        Naomi Kelly
22
    Also Present:
23
        Agonafer Shiferaw
24

25
```

Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

|    |                                                              |      |
|----|--------------------------------------------------------------|------|
| 1  | INDEX OF EXAMINATIONS                                        |      |
| 2  |                                                              | PAGE |
| 3  | Examination by Mr. Rosenfeld                                 | 7    |
| 4  | Examination by Mr. Lakritz                                   | 110  |
| 5  | Examination by Mr. Holl                                      | 114  |
| 6  | Further Examination by Mr. Rosenfeld                         | 115  |
| 7  |                                                              |      |
| 8  |                                                              |      |
| 9  |                                                              |      |
| 10 | INDEX OF EXHIBITS                                            |      |
| 11 |                                                              | PAGE |
| 12 | Exhibit 1 Deposition subpoena and Defendant's                | 66   |
|    | responses and objections                                     |      |
| 13 |                                                              |      |
| 14 | Exhibit 3 Draft of project by NBBJ                           | 121  |
| 15 |                                                              |      |
| 16 |                                                              |      |
| 17 |                                                              |      |
| 18 | INDEX OF CONFIDENTIAL EXHIBITS                               |      |
| 19 |                                                              | PAGE |
| 20 | Exhibit 2 Email correspondence                               | 68   |
| 21 |                                                              |      |
| 22 |                                                              |      |
| 23 |                                                              |      |
| 24 |                                                              |      |
| 25 |                                                              |      |

Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

```
 1   companies that you haven't already recounted for us?
 2      A.   Not that I can recall.
 3      Q.   Okay.  And I understand that, and we'll get to
 4   this a little more, but you have some interest in the
 5   center, the Fillmore Heritage Center as a possible
 6   venue for -- for cancer radiation therapy; is that
 7   right?
 8      A.   That's correct, for a proton beam machine.
 9      Q.   And my understanding is that that's quite a
10   large machine, right?
11      A.   Very large machine, sir.
12      Q.   Okay.  And when you were interested possibly
13   in locating -- well, strike that.  Let me ask.  Was
14   there a time when you were thinking about trying to
15   actually, put one more such machines in the center?
16      A.   No, sir.
17      Q.   Was there a time when you considered the
18   possibility of doing that?
19      A.   Yes.
20      Q.   Okay.  And at that time, whenever those
21   discussions were had or those inquiries were made, was
22   that on behalf of one your companies?
23      A.   Yes, American Shared Healthcare Services.
24      Q.   American chaired healthcare services --
25      A.   American Shared Hospital Services.
```

Case 3:18-cv-06830-RS   Document 131-52   Filed 04/28/21   Page 6 of 12

Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

1  knowledge, suggest that meeting of her own initiative,
2  or was she herself prompted or asked to do so by
3  anybody, if you know?
4          MR. JOHNSON:  Objection, calls for speculation
5  and conjecture.
6          Answer if you know.
7          THE WITNESS:  I believe it was Reverend Amos
8  Brown, who I've known for many years.
9  BY MR. ROSENFELD:
10     Q.   And what is -- when you say you believe it was
11 Amos Brown, what -- what is the basis for your belief
12 that Amos Brown set that meeting up or -- or prompted
13 it in some way?
14     A.   The reverend had first talked to me before
15 anyone else did about the availability of the Fillmore.
16     Q.   Okay.  Let me -- let me come back to that in a
17 moment.
18          Do you recall the date or the approximate date
19 of the dinner meeting between you and the other folks
20 you were mentioning?
21     A.   No, I don't.
22     Q.   All right.
23     A.   I think my -- my office had sent you those --
24 those minutes or those meetings dates, at least I
25 thought they had.

Case 3:18-cv-06830-RS   Document 131-52   Filed 04/28/21   Page 7 of 12

Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

 1   Q.   Yes, we did receive some documents from you,
 2  and we'll probably take a look at those, and that --
 3  that might be an example of what I meant when I said
 4  looking at documents might refresh your recollection on
 5  certain things.
 6        But you -- you indicated earlier that you
 7  believe that the meeting was -- was somewhat proximate
 8  in time to Ed Lee's untimely passing later?
 9   A.   That's right.
10   Q.   Okay.  So, now, turning to -- to Reverend Amos
11  Brown mentioning that the Fillmore Heritage Center to
12  you, when did that come about?
13   A.   I'm not sure of the exact date, but it was
14  sometime before the meeting with its -- with the
15  supervisor.  Maybe it was a month or so, but I'm not
16  certain.
17   Q.   You -- you indicated that you've known
18  Reverend Brown for some time.  Can you just sort of
19  sketch for me briefly your -- your history with him?
20   A.   Yes.  Reverend Brown and I have been friends
21  for a long time.  I do go to his church.  And at some
22  point, we were working on a -- a healthcare company
23  called ACHES, the African-American Health and Economics
24  Services.  That was to provide a HMO type service to
25  the African-American community in San Francisco and

Case 3:18-cv-06830-RS   Document 131-52   Filed 04/28/21   Page 8 of 12

Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

1  your conversations with Reverend Brown about the
2  center, was anybody else besides the two of you
3  present?
4      A.   My chief operating officer, Craig Tagawa, I
5  think, was at most of these meetings.
6      Q.   And do you remember anything that Mr. Tagawa
7  said or added to the discussions about it?
8      A.   No.
9      Q.   So, on how many different occasions did you
10 and/or your staff go to -- to take a look at or survey
11 the center as on possible site for your -- I forget the
12 name of the machine?
13     A.   Proton beam machine.
14     Q.   Yeah, on how many different occasions did you
15 or your staff inspect or survey the center as a
16 possible site for your proton beam machine?
17     A.   I don't -- I don't recall the exact number of
18 times, but it was quite a few times.  And I also went
19 there with Mr. Agonafer and Denise Bradley, my son who
20 worked for the company at the time, he was on one of
21 those meetings.  And I met with Vallie Brown and I
22 think some other people from the City.
23     Q.   And when, if at all, did you first become
24 aware that the city had issued a request for proposals
25 for the use of the center?

Case 3:18-cv-06830-RS   Document 131-52   Filed 04/28/21   Page 9 of 12

Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

