BEN ROSENFELD (SBN 203845)
PIER 5 LAW OFFICES
3330 Geary Blvd., 3rd Floor East
San Francisco, CA 94118
Tel: (415) 285-8091
Fax: (415) 285-8092
ben.rosenfeld@comcast.net

Attorneys for Plaintiff Agonafer Shiferaw,
dba Fillmore Entertainment Complex / Republic of Fillmore, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGONAFER SHIFERAW,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　Defendants. | Case No. 4:18-cv-06830-SBA (JSC)<br><br>EXHIBIT 30a TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT |

MANUAL FILING NOTIFICATION

Regarding: Exhibit 30a To Plaintiff's Opposition To Defendants' Motion For Summary Judgment Or Partial Summary Judgment (Dkt. #131):

　　This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Unable to Scan Documents

___ Physical Object (please describe):

_X_ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal in Criminal Case

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (please describe):

                                                        Respectfully Submitted,

                                                        BEN ROSENFELD
                                                        TESFAYE W. TSADIK

Dated:  April 28, 2021          By:       */s/ Ben Rosenfeld*
                                                        Ben Rosenfeld
                                                        Attorneys for Plaintiff Shiferaw

LAW OFFICE OF BEN ROSENFELD
San Francisco, CA