```
 1      A.   Well, the only -- the only proposal that I saw
 2   was actually one from Mr. Agonafer, and I think there
 3   was one from George Marcus at one point was interested
 4   in it.  I had a discussion with him about it.
 5      Q.   And that -- I'm sorry, can you say that name
 6   again?
 7      A.   George Marcus is his name.
 8      Q.   Are you able to give us a spelling of the last
 9   name?
10      A.   Marcus.  Marcus, M-A-R-C-U-S.
11      Q.   And do you -- and who -- who is George Marcus?
12   How to you know him?
13      A.   He's a Realtor, well-known in the city.
14      Q.   And did you review some -- or did you have a
15   chance to -- to look at or examine some paperwork that
16   he had drafted or submitted regarding the Fillmore
17   Heritage Center?
18      A.   I think I did, but I'm not ab -- I'm not
19   absolutely certain.  He was going to put a nightclub in
20   there.
21      Q.   And you know, Dr. Bates, we actually heard you
22   much better when you sat forward there, if it's
23   possible.
24      A.   Okay.  I'm sorry.
25      Q.   Yeah.  That would be great.
```

Case 3:18-cv-06830-RS   Document 131-52   Filed 04/28/21   Page 10 of 12

Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

```
 1              MR. ROSENFELD:  Yeah, that's -- that's --
 2              MR. JOHNSON:  You're asking him about names
 3    and dates.  I don't think you're being fair to the
 4    witness if you're going to unreasonably extend his
 5    deposition.  Show him whatever documents you want to
 6    show him.  He'll answer.  But there is no reason for
 7    him to struggle trying to recall names that go back
 8    several years.
 9              THE WITNESS:  Because of -- excuse me.
10    Because of the pandemic, I have been not able to get
11    into my office to confirm that the records that were
12    sent.  I hadn't really seen all of them.
13    BY MR. ROSENFELD:
14       Q.   Okay.  Yes, I will take to heart your
15    counsel's request.  I'm certainly not trying to stump
16    you or to -- or to make it a memory test.  Let me just
17    see if I have anything else that's just kind of
18    preliminary before we turn to that.
19              I do have some other preliminary questions.
20              I would like to know your -- I would like -- I
21    would like, please, if you could summarize the nature
22    of your -- your friendship with London Breed, you know,
23    when it started, how you got to know each other.
24       A.   I've known London for quite a few years.  I
25    don't remember the exact time I first met her, but she
```

Case 3:18-cv-06830-RS   Document 131-52   Filed 04/28/21   Page 11 of 12

Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

```
 1  Fillmore Heritage Center?
 2      A.   No, she did not.
 3      Q.   Just a few more questions.
 4           Did you speak to Amos Brown in February of
 5  2019 to discuss a purchase of the Fillmore Heritage
 6  Center for the purposes of -- of -- of opening a
 7  for-profit medical service operation?
 8      A.   Yes, I did.
 9      Q.   And -- and what -- and what came -- came of
10  that conversation?
11      A.   Well, I decided at some point, I'm not sure of
12  the dates, it just was not suitable for my machine.
13      Q.   Did London Breed ever tell you that, this is a
14  quote, so, this -- I'm not -- I'm -- I'm going to read
15  you a quote.  "I'm not going to give it to that
16  African"?
17      A.   No, she did not.
18      Q.   Did you tell Mr. Shiferaw that London Breed
19  made that comment?
20      A.   I did not.
21           MR. LAKRITZ:  Okay.  Those are all my
22  questions.
23           MR. ROSENFELD:  Okay.
24           MR. LAKRITZ:  Thank you.
25           MR. ROSENFELD:  Mr. Holl, as long as we're on
```

Case 3:18-cv-06830-RS   Document 131-52   Filed 04/28/21   Page 12 of 12

Ernest Bates, M.D.

Shiferaw vs.
City and County of San Francisco

```
 1  State of California,    )
                            ) ss.
 2  County of Fresno.       )

 3            I, SANDI GADBERRY, a Certified Shorthand

 4  Reporter of the State of California, do hereby certify

 5  that ERNEST BATES, M.D., the witness named in the

 6  foregoing deposition, was by me duly sworn; that said

 7  deposition was taken via Zoom videoconference on

 8  Thursday, February 18, 2021;

 9            That the said deposition was taken in

10  shorthand by myself, a Certified Shorthand Reporter,

11  and under my direction transcribed into the foregoing

12  typewritten transcript, and that said transcript is a

13  true record of the testimony given by the witness.

14            Further, that if the foregoing pertains to

15  the original transcript of a deposition in a federal

16  case, before completion of the proceedings, review of

17  the transcript [ X ] was [  ] was not requested.

18            In Witness Whereof, I have hereunto set my

19  hand and affixed my signature in Fresno, California, on

20  this 4th day of March, 2021.

21

22                           _____

23                           SANDI GADBERRY, C.S.R. 3482

24

25
